UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L&L WINGS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARCO-DESTIN INC., 1000 HIGHWAY 98 )<br>EAST CORP., PANAMA SURF & SPORT, INC., )<br>and E&T INC., )<br>)<br>Defendants. )<br>) | Civil Action No.<br><br>**RULE 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for L & L Wings, Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** May 29, 2007

_____
Bennett D. Krasner, Esq. (bk-8375)
Attorney for Plaintiff
1233 Beech Street #49
Atlantic Beach, New York 11509
Tel. (516) 889-9353