UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

L & L WINGS, INC.,                                :

                      Plaintiff,      :     **ECF CASE**

       - against -                    :     07 Civ. 4137 (BSJ)

MARCO-DESTIN INC., 1000 HIGHWAY    :
98 EAST CORP., PANAMA SURF &
SPORT, INC. AND E&T INC.,          :

                   Defendants.    :

------------------------------------------------------------------x

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned counsel hereby appears on behalf of Defendants Marco-Destin Inc., 1000 Highway 98 East Corp., Panama Surf & Sport, Inc. and E&T Inc. in the above-captioned action and demands that all papers in this action shall be served upon the undersigned at the address set forth below.

Dated: New York, New York
       July 9, 2007

                                      Respectfully submitted,

                                      Akerman Senterfitt LLP

                                      By:  */s/ Lansing R. Palmer*
                                            Lansing R. Palmer (LP-4179)
                                      335 Madison Avenue, 26th Floor
                                      New York, New York  10017-4636
                                      (212) 880-3800

                                      *Attorneys for Defendants*