SONE55.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07 dc
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
L & L WINGS, INC.,                          :

                Plaintiff,      :     ECF CASE

      - against -                            :     07 Civ. 4137 (BSJ)

MARCO-DESTIN INC., 1000 HIGHWAY         :
98 EAST CORP., PANAMA SURF &
SPORT, INC. AND E&T INC.,                   :

                Defendants.   :
------------------------------------------------------x

### STIPULATION EXTENDING DEFENDANTS'
### TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for the parties in the above-captioned action, that Defendants' time to answer, move or otherwise respond to the Complaint in the above-captioned action is hereby extended until Friday, August 24, 2007. The original date to answer, move or otherwise respond to Plaintiff's Complaint was July 9, 2007. The parties state that no prior extensions of time have been sought or granted.

Dated: New York, New York
       July 9, 2007

{NY015397;1}

STIPULATED AND AGREED:

By: _____
Bennett D. Krasner, Esq. (BK-8375)

By: _____
Lansing R. Palmer (LP-4179)

LAW OFFICES OF BENNETT D. KRASNER
1233 Beech Street #49
Atlantic Beach, New York 11509
(516) 889-9353

AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017-4636
(212) 880-3800

*Attorneys for Plaintiff*

*Attorneys for Defendants*

SO ORDERED:

_____
Barbara S. Jones, U.S.D.J.

7/12/07

-2-