MEMO ENDORSED



Akerman Senterfitt LLP
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

335 Madison Avenue
Suite 2600
New York, NY 10017

212 880 3800 *tel*   212 880 8965 *fax*

Lansing R. Palmer
212-880-3880 *dir*
lansing.palmer@akerman.com

August 21, 2007

BY FACSIMILE 212-805-6191

Hon. Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

        L & L Wings, Inc. v. Marco-Destin, Inc. et al.
                07 Civ. 4137 (BSJ)

Dear Judge Jones:

      We represent all defendants in the above-referenced action. The letter is written, pursuant to Paragraph 1(D) of the Court's Individual Practices, to request a 29-day extension of time, to September 21, 2007, for all defendants to respond to the complaint.

      The original date to respond to the complaint was July 9, 2007. One prior extension of time has been sought and granted, to August 24, 2007, by Stipulation and Order filed July 13, 2007. Counsel for plaintiff agreed to this request earlier today, but telephoned late this afternoon to withdraw his consent. The reason given by counsel for withdrawal of his consent was that his client had complained that one of defendants' principals had allegedly telephoned his client on a number of occasions recently to discuss the case and plaintiff viewed this as harassment. I have no knowledge of any such calls.

      Defendants are based in Florida. I am assisting one of this firm's lawyers in Florida who has been working diligently with defendants to respond appropriately to the complaint. However, I have been advised that our clients' principal officer is traveling out of the country and is not presently available. I will be out of the office during the week of September 3 on a long-planned vacation. Unlike plaintiff's counsel, this firm was not involved in the complex transactions underpinning the eight-year course of dealings between the parties immediately preceding the commencement of this action. We believe that the requested extension of time will be sufficient but also will be necessary to defend this case vigorously.

{NY017628;1}

Hon. Barbara S. Jones
August 21, 2007
Page 2

In view of the foregoing, defendants respectfully request that the Court grant the defendants a further extension of time, until September 21, 2007, to answer, move or otherwise respond to the complaint.

Respectfully submitted,

Lansing R. Palmer

LPR/jrs

cc: Bennett D. Krasner, Esq. (Counsel for Plaintiff)
(via facsimile and electronic mail)

Application GRANTED.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
8/22/07