



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

L & L WINGS, INC.,                                :

                            Plaintiff,      :

            - against -                        :

MARCO-DESTIN INC., 1000 HIGHWAY   :
98 EAST CORP., PANAMA SURF &
SPORT, INC. AND E&T INC.,                 :

                        Defendants.   :

------------------------------------------------------------------x

07 Civ. 4137 (BSJ)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

    PLEASE TAKE NOTICE that, upon the annexed Affidavit of Jerold I. Schneider in Support of Motion to Admit Counsel Pro Hac Vice, sworn to September 7, 2007, with Exhibit annexed, the Declaration of Lansing R. Palmer, sponsoring attorney, dated September 12, 2007, the undersigned, a member in good standing of the Bar of this Court, hereby moves this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission pro hac vice of:

                      JEROLD I. SCHNEIDER
                      AKERMAN SENTERFITT
                      222 Lakeview Avenue
                      West Palm Beach, FL 33401
                      561-671-3661 (phone)
                      561-659-6313 (fax)
                      jerold.schneider@akerman.com

{NY018551;1}

Said Jerold I. Schneider is a member in good standing of the Bar of the State of Florida. There is no pending disciplinary proceeding against Jerold I. Schneider in any State or Federal court.

Dated: New York, New York
September 12, 2007

                              Akerman Senterfitt LLP

                              By: _____
                              Lansing R. Palmer (LP 4719)
                              Attorneys for Defendants
                              335 Madison Avenue, 26th Floor
                              New York, New York 10017-4636
                              (212) 880-3800 (phone)
                              (212) 880-8965 (fax)
                              lansing.palmer@akerman.com

TO:   LAW OFFICES OF BENNETT D. KRASNER
       Attorney for Plaintiff
       1233 Beech Street #49
       Atlantic Beach, New York 11509
       (516) 889-9353

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____/

L&L WINGS, INC.,                                    07 cv 4137 (BSJ)

        Plaintiff,                         **AFFIDAVIT OF**
                                                    **JEROLD I. SCHNEIDER**
- against -                                         **IN SUPPORT OF**
                                                    **MOTION TO ADMIT COUNSEL**
MARCO-DESTIN INC., 1000 HIGHWAY 98                  **PRO HAC VICE**
EAST CORP, PANAMA SURF & SPORT, INC.
and E&T INC.,

        Defendants.
_____/

STATE OF FLORIDA        )
                        ) ss.:
COUNTY OF PALM BEACH    )

        JEROLD I. SCHNEIDER, being duly sworn, deposes and says:

1.     I am a shareholder of Akerman Senterfitt, 222 Lakeview Avenue, West Palm Beach, Florida 33401, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' Motion for my admission as counsel *pro hac vice* to represent Defendants in this matter.

2.     I have been practicing law since 1970. I am admitted to practice and am an attorney in good standing as a member of the bar of the following courts and jurisdiction:

    U.S. Supreme Court

{WP427899;1}

US. Court of Appeals:
    Federal Circuit
    D.C. Circuit
    4th Circuit
    6th Circuit
    9th Circuit
    11th Circuit

U.S. District Court:
    E.D. Michigan
    W.D. Michigan
    D.D.C.
    E.D. Virginia
    D. Maryland
    E.D. Texas
    N.D. Indiana
    D. Nebraska
    M.D. Florida
    S.D. Florida

U.S. Court of Federal Claims

U.S. Patent and Trademark Office

Virginia State Bar
State Bar of Michigan
District of Columbia Bar
Florida Bar

A Certificate of Good Standing issued within the past thirty (30) days from the Florida Bar is submitted herewith.

3.     I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Southern District of New York, the Federal Rules of Evidence, and the New York State Lawyers' Code of Professional Responsibility, and understand that I will be subject to the disciplinary jurisdiction of this Court.

{WP427899;1}

4.  I have not been admitted *pro hac vice* to this Court during the twelve months immediately preceding the filing of this motion.

5.  No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, it is respectfully requested that my motion to be admitted *pro hac vice*, to represent Defendants in the above captioned matter, be granted.

Dated: September 7, 2007
West Palm Beach, Florida

Respectfully submitted,

*/s/ Jerold I. Schneider*

JEROLD I. SCHNEIDER
FLORIDA BAR NO. 0026975
AKERMAN SENTERFITT
222 Lakeview Avenue
West Palm Beach, FL 33401
561-671-5000 (phone)
561-659-6313 (fax)

Sworn to before me this 7th day of September, 2007.

_Adele Ferrara_
Notary Public

ADELE FERRARA
Comm# DD0527988
Expires 3/13/2010
Bonded by (800)432-4254
Florida Notary Assn., Inc

{WP427899;1}



# The Florida Bar

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida      )

County of Leon        )

                        In Re:    26975
                                   Jerold I. Schneider
                                   Akerman Senterfitt, P.A.
                                   222 Lakeview Ave., Ste. 400
                                   West Palm Beach, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 25, 2006.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 28th day of August, 2007.

*Willie Mae Shepherd*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smtd1:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

L & L WINGS, INC.,                              :

                                                      07 Civ. 4137 (BSJ)

                Plaintiff,             :

              - against -                  :

MARCO-DESTIN INC., 1000 HIGHWAY     :
98 EAST CORP., PANAMA SURF &
SPORT, INC. AND E&T INC.,           :

               Defendants.            :

------------------------------------------------------------------x

### DECLARATION OF LANSING R. PALMER
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

LANSING R. PALMER, declares as follows:

1. I am a shareholder in the law firm Akerman Senterfitt LLP, 335 Madison Avenue, 26th Floor, New York, New York 10017, attorneys for defendants in this action.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law on July 9, 1973. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am a member in good standing with this Court.

3. I have known Jerold I. Schneider since October, 2005.

4. Jerold I. Schneider is a shareholder in Akerman Senterfitt located in the West Palm Beach, Florida office, and is a member in good standing of the Bar of the State of Florida, among other jurisdictions. Annexed to the accompanying Affidavit of Jerold I.

-2-

Schneider is a Certificate of Good Standing issued by that jurisdiction within the past thirty (30) days.

5. I have found Mr. Schneider to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. It is the desire of the defendants to have Mr. Schneider represent them for all purposes in this action.

7. Accordingly, I am pleased to move the admission of Jerold I. Schneider, pro hac vice.

8. I respectfully submit herewith a proposed Order granting the admission of Jerold I. Schneider, pro hac vice.

WHEREFORE, it is respectfully requested that Jerold I. Schneider be admitted to practice before this Court as counsel for the defendants in all purposes of this action. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2007

_____
Lansing R. Palmer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

L & L WINGS, INC.,                                          :
                                                            :     07 Civ. 4137 (BSJ)
                        Plaintiff,                          :
                                                            :
        - against -                                         :     ORDER FOR ADMISSION
                                                            :      PRO HAC VICE
MARCO-DESTIN INC., 1000 HIGHWAY                             :     ON WRITTEN MOTION
98 EAST CORP., PANAMA SURF &                                :
SPORT, INC. AND E&T INC.,                                   :
                                                            :
                        Defendants.                         :

-----------------------------------------------------------------x

   Upon the motion of LANSING R. PALMER, attorney for defendants in the above-

captioned case, and said sponsor attorney's declaration in support;

   IT IS HEREBY ORDERED that

                        JEROLD I. SCHNEIDER
                        AKERMAN SENTERFITT
                        222 Lakeview Avenue
                        West Palm Beach, Florida 33401
                        561-671-3661 (phone)
                        561-659-6313 (fax)
                        jerold.schneider@akerman.com (e-mail)

is hereby admitted to practice pro hac vice as counsel for defendants in the above-captioned

case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

{NY018553;1}

-2-

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
       September ____, 2007

                              SO ORDERED:


                              _____
                              Barbara S. Jones, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

L & L WINGS, INC.,                              :

                                                                 07 Civ. 4137 (BSJ)

                Plaintiff,            :

        - against -                  :       **AFFIDAVIT OF SERVICE**

MARCO-DESTIN INC., 1000 HIGHWAY                 :
98 EAST CORP., PANAMA SURF &
SPORT, INC. AND E&T INC.,                       :

                Defendants.           :

------------------------------------------------------------x

STATE OF NEW YORK      )
                      ) ss.:
COUNTY OF NEW YORK     )

      The undersigned, being duly sworn, deposes and says: I am over the age of eighteen years and am not a party to the within action or proceeding. On September 12, 2007, I mailed a true copy of:

| Description of<br>Paper Served | Action or<br>Proceeding |
|---|---|
| 1. NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE;<br>2. AFFIDAVIT OF JEROLD I. SCHNEIDER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, SWORN TO SEPTEMBER 7, 2007, WITH EXHIBIT ANNEXED;<br>3. DECLARATION OF LANSING R. PALMER, DATED SEPTEMBER 12, 2007;<br>4. PROPOSED ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION | *L & L Wings, Inc. v. Marco-Destin Inc., et al.*<br>07 Civ. 4137 (BSJ) |

by overnight delivery service by depositing a true copy of same enclosed in a properly addressed wrapper into the custody of an overnight delivery service for overnight delivery,

{NY018580;1}

prior to the time designated by said overnight delivery service for overnight delivery, directed to the following persons, at the address(es) listed below:

> LAW OFFICES OF BENNETT D. KRASNER
> Attorney for Plaintiff
> 1233 Beech Street #49
> Atlantic Beach, New York 11509
> Attn: Bennett D. Krasner, Esq.

Sworn to before me
September 12, 2007

_____
Jennifer Sciglibaglio

_____
Notary Public

LANSING R. PALMER
Notary Public, State of New York
No. 02PA4508288
Qualified in New York County
Commission Expires July 31, 2009

{NY018580;1}                    -2-