USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

L & L WINGS, INC.,                                    :

                                                               07 Civ. 4137 (BSJ)
                              Plaintiff,               :

          - against -                                  :        ORDER FOR ADMISSION
                                                                PRO HAC VICE
MARCO-DESTIN INC., 1000 HIGHWAY                         :        ON WRITTEN MOTION
98 EAST CORP., PANAMA SURF &
SPORT, INC. AND E&T INC.,                               :

                              Defendants.               :

-------------------------------------------------------------------X

          Upon the motion of LANSING R. PALMER, attorney for defendants in the above-

captioned case, and said sponsor attorney's declaration in support;

          IT IS HEREBY ORDERED that

                              JEROLD I. SCHNEIDER
                              AKERMAN SENTERFITT
                              222 Lakeview Avenue
                              West Palm Beach, Florida 33401
                              561-671-3661 (phone)
                              561-659-6313 (fax)
                              jerold.schneider@akerman.com (e-mail)

is hereby admitted to practice pro hac vice as counsel for defendants in the above-captioned

case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

{NY018553.1}

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
       September 19 , 2007

SO ORDERED:

Barbara S. Jones, U.S.D.J

**Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York**