UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

L & L WINGS, INC.,                    :

                Plaintiff,    :

       - against -                    :

MARCO-DESTIN INC., 1000 HIGHWAY       :
98 EAST CORP., PANAMA SURF &
SPORT, INC. AND E&T INC.,             :

                Defendants.   :

------------------------------------------------------------x

07 Civ. 4137 (BSJ)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

     Upon the motion of LANSING R. PALMER, attorney for defendants in the above-captioned case, and said sponsor attorney's declaration in support;

     IT IS HEREBY ORDERED that

> JEROLD I. SCHNEIDER
> AKERMAN SENTERFITT
> 222 Lakeview Avenue
> West Palm Beach, Florida 33401
> 561-671-3661 (phone)
> 561-659-6313 (fax)
> jerold.schneider@akerman.com (e-mail)

is hereby admitted to practice pro hac vice as counsel for defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

{NY018553;1}

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
      September 20, 2007

                            SO ORDERED:

                            _____
                            Barbara S. Jones, U.S.D.J.