Akerman Senterfitt LLP
335 Madison Avenue, 26th Floor
New York, New York 10017-4636
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
Lansing R. Palmer (LP 4719)

Akerman Senterfitt
222 Lakeview Avenue
West Palm Beach, FL 33401
Telephone: 561-671-3661
Facsimile: 561-659-6313
Jerold I. Schneider, *pro hac vice*

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

L & L WINGS, INC.,                                :            **ECF CASE**

                              Plaintiff,          :            07 Civ. 4137 (BSJ) (GWG)

                   - against -                    :            **DEFENDANTS' RULE 26(a)**
                                                               **INITIAL DISCLOSURE**
MARCO-DESTIN INC., 1000 HIGHWAY             :            **STATEMENT**
98 EAST CORP., PANAMA SURF &
SPORT, INC. and E & T INC.,                 :

                              Defendants.          :

-----------------------------------------------------------------x

   Defendants, MARCO-DESTIN, INC., 1000 HIGHWAY 98 EAST CORP., PANAMA

SURF & SPORT, INC. and E & T INC., for their initial disclosures pursuant to Rule 26(a)(1)

of the Federal Rules of Civil Procedure, state as follows:

   **A.  The name, and if known, the address and telephone number of each**

**individual likely to have discoverable information that the disclosing party may use to**

support its claims or defenses, unless solely for impeachment, identifying the subjects of
the information.

**RESPONSE:**

| Person Having Information | Subjects |
|---|---|
| 1. Eli Tabib<br>10400 NW 33rd Street<br>Miami, Florida 33172 | Operation of Defendants' businesses |
| 2. Dror Levy<br>10400 NW 33rd Street<br>Miami, Florida 33172 | Operation of Defendants' businesses |
| 3. Shaul Levy<br>18 East 42nd Street<br>New York, New York 10017 | Operation of Plaintiff's businesses |
| 4. Meir Levy<br>18 East 42nd Street<br>New York, New York 10017 | Operation of Plaintiff's businesses |

Additional individuals (or entities) with knowledge may become known to the
Defendants during the course of discovery, in which case the Defendants will update these
disclosures accordingly.

    **B.**    **A copy of, or a description by category and location of, all documents,
data compilations, and tangible things that are in the possession, custody, or control of
the party and that the disclosing party may use to support its claims or defenses, unless
solely for impeachment.**

**RESPONSE:**

Copies of such documents, bearing document control numbers "MD 00001" through "MD 00834," are provided herewith.

**C.     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE:**

Defendants' damages, to the extent known, consist of the reasonable attorneys' fees of Defendants 1000 Highway 98 East Corp. and Panama Surf & Sport Inc. in responding to the Complaint and in this litigation, and computations of such damages will be provided as required.

**D.     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part**

**or all of a judgment which may be entered in the action or to indemnify or reimburse**

**for payments made to satisfy the judgment.**

**RESPONSE:**

Non-applicable.

Dated: New York, New York
      October 29, 2007

Akerman Senterfitt LLP


By:  /s/ Lansing R. Palmer
      Lansing R. Palmer (LP 4719)
      Attorneys for Defendants
      335 Madison Avenue, 26th Floor
      New York, New York 10017-4636
      (212) 880-3800 (phone)
      (212) 880-8965 (fax)


TO:    LAW OFFICES OF BENNETT D. KRASNER
      Attorney for Plaintiff
      1233 Beech Street #49
      Atlantic Beach, New York 11509
      (516) 889-9353

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007 I filed the foregoing document

electronically with the Clerk of the United States District Court, Southern District of New

York, via the CM/ECF system:

> Defendants' Rule 26(a) Initial Disclosure Statement, dated October 29,
> 2007, together with the attachments described therein.

Dated: New York, New York
      October 29, 2007

Akerman Senterfitt LLP


By:  /s/ Lansing R. Palmer
    Lansing R. Palmer (LP 4719)
    Attorneys for Defendants
    335 Madison Avenue, 26th Floor
    New York, New York  10017-4636
    (212) 880-3800 (phone)
    (212) 880-8965 (fax)