# CORRESPONDENCE

TABIB, ELI                    06935-101
Re: Estate Planning

IN RE

FROM _2_

TO _2_

TABIB, ELI
MARCO DESTIN/WINGS

# 006935-0101



I00021621

CORRESPONDENCE

CORRESPONDENCE VOL. 2 - 2/10/00 - 2/17/00

Insert: 0002
Folder:    0001              Concourse



MD 00335
MARCO/L&L WINGS

TABIB, ELI                              006935-0101
MARCO DESTIN/WINGS
CORRESPONDENCE
CORRESPONDENCE VOL. 2 - 2/10/00 - 2/17/00

*Tabb*
*06935/101*

*Con*

# MOSES & SINGER LLP

1301 Avenue of the Americas. New York. NY 10019-6076
Telephone: 212.554.7800          Facsimile: 212.554.7700

# Facsimile Transmission
## Cover Sheet

Date: _2/17/2000_

To: _Shad Levy & Eli Tabb_          Firm name: _____

Fax number transmitted to: _305 672 7555_

From: _Steve Glover_

Phone: (212) 554- ~~755~~ 534 - 7519

Client/Matter: _06935/101_

Number of Pages: _____
(Including cover page)

Comments: _____

*Call Bennett + myself at the
above # when you get this*

179726If you do not receive all pages, or have any other problems receiving this transmission, please call
212-554-7800 and ask for the telecopy operator.

CONFIDENTIALITY NOTE
This facsimile transmission contains information intended for the exclusive use of the individual or entity to whom it is addressed and
may contain information that is proprietary, confidential, and/or exempt from disclosure under applicable law.

If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended
recipient), you are hereby notified that any copying, disclosure or distribution of this information may be subject to legal restriction or
sanction. Please notify the sender by telephone to arrange for the return or destruction of the information and all copies.

MD 00337
MARCO/L&L WINGS

Stock Power
Marco Destin Inc.

For Value Received, each of Shaul Levy and Meir Levy does hereby sell, assign and transfer unto Eli Tabib (SS#_____/_____), their respective shares, aggregating one-half of all the authorized and issued shares of the common stock of Marco Destin, Inc. (the "Corporation"), standing in their respective names on the books of said Corporation, represented by Certificate Number(s) _____ and each does hereby irrevocably constitute and appoint Eli Tabib, attorney to transfer the said stock belonging to him on the books of the Corporation with full power of substitution in the premises.

Dated:_____

_____
Shaul Levy

_____
Meir Levy

In presence of:

_____
Witness

Document #: 237168

MD 00338
MARCO/L&L WINGS

Stock Power
Panama Surf & Sport, Inc.

For Value Received, each of Shaul Levy and Meir Levy does hereby sell, assign and transfer
unto Eli Tabib (SS#_____/_____), their respective shares, aggregating
one-half of all the authorized and issued shares of the common stock of Panama Surf & Sport,
Inc. (the "Corporation"), standing in their respective names on the books of said Corporation,
represented by Certificate Number(s) _____ and each does hereby irrevocably constitute
and appoint Eli Tabib, attorney to transfer the said stock belonging to him on the books of the
Corporation with full power of substitution in the premises.

Dated:_____

_____

Shaul Levy

_____

Meir Levy

In presence of:

_____

Witness

Document #: 237169

MD 00339
MARCO/L&L WINGS

Stock Power
1000 Highway 98 East Corp.

For Value Received, each of Shaul Levy and Meir Levy does hereby sell, assign and transfer unto Eli Tabib (SS#_____/_____), their respective shares, aggregating one-half of all the authorized and issued shares of the common stock of 1000 Highway 98 East Corp. (the "Corporation"), standing in their respective names on the books of said Corporation, represented by Certificate Number(s) _____ and each does hereby irrevocably constitute and appoint Eli Tabib, attorney to transfer the said stock belonging to him on the books of the Corporation with full power of substitution in the premises.

Dated:_____

_____
Shaul Levy

_____
Meir Levy

In presence of:

_____
Witness

Document #: 237170

MD 00340
MARCO/L&L WINGS

CONSULTING AGREEMENT
(ELI TABIB)

This Consulting Agreement dated as of October 31, 1999 by and between Shaul Levy and Meir Levy, (collectively, the "Shareholders"), having an address c/o L&L Wings Inc., a South Carolina corporation (the "Company"), 18 E. 42nd Street, New York, New York, and Eli Tabib (the "Consultant"), having an address c/o Marco-Destin Inc., 10400 N.W. 33rd St., Miami, Florida.

P R E A M B L E

The Company and its affiliates sell at retail clothing and related merchandise in various locations in, inter alia, the Southern United States. The Shareholders control the Company. The Consultant is chief executive officer of various clothing retailers with operations in the Southern United States. In the course of his duties with such retailers, the Consultant has become expert in the management and operation of the industry in the Southern United States area. The Shareholders desire to make available to themselves and to the officers of the Company and those of its affiliates the consulting services of Consultant and Consultant is willing to do so from time to time, all on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and the mutual covenants contained herein and for other good and valuable consideration heretofore or simultaneously with the execution hereof furnished by each party to the other, the sufficiency of which the parties hereby acknowledge, the parties hereto hereby agree as follows:

1.    Consulting.

The Shareholders hereby retain Consultant and Consultant hereby agrees to consult with the Shareholders and the Company and its executives (and those of its affiliates) for the period set forth in Section 2 hereof, subject to and upon the other terms and conditions herein provided.

2.    Term of Consulting.

The period of Consultant's consulting under this Agreement shall commence as of the date hereof and shall continue thereafter until October 31, 2009 (the "Term"). In the event that the Consultant continues to consult with the Shareholders and/or the Company and its affiliates after the end of the Term, such continued employment shall be subject to such terms and conditions as the Shareholders and the Consultant may then agree.

234426v5

MD 00341
MARCO/L&L WINGS

hereinabove set forth. Any party may change his or its address for purposes of this Section 11 by giving written notice thereof hereunder.

      12.    Due Capacity.

      The Shareholders hereby warrant and represent to the Consultant that they have the full capacity and power to delivery and perform this Agreement.

      13.    Attorneys' Fees.

      In the event that it shall be necessary for either party hereto to retain legal counsel and/or incur other costs and expenses in connection with the enforcement hereof whether by a judicial action or proceeding or by arbitration, such party shall to the extent it shall prevail (whether by settlement or by judicial or arbitral action or otherwise) be entitled to recover from the other party such first party's reasonable attorneys' fees and costs and expenses in connection with such enforcement.

      IN WITNESS WHEREOF, the parties have signed this Agreement, in the City of New York as of the day and year first above written.

                                    _____
                                  SHAUL LEVY, individually

                                  _____
                                  MEIR LEVY, individually

                                  _____
                                  ELI TABIB, individually

MD 00342
MARCO/L&L WINGS

CONSULTING AGREEMENT
(1000 HIGHWAY 98 EAST CORP.)

This Consulting Agreement dated as of October 31, 1999 by and between L & L Wings, Inc., a South Carolina corporation (the "Company"), having its principal office at 18 E. 42nd Street, New York, N.Y., and 1000 Highway 98 East Corp. (the "Consultant"), having an address c/o Marco Destin, Inc. at 10400 N.W. 33rd St., Miami, Florida.

## P R E A M B L E

The Company is engaged in real estate operations for its affiliates which sell at retail clothing and related merchandise in various locations in, inter alia, the Southern United States. The Consultant and its executives have become expert in the management and operation of real estate for the retail clothing industry in the Southern United States area. The Company desires to make available to its officers and those of its affiliates the consulting services of Consultant and its executives and Consultant is willing to make the same available from time to time, all on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and the mutual covenants contained herein and for other good and valuable consideration heretofore or simultaneously with the execution hereof furnished by each party to the other, the sufficiency of which the parties hereby acknowledge, the parties hereto hereby agree as follows:

1.    Consulting.

The Company hereby retains Consultant and Consultant hereby agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) for the period set forth in Section 2 hereof, subject to and upon the other terms and conditions herein provided.

2.    Term of Consulting.

The period of Consultant's consulting under this Agreement shall commence as of the date hereof and shall continue thereafter until October 31, 2009 (the "Term"). In the event that the Consultant continues to consult with the Company after the end of the Term, such continued employment shall be subject to such terms and conditions as the Company and the Consultant may then agree.

3.    Responsibilities and Duties.

(a)    During the period of his retention hereunder, Consultant agrees to provide its executives to consult with the Company and its executives (and those of its affiliates)

236094v3

12.    Due Authorization.

The Company hereby warrants and represents to the Consultant that the execution, delivery and performance hereof by the Company has been duly authorized by all requisite or appropriate corporate and shareholder action.

13.    Attorneys' Fees.

In the event that it shall be necessary for either party to retain legal counsel and/or incur other costs and expenses in connection with the enforcement hereof whether by a judicial action or proceeding or by arbitration, such party shall to the extent it shall prevail (whether by settlement or by judicial or arbitral action or otherwise) be entitled to recover from the other party such first party's reasonable attorneys' fees and costs and expenses in connection with such enforcement.

IN WITNESS WHEREOF, the Company and the Consultant have caused this Agreement to be executed by their officers thereunto duly authorized, in the City of New York as of the day and year first above written.

L & L Wings, Inc.

By: _____

1000 Highway 98 East Corp.

By: _____

236094v3                                    4

## CONSULTING AGREEMENT
## (PANAMA SURF & SPORT, INC.)

This Consulting Agreement dated as of October 31, 1999 by and between L & L Wings, Inc., a South Carolina corporation (the "Company"), having its principal office at 18 E. 42nd Street, New York, N.Y., and Panama Surf & Sport, Inc. (the "Consultant"), having an address c/o Marco Destin, Inc. at 10400 N.W. 33rd St., Miami, Florida.

### P R E A M B L E

The Company and its affiliates sell at retail clothing and related merchandise in various locations in, inter alia, the Southern United States. The Consultant and its executives have become expert in the management and operation of the industry in the Southern United States area. The Company desires to make available to its officers and those of its affiliates the consulting services of Consultant and its executives and Consultant is willing to make the same available from time to time, all on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and the mutual covenants contained herein and for other good and valuable consideration heretofore or simultaneously with the execution hereof furnished by each party to the other, the sufficiency of which the parties hereby acknowledge, the parties hereto hereby agree as follows:

1.      Consulting.

The Company hereby retains Consultant and Consultant hereby agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) for the period set forth in Section 2 hereof, subject to and upon the other terms and conditions herein provided.

2.      Term of Consulting.

The period of Consultant's consulting under this Agreement shall commence as of the date hereof and shall continue thereafter until October 31, 2009 (the "Term"). In the event that the Consultant continues to consult with the Company after the end of the Term, such continued employment shall be subject to such terms and conditions as the Company and the Consultant may then agree.

3.      Responsibilities and Duties.

(a)      During the period of his retention hereunder, Consultant agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) at their request given to it from time to time and upon reasonable notice (and, in this connection,

236093v2

MD 00345
MARCO/L&L WINGS

12.   Due Authorization.

The Company hereby warrants and represents to the Consultant that the execution, delivery and performance hereof by the Company has been duly authorized by all requisite or appropriate corporate and shareholder action.

13.   Attorneys' Fees.

In the event that it shall be necessary for either party to retain legal counsel and/or incur other costs and expenses in connection with the enforcement hereof whether by a judicial action or proceeding or by arbitration, such party shall to the extent it shall prevail (whether by settlement or by judicial or arbitral action or otherwise) be entitled to recover from the other party such first party's reasonable attorneys' fees and costs and expenses in connection with such enforcement.

IN WITNESS WHEREOF, the Company and the Consultant have caused this Agreement to be executed by their officers thereunto duly authorized, in the City of New York as of the day and year first above written.

L & L Wings, Inc.

By:_____

Panama Surf & Sport, Inc.

By:  _____

MD 00346
MARCO/L&L WINGS

NON-NEGOTIABLE NOTE

New York, New York
As of October 31, 1999

FOR VALUE RECEIVED, Panama Surf & Sport Inc. ("Maker"), having an address at 10400 N.W. 33rd St., Miami, Florida hereby promises to pay to L&L Wings, Inc. ("Payee"), having an address at 18 E. 42nd St., New York, N.Y., or such other address as may be designated by Payee by written notice to Maker, the sum of $24,000, with interest at the per annum rate of 6.31 per cent.

The Note shall be payable in ten equal annual installments of principal and interest in the amount of $3,308.89, commencing October 31, 2000, and continuing on each anniversary of such date thereafter until October 31, 2009, when the remaining unpaid amount of the Note and accrued interest shall be due and payable.

This Note may be prepaid in whole or in part, at any time.

This Note shall be governed by and be enforceable in accordance with the laws of the State of New York applicable to contracts made and to be performed wholly within such State.

This Note may not be modified, orally or otherwise, except by a writing duly executed by the Payee and the Maker.

Panama Surf & Sport, Inc.

By:_____

236037v3

MD 00347
MARCO/L&L WINGS

NON-NEGOTIABLE NOTE

New York, New York
As of October 31, 1999

FOR VALUE RECEIVED, Eli Tabib ("Maker"), having an address c/o Marco-Destin Inc., at 10400 N.W. 33rd St., Miami, Florida hereby promises to pay to Shaul Levy and Meir Levy ("Payee"), having an address at c/o L&L Wings, Inc., 18 E. 42nd St., New York, N.Y., or such other address as may be designated by Payee by written notice to Maker, the sum of $859,565, with interest at the per annum rate of 6.31 per cent.

The Note shall be payable in ten equal annual installments of principal and interest in the amount of $118,508.62, commencing October 31, 2000, and continuing on each anniversary of such date thereafter until October 31, 2009, when the remaining unpaid amount of the Note and accrued interest shall be due and payable.

This Note may be prepaid in whole or in part, at any time.

This Note shall be governed by and be enforceable in accordance with the laws of the State of New York applicable to contracts made and to be performed wholly within such State.

This Note may not be modified, orally or otherwise, except by a writing duly executed by the Payee and the Maker.

_____
Eli Tabib

234425v3

MD 00348
MARCO/L&L WINGS

NON-NEGOTIABLE NOTE

New York, New York
As of October 31, 1999

FOR VALUE RECEIVED, E&T Inc. ("Maker"), having an address at 10400 N.W. 33rd

St., Miami, Florida hereby promises to pay to L&L Wings, Inc. ("Payee"), having an address at

18 E. 42nd St., New York, N.Y., or such other address as may be designated by Payee by written

notice to Maker, the sum of $341,702, with interest at the per annum rate of 6.31 per cent.

The Note shall be payable in ten equal annual installments of principal and interest in the

amount of $47,110.61, commencing October 31, 2000, and continuing on each anniversary of

such date thereafter until October 31, 2009, when the remaining unpaid amount of the Note and

accrued interest shall be due and payable.

This Note may be prepaid in whole or in part, at any time.

This Note shall be governed by and be enforceable in accordance with the laws of the

State of New York applicable to contracts made and to be performed wholly within such State.

This Note may not be modified, orally or otherwise, except by a writing duly executed by

the Payee and the Maker.

E&T Inc.

By:_____

236036v3

MD 00349
MARCO/L&L WINGS

CONSULTING AGREEMENT
(E&T, INC.)

        This Consulting Agreement dated as of October 31, 1999 by and between L & L
Wings, Inc., a South Carolina corporation (the "Company"), having its principal office at 18 E.
42nd Street, and E&T, Inc. (the "Consultant"), having an address c/o Marco Destin, Inc. at 10400
N.W. 33rd St., Miami, Florida.

P R E A M B L E

        The Company and its affiliates sell at retail clothing and related merchandise in
various locations in, inter alia, the Southern United States. The Consultant and its executives
have become expert in the management and operation of the industry in the Southern United
States area. The Company desires to make available to its officers and those of its affiliates the
consulting services of Consultant and its executives and Consultant is willing to make the same
available from time to time, all on the terms and conditions hereinafter set forth.

        NOW, THEREFORE, in consideration of the premises and the mutual covenants
contained herein and for other good and valuable consideration heretofore or simultaneously with
the execution hereof furnished by each party to the other, the sufficiency of which the parties
hereby acknowledge, the parties hereto hereby agree as follows:

        1.        Consulting.

        The Company hereby retains Consultant and Consultant hereby agrees to provide
its executives to consult with the Company and its executives (and those of its affiliates) for the
period set forth in Section 2 hereof, subject to and upon the other terms and conditions herein
provided.

        2.        Term of Consulting.

        The period of Consultant's consulting under this Agreement shall commence as of
the date hereof and shall continue thereafter until October 31, 2009 (the "Term"). In the event
that the Consultant continues to consult with the Company after the end of the Term, such
continued employment shall be subject to such terms and conditions as the Company and the
Consultant may then agree.

        3.        Responsibilities and Duties.

        (a)        During the period of his retention hereunder, Consultant agrees to
provide its executives to consult with the Company and its executives (and those of its affiliates)
at their request given to it from time to time and upon reasonable notice (and, in this connection,

236091v3

12.    Due Authorization.

The Company hereby warrants and represents to the Consultant that the execution, delivery and performance hereof by the Company has been duly authorized by all requisite or appropriate corporate and shareholder action.

13.    Attorneys' Fees.

In the event that it shall be necessary for either party to retain legal counsel and/or incur other costs and expenses in connection with the enforcement hereof whether by a judicial action or proceeding or by arbitration, such party shall to the extent it shall prevail (whether by settlement or by judicial or arbitral action or otherwise) be entitled to recover from the other party such first party's reasonable attorneys' fees and costs and expenses in connection with such enforcement.


IN WITNESS WHEREOF, the Company and the Consultant have caused this Agreement to be executed by their officers thereunto duly authorized, in the City of New York as of the day and year first above written.

L & L Wings, Inc.

By:_____


E&T, Inc.

By: _____

MD 00351
MARCO/L&L WINGS

NON-NEGOTIABLE NOTE

New York, New York
As of October 31, 1999

FOR VALUE RECEIVED, 1000 Highway 98 East Corp. ("Maker"), having an address at

10400 N.W. 33rd St., Miami, Florida hereby promises to pay to L&L Wings, Inc. ("Payee"),

having an address at 18 E. 42nd St., New York, N.Y., or such other address as may be designated

by Payee by written notice to Maker, the sum of $1,355,988, with interest at the per annum rate

of 6.31 per cent.

The Note shall be payable in ten equal annual installments of principal and interest in the

amount of $186,950.68, commencing October 31, 2000, and continuing on each anniversary of

such date thereafter until October 31, 2009, when the remaining unpaid amount of the Note and

accrued interest shall be due and payable.

This Note may be prepaid in whole or in part, at any time.

This Note shall be governed by and be enforceable in accordance with the laws of the

State of New York applicable to contracts made and to be performed wholly within such State.

This Note may not be modified, orally or otherwise, except by a writing duly executed by

the Payee and the Maker.

1000 Highway 98 East Corp.

By:_____

236035v2

MD 00352
MARCO/L&L WINGS

Stock Power

For Value Received, Eli Tabib, does hereby sell, assign and transfer unto Shaul and
Meir Levy (SS#_____/_____), one-half of all the
authorized and issued shares of the common no par value stock of 100 South
Morehead Ave. Corp. (the "Corporation") standing in his name on the books of said
Corporation, represented by Certificate Number (s) _____ and does hereby
irrevocably constitute and appoint Shaul Levy and/or Meir Levy, attorney to transfer the
said stock on the books of the Corporation with full power of substitution in the
premises.


Dated: _____


                                          _____
                                          Eli Tabib


In presence of:


_____
Witness

MD 00353
MARCO/L&L WINGS

Purchase Agreement effective as of November 1, 1998 by and between, on the one hand, Shaul Levy (hereinafter, "Shaul"), Meir Levy (hereinafter, "Meir"), (both Shaul Levy and Meir Levy are hereinafter collectively referred to as "Levy"), L&L Wings, Inc. (hereinafter, "L&L"), Shaul and Meir Levy Partnership (hereinafter, "SMP"), (Shaul Levy, Meir Levy, L&L and SMP, are all from time to time, hereinafter collectively referred to as "Wings"), and, on the other hand, Eli Tabib (hereinafter, "Eli"), 1000 Highway 98 East Corp. (hereinafter, "1000 Highway"), Marco-Destin Inc. (hereinafter, "Marco-Destin"), 100 South Morehead Ave. Corp. (hereinafter, "Morehead"), and Panama City Surf & Sport Inc. (hereinafter, "Panama City").

WHEREAS, Shaul, Meir and Eli are the sole shareholders of Morehead; and

WHEREAS, Shaul, Meir and Eli are the sole shareholders of 1000 Highway; and

WHEREAS, Shaul, Meir and Eli are the sole shareholders of Marco-Destin; and

WHEREAS, Shaul, Meir and Eli are the sole shareholders of Panama City; and

WHEREAS, Shaul and Meir are the sole partners in SMP; and

WHEREAS, all of the parties, in one form or another, are engaged in the business of owning and operating retail stores; and

WHEREAS, certain of the stores affected by this agreement are operated under the name "Wings"; and

WHEREAS, Marco-Destin operated various stores leased to L&L without a lease and has since abandoned them; and

221819v6

MD 00354
MARCO/L&L WINGS

14.6.   If any provision of this agreement shall be unenforceable or invalid, such unenforceability or invalidity shall not affect the remaining provisions of this agreement.

14.7.   Upon such execution and delivery, this agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, successors and permitted assigns.

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals as of the date first above written.

_____          _____
Shaul Levy, individually                          Meir Levy, individually

_____
Eli Tabib, individually

L&L Wings, Inc.                                    1000 Highway 98 East Corp.

_____          _____
By:                                               By:

Marco-Destin Inc.                                 100 South Morehead Ave. Corp.

_____          _____
By:                                               By:

Panama City Surf & Sport Inc.                     Shaul & Meir Levy Partnership

_____          _____
By:                                               By:

E&T, Inc.

_____
By:

MD 00355
MARCO/L&L WINGS

## LICENSING AGREEMENT

**THIS AGREEMENT** dated for purposes of reference as of the 1st day of November, 1998, is made by and between L & L WINGS, INC. d/b/a Wings, a South Carolina Corporation with an address at 18 East 42nd Street, New York, New York 10017, ("Licensor") and Marco-Destin Inc. (hereinafter, "Marco-Destin"), 1000 Highway 98 East Corp. ("Highway"), Panama Surf & Sport, Inc. ("Surf") and E&T Inc. (hereinafter, "ET"), being Florida and South Carolina corporations, and all having an address all c/o Marco Destin 10400 Northwest 33rd Street, Miami, Florida (collectively, hereinafter, "Licensee").

**WHEREAS,** Licensor is the owner of the unregistered servicemark, "Wings" and is the owner of trade dress rights to its distinctive design; and

**WHEREAS,** Licensee utilized the mark "Wings" on retail stores that it owns and has been for many years with the permission and an oral license from Licensor who was a one-half owner of the issued and outstanding shares of stock of Licensee (except shares in ET); and

**WHEREAS,** the ownership by Licensor of the shares of Licensee are being sold simultaneous with the execution of this Agreement; and

**WHEREAS,** Licensor and Licensee each adorn some of their retail locations with Licensor's unique wave sculpture design highlighted with a signature colored neon light combination, (hereinafter, Licensor's "Trade Dress"); and

**WHEREAS,** Licensee recognizes the goodwill, reputation and strong marketing value of using the "Wings" name as a trade/servicemark and trade name and its Trade Dress in the operation of its retail business establishments; and

**WHEREAS,** Licensee desires to continue do business using the name "Wings" in the "Territory" hereinafter defined after the separation of their respective ownership; and

**WHEREAS,** Licensee and/or entities and/or principals of Licensee are unwilling to enter into the simultaneous agreements purchasing the interest of Licensor and/or its principals interest in Licensee (except any interest in ET) without this Agreement; and

**WHEREAS,** Licensor is willing to grant a license to Licensee to use "Wings" and the Trade Dress in the Territory upon the terms and conditions set forth below and other than as set-forth hereinafter has the authority to do so;

**NOW, THEREFORE,** in consideration of the covenants and agreements hereinafter set forth, one dollar ($1.00) and other valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the parties hereto agree as follows:

1. <u>Definitions</u>. The following terms as used in this Agreement shall have the meanings set forth below:

221916v2

MD 00356
MARCO/L&L WINGS

IN WITNESS WHEREOF, the parties have set their hands hereto as of the day and date above first appearing.

L & L WINGS, INC.

_____

By:  Shaul Levy, President

MARCO-DESTIN, INC.
PANAMA SURF & SPORT, INC.
1000 HIGHWAY 98 EAST CORP.
E&T, INC.

_____

By:  Eli Tabib, President

_____

Eli Tabib

MD 00357
MARCO/L&L WINGS

<u>RESIGNATION</u>

The undersigned hereby resigns any officership or directorship and/or any employment status which the undersigned may have in or with respect to the following corporations, effective as of November 1, 1998:

       L&L Wings, Inc.

       100 S. Morehead Ave. Corp.

                                  _____ _____

                                    Eli Tabib

Dated:       February ____, 2000

237136

MD 00358
MARCO/L&L WINGS

## RESIGNATION

Each of the undersigned hereby resigns any officership or directorship and/or any employment status which the undersigned may have in or with respect to the following corporations, effective as of November 1, 1998:

> 1000 Highway 98 East Corp.
>
> Marco Destin, Inc.
>
> Panama Surf and Sport Shop Inc.

_____
Shaul Levy

_____
Meir Levy

Dated:        February ____, 2000

235575v2

MD 00359
MARCO/L&L WINGS

## ASSIGNMENT / SURRENDER AND ASSUMPTION OF LEASES

**KNOW THAT**, one dollar ($1.00) and other valuable consideration, Shaul Levy, Meir Levy, L & L Wings, Inc., a South Carolina corporation and/or Shaul & Meir Levy Partnership, a South Carolina partnership, each having an address at 18 East 42nd Street, New York, NY 10017, (collectively hereinafter referred to as "Assignors"), Marco Destin, Inc., a Florida corporation, having an address at 10400 Northwest 33rd Street, Miami, Florida (hereinafter referred to as "Assignee"), all right, title and interest of the lessees and/or leasehold interests under those certain Leases more particularly described in Exhibit A hereto,

**TO HAVE AND TO HOLD** the same unto Assignee and the heirs, executors, administrators, legal representatives, successors and assigns of Assignee from the date hereof for the rest of the terms of said Leases, as said Leases may be modified or extended.

This Assignment/Surrender and Assumption of Leases is given without representation or warranty by Assignors, whether express or implied, and without recourse against Assignors in any possible event.

Assignee hereby assume and agree to pay and perform all of the obligations of the lessees under the Leases. Assignee hereby agree to indemnify and hold Assignors harmless from and against any and all liability, claim, loss, damage or expense, including reasonable attorneys' fees, incurred in connection with, or arising or asserted with respect to the Leases or this Assignment.

MD 00360
MARCO/L&L WINGS

**IN WITNESS WHEREOF**, Assignors and Assignee have duly executed this Assignment and Assumption of Leases as of November 1, 1998.

_____
Shaul Levy

_____
Meir Levy

L & L WINGS, INC.

By _____
Shaul Levy, President

SHAUL & MEIR LEVY PARTNERSHIP

By _____
Shaul Levy, General Partner

MARCO DESTIN, INC.

By _____
Eli Tabib, President

2

MD 00361
MARCO/L&L WINGS

## EXHIBIT A

The following leased property:

1.    581 South Collier Boulevard, Marco Island, Florida, commonly known as Store #317.

2.    2673 Parkway, Pigeon Forge, Tennessee, commonly known as Store #801.

3.    1251 A Miracle Strip Parkway, Ft. Walton Beach, Florida, commonly known as Store #748.

3

MD 00362
MARCO/L&L WINGS

## ASSIGNMENT / SURRENDER AND ASSUMPTION OF LEASES

**KNOW THAT**, one dollar ($1.00) and other valuable consideration, Eli Tabib, Marco Destin, Inc., a Florida corporation and 1000 Highway 98 East Corp., a Florida corporation, each having an address at 10400 Northwest 33rd Street, Miami, Florida, (collectively hereinafter referred to as "Assignors"), hereby assign and/or surrender unto L & L Wings, Inc., a South Carolina corporation and/or Shaul & Meir Levy Partnership, a South Carolina partnership, each having an address at 18 East 42nd Street, New York, NY 10017 (collectively hereinafter referred to as "Assignees"), all right, title and interest of the lessees and/or leasehold interests under those certain Leases more particularly described in Exhibit A hereto,

**TO HAVE AND TO HOLD** the same unto Assignees and the heirs, executors, administrators, legal representatives, successors and assigns of Assignees from the date hereof for the rest of the terms of said Leases, as said Leases may be modified or extended.

This Assignment/Surrender and Assumption of Leases is given without representation or warranty by Assignors, whether express or implied, and without recourse against Assignors in any possible event.

Assignees hereby assume and agree to pay and perform all of the obligations of the lessees under the Leases.  Assignees hereby agree to indemnify and hold Assignors harmless from and against any and all liability, claim, loss, damage or expense, including reasonable attorneys' fees, incurred in connection with, or arising or asserted with respect to the Leases or this Assignment.

**IN WITNESS WHEREOF**, Assignors and Assignees have duly executed this Assignment and Assumption of Leases as of November 1, 1998.

_____
Eli Tabib

MARCO DESTIN, INC.

By _____
Eli Tabib, President

1000 HIGHWAY 98 EAST CORP.

By _____
Eli Tabib, President

L & L WINGS, INC.

By _____
Shaul Levy, President

SHAUL & MEIR LEVY PARTNERSHIP

By _____
Shaul Levy, General Partner

2

## EXHIBIT A

The following leased property:

1.    106A N. New River Drive, Surf City, North Carolina, commonly known as Store #766.

2.    15 East 1st Street, Ocean Isle, North Carolina, commonly known as Store #767.

3.    1014 N. Lake Park Road, Carolina, Beach, North Carolina, commonly known as Store #765.

4.    9952 Beach Road, Calabash, North Carolina, commonly known as Store #605.

3

MD 00365
MARCO/L&L WINGS

## AFFIDAVIT OF LOST STOCK CERTIFICATE

STATE OF _____
COUNTY OF _____ ss:

Eli Tabib, being duly sworn, deposes and says:

    I am the owner of one-half of all the authorized and issued shares of the common no par value stock of 100 South Morehead Ave. Corp. and make this affidavit in connection with the sale of my shares of stock to Shaul Levy and Meir Levy.

    The stock certificate or certificates representing the one-half of all the authorized and issued shares have been lost. I hereby certify that I have neither otherwise sold, transferred, conveyed, pledged, hypothecated or otherwise encumbered my one-half of all the authorized and issued shares of stock.

    I further represent that in the event the said certificate or certificates are located I will promptly endorse same to Shaul and Meir Levy in connection with the sale.


_____
Eli Tabib


Sworn to before me this _____ day of
_____, 2000.



_____
Notary Public
My commission expires on _____.

NON-NEGOTIABLE NOTE

New York, New York
As of October 31, 1999

FOR VALUE RECEIVED, Marco Destin, Inc. ("Maker"), having an address at 10400 N.W. 33rd St., Miami, Florida hereby promises to pay to L&L Wings, Inc. ("Payee"), having an address at 18 E. 42nd St., New York, N.Y., or such other address as may be designated by Payee by written notice to Maker, the sum of $2,322,310, with interest at the per annum rate of 6.31 per cent.

The Note shall be payable in ten equal annual installments of principal and interest in the amount of $320,177.94, commencing October 31, 2000, and continuing on each anniversary of such date thereafter until October 31, 2009, when the remaining unpaid amount of the Note and accrued interest shall be due and payable.

This Note may be prepaid in whole or in part, at any time.

This Note shall be governed by and be enforceable in accordance with the laws of the State of New York applicable to contracts made and to be performed wholly within such State.

This Note may not be modified, orally or otherwise, except by a writing duly executed by the Payee and the Maker.

Marco Destin, Inc.

By:_____

236033v3

MD 00367
MARCO/L&L WINGS

CONSULTING AGREEMENT
(MARCO DESTIN, INC.)

This Consulting Agreement dated as of October 31, 1999 by and between L & L Wings, Inc., a South Carolina corporation (the "Company"), having its principal office at 18 E. 42nd Street, New York, N.Y., and Marco Destin, Inc. (the "Consultant"), having an address at 10400 N.W. 33rd St., Miami, Florida.

P R E A M B L E

The Company and its affiliates sell at retail clothing and related merchandise in various locations in, inter alia, the Southern United States. The Consultant and its executives have become expert in the management and operation of the industry in the Southern United States area. The Company desires to make available to its officers and those of its affiliates the consulting services of Consultant and its executives and Consultant is willing to make the same available from time to time, all on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and the mutual covenants contained herein and for other good and valuable consideration heretofore or simultaneously with the execution hereof furnished by each party to the other, the sufficiency of which the parties hereby acknowledge, the parties hereto hereby agree as follows:

1.    Consulting.

The Company hereby retains Consultant and Consultant hereby agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) for the period set forth in Section 2 hereof, subject to and upon the other terms and conditions herein provided.

2.    Term of Consulting.

The period of Consultant's consulting under this Agreement shall commence as of the date hereof and shall continue thereafter until October 31, 2009 (the "Term"). In the event that the Consultant continues to consult with the Company after the end of the Term, such continued employment shall be subject to such terms and conditions as the Company and the Consultant may then agree.

3.    Responsibilities and Duties.

(a)    During the period of his retention hereunder, Consultant agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) at their request given to it from time to time and upon reasonable notice (and, in this connection,

235983v3

MD 00368
MARCO/L&L WINGS

12.   Due Authorization.

        The Company hereby warrants and represents to the Consultant that the execution, delivery and performance hereof by the Company has been duly authorized by all requisite or appropriate corporate and shareholder action.

13.   Attorneys' Fees.

        In the event that it shall be necessary for either party hereto to retain legal counsel and/or incur other costs and expenses in connection with the enforcement hereof whether by a judicial action or proceeding or by arbitration, such party shall to the extent it shall prevail (whether by settlement or by judicial or arbitral action or otherwise) be entitled to recover from the other party such first party's reasonable attorneys' fees and costs and expenses in connection with such enforcement.


        IN WITNESS WHEREOF, the Company and the Consultant have caused this Agreement to be executed by their officers thereunto duly authorized, in the City of New York as of the day and year first above written.

                        L & L Wings, Inc.

                        By:_____


                        Marco Destin, Inc.

                        By:_____

235983v3                              4

MD 00369
MARCO/L&L WINGS

```
*********************
***    TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              3576
CONNECTION TEL        06935101913056727959
SUBADDRESS
CONNECTION ID
ST. TIME             02/17 16:47
USAGE T              08'45
PGS. SENT            33
RESULT               OK
```

# MOSES & SINGER LLP

▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰

1301 Avenue of the Americas, New York, NY 10019-6076
Telephone: 212.554.7800        Facsimile: 212.554.7700

# Facsimile Transmission
# Cover Sheet

Date: _2/17/2000_

To: _Shnul Lary & Eli Tebb_          Firm name: _____

Fax number transmitted to:

_305 672 7959_

From: _Steve Glaser_

Phone: (212) 554- ~~75 219~~  554 - 7519

Client/Matter: _06935/101_

Number of Pages: _____
(Including cover page)

Comments: _____

_Call Bennett & myself at the_

MD 00370
MARCO/L&L WINGS

# MOSES & SINGER LLP

1301 Avenue of the Americas, New York, NY 10019-6076
Telephone: 212.554.7800     Facsimile: 212.554.7700

# Facsimile Transmission
# Cover Sheet

Date: ___2/18/2000___

To: _____    Firm name: _____    Fax number transmitted to:

_Shawn Lange & Eli Tebb_                                      _305 672 7955_

From: _Steve Glaser_                                 Phone: (212) 554-~~7519~~ ~~7519~~  554-7519

Client/Matter: _06935/101_

Number of Pages: _____
(Including cover page)

Comments:

Call Bennett & myself at the
above # change et this
FROM D HAUL + ELI

17972Elf you do not receive all pages, or have any other problems receiving this transmission, please call
212-554-7800 and ask for the telecopy operator.

CONFIDENTIALITY NOTE
This facsimile transmission contains information intended for the exclusive use of the individual or entity to whom it is addressed and
may contain information that is proprietary, confidential, and/or exempt from disclosure under applicable law.

If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended
recipient, you are hereby notified that any copying, disclosure or distribution of this information may be subject to legal restriction or
sanction. Please notify the sender by telephone to arrange for the return or destruction of the information and all copies.

MD 00371
MARCO/L&L WINGS

02/17/2000  17:57   13056727959                WINGS:307                    PAGE  02
02/17/00  16:47 FAX 212     7700      MOSES & SINGER LLP                   ☑002/033

Stock Power
Marco Destin Inc.

For Value Received, each of Shaul Levy and Meir Levy does hereby sell, assign and transfer
unto Eli Tabib (SS#_____/_____), their respective shares, aggregating
one-half of all the authorized and issued shares of the common stock of Marco Destin, Inc. (the
"Corporation"), standing in their respective names on the books of said Corporation, represented
by Certificate Number(s) _____ and each does hereby irrevocably constitute and appoint
Eli Tabib, attorney to transfer the said stock belonging to him on the books of the Corporation
with full power of substitution in the premises.

Dated:_____

_____
Shaul Levy

_____
Meir Levy

In presence of:

_____
Witness

Document #: 237168

02/17/2000  17:57    13856727959              WINGS:307                        PAGE  03
02/17/00  16:47 FAX 212        7700      MOSES & SINGER LLP                    @003/033

Stock Power
Panama Surf & Sport, Inc.

For Value Received, each of Shaul Levy and Meir Levy does hereby sell, assign and transfer unto Eli Tabib (SS# _____/_____ ), their respective shares, aggregating one-half of all the authorized and issued shares of the common stock of Panama Surf & Sport, Inc. (the "Corporation"), standing in their respective names on the books of said Corporation, represented by Certificate Number(s) _____ and each does hereby irrevocably constitute and appoint Eli Tabib, attorney to transfer the said stock belonging to him on the books of the Corporation with full power of substitution in the premises.

Dated: _____

_____
Shaul Levy

_____
Meir Levy

In presence of:

_____
Witness

Document #: 237169

MD 00373
MARCO/L&L WINGS

02/17/2000  17:57    13056727959              WINGS:307                    PAGE  04
    02/17/00  16:48 FAX 212      7700      MOSES & SINGER LLP                  @004/033

**Stock Power**
1000 Highway 98 East Corp.

For Value Received, each of Shaul Levy and Meir Levy does hereby sell, assign and transfer
unto Eli Tabib (SS#_____/_____), their respective shares, aggregating
one-half of all the authorized and issued shares of the common stock of 1000 Highway 98 East
Corp. (the "Corporation"), standing in their respective names on the books of said Corporation,
represented by Certificate Number(s) _____ and each does hereby irrevocably constitute
and appoint Eli Tabib, attorney to transfer the said stock belonging to him on the books of the
Corporation with full power of substitution in the premises.

Dated:_____


_____
Shaul Levy

_____
Meir Levy


In presence of:


_____
Witness


Document #: 237170

MD 00374
MARCO/L&L WINGS

02/17/2008  17:57    13056727959          WINGS: 387                    PAGE  05
 02/17/00  16:48 FAX 212    7700       MOSES & SINGER LLP                ☒005/033

## CONSULTING AGREEMENT
## (ELI TABIB)

This Consulting Agreement dated as of October 31, 1999 by and between Shaul Levy and Meir Levy, (collectively, the "Shareholders"), having an address c/o L&L Wings Inc., a South Carolina corporation (the "Company"), 18 E. 42nd Street, New York, New York, and Eli Tabib (the "Consultant"), having an address c/o Marco-Destin Inc., 10400 N.W. 33rd St., Miami, Florida.

### P R E A M B L E

The Company and its affiliates sell at retail clothing and related merchandise in various locations in, inter alia, the Southern United States. The Shareholders control the Company. The Consultant is chief executive officer of various clothing retailers with operations in the Southern United States. In the course of his duties with such retailers, the Consultant has become expert in the management and operation of the industry in the Southern United States area. The Shareholders desire to make available to themselves and to the officers of the Company and those of its affiliates the consulting services of Consultant and Consultant is willing to do so from time to time, all on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and the mutual covenants contained herein and for other good and valuable consideration heretofore or simultaneously with the execution hereof furnished by each party to the other, the sufficiency of which the parties hereby acknowledge, the parties hereto hereby agree as follows:

1.    Consulting.

The Shareholders hereby retain Consultant and Consultant hereby agrees to consult with the Shareholders and the Company and its executives (and those of its affiliates) for the period set forth in Section 2 hereof, subject to and upon the other terms and conditions herein provided.

2.    Term of Consulting.

The period of Consultant's consulting under this Agreement shall commence as of the date hereof and shall continue thereafter until October 31, 2009 (the "Term"). In the event that the Consultant continues to consult with the Shareholders and/or the Company and its affiliates after the end of the Term, such continued employment shall be subject to such terms and conditions as the Shareholders and the Consultant may then agree.

234426v5

MD 00375
MARCO/L&L WINGS

02/17/2000  17:57    13856727959          WINGS: 307                        PAGE  06
02/17/00  16:48 FAX 212      7700      MOSES & SINGER LLP                    Ø006/033

hereinabove set forth. Any party may change his or its address for purposes of this Section 11 by giving written notice thereof hereunder.

      12.    Due Capacity.

      The Shareholders hereby warrant and represent to the Consultant that they have the full capacity and power to delivery and perform this Agreement.

      13.    Attorneys' Fees.

      In the event that it shall be necessary for either party hereto to retain legal counsel and/or incur other costs and expenses in connection with the enforcement hereof whether by a judicial action or proceeding or by arbitration, such party shall to the extent it shall prevail (whether by settlement or by judicial or arbitral action or otherwise) be entitled to recover from the other party such first party's reasonable attorneys' fees and costs and expenses in connection with such enforcement.

      IN WITNESS WHEREOF, the parties have signed this Agreement, in the City of New York as of the day and year first above written.

_____
SHAUL LEVY, individually

_____
MEIR LEVY, individually

_____
ELI TABIB, individually

734426v5

4

MD 00376
MARCO/L&L WINGS

02/17/2000  17:57   13056727959          WINGS: 307                          PAGE  07
  02/17/00  16:48 FAX 212      7700    MOSES & SINGER LLP                          @007/033

# CONSULTING AGREEMENT
## (1000 HIGHWAY 98 EAST CORP.)

This Consulting Agreement dated as of October 31, 1999 by and between L & L Wings, Inc., a South Carolina corporation (the "Company"), having its principal office at 18 E. 42nd Street, New York, N.Y., and 1000 Highway 98 East Corp. (the "Consultant"), having an address c/o Marco Destin, Inc. at 10400 N.W. 33rd St., Miami, Florida.

## P R E A M B L E

The Company is engaged in real estate operations for its affiliates which sell at retail clothing and related merchandise in various locations in, inter alia, the Southern United States. The Consultant and its executives have become expert in the management and operation of real estate for the retail clothing industry in the Southern United States area. The Company desires to make available to its officers and those of its affiliates the consulting services of Consultant and its executives and Consultant is willing to make the same available from time to time, all on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and the mutual covenants contained herein and for other good and valuable consideration heretofore or simultaneously with the execution hereof furnished by each party to the other, the sufficiency of which the parties hereby acknowledge, the parties hereto hereby agree as follows:

1.    **Consulting.**

The Company hereby retains Consultant and Consultant hereby agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) for the period set forth in Section 2 hereof, subject to and upon the other terms and conditions herein provided.

2.    **Term of Consulting.**

The period of Consultant's consulting under this Agreement shall commence as of the date hereof and shall continue thereafter until October 31, 2009 (the "Term"). In the event that the Consultant continues to consult with the Company after the end of the Term, such continued employment shall be subject to such terms and conditions as the Company and the Consultant may then agree.

3.    **Responsibilities and Duties.**

(a)    During the period of his retention hereunder, Consultant agrees to provide its executives to consult with the Company and its executives (and those of its affiliates)

236094v3

MD 00377
MARCO/L&L WINGS

02/17/2000  17:57    13056727959              WINGS: 307                    PAGE  08
02/17/00  16:49 FAX 212      7700    MOSES & SINGER LLP                     @008/033

12.    Due Authorization.

The Company hereby warrants and represents to the Consultant that the execution, delivery and performance hereof by the Company has been duly authorized by all requisite or appropriate corporate and shareholder action.

13.    Attorneys' Fees.

In the event that it shall be necessary for either party to retain legal counsel and/or incur other costs and expenses in connection with the enforcement hereof whether by a judicial action or proceeding or by arbitration, such party shall to the extent it shall prevail (whether by settlement or by judicial or arbitral action or otherwise) be entitled to recover from the other party such first party's reasonable attorneys' fees and costs and expenses in connection with such enforcement.

IN WITNESS WHEREOF, the Company and the Consultant have caused this Agreement to be executed by their officers thereunto duly authorized, in the City of New York as of the day and year first above written.

L & L Wings, Inc.

By:

1000 Highway 98 East Corp.

By:

236094v3

4

MD 00378
MARCO/L&L WINGS

02/17/2000   17:57     13056727959              WINGS: 307                      PAGE  09
  02/17/00   16:40 FAX 212      7700       MOSES & SINGER  LLP                        ☑010/033

12.    Due Authorization.

The Company hereby warrants and represents to the Consultant that the execution, delivery and performance hereof by the Company has been duly authorized by all requisite or appropriate corporate and shareholder action.

13.    Attorneys' Fees.

In the event that it shall be necessary for either party to retain legal counsel and/or incur other costs and expenses in connection with the enforcement hereof whether by a judicial action or proceeding or by arbitration, such party shall to the extent it shall prevail (whether by settlement or by judicial or arbitral action or otherwise) be entitled to recover from the other party such first party's reasonable attorneys' fees and costs and expenses in connection with such enforcement.

IN WITNESS WHEREOF, the Company and the Consultant have caused this Agreement to be executed by their officers thereunto duly authorized, in the City of New York as of the day and year first above written.

L & L Wings, Inc.

By: _____

Panama Surf & Sport, Inc.

By: _____

236093v2                                    4

MD 00379
MARCO/L&L WINGS

02/17/2000  17:57   13056727959              WINGS:307                    PAGE  10
02/17/00  16:49 FAX 212     7700       MOSES & SINGER LLP                   @009/033

## CONSULTING AGREEMENT
## (PANAMA SURF & SPORT, INC.)

This Consulting Agreement dated as of October 31, 1999 by and between L & L Wings, Inc., a South Carolina corporation (the "Company"), having its principal office at 18 E. 42nd Street, New York, N.Y., and Panama Surf & Sport, Inc. (the "Consultant"), having an address c/o Marco Destin, Inc. at 10400 N.W. 33rd St., Miami, Florida.

### P R E A M B L E

The Company and its affiliates sell at retail clothing and related merchandise in various locations in, inter alia, the Southern United States. The Consultant and its executives have become expert in the management and operation of the industry in the Southern United States area. The Company desires to make available to its officers and those of its affiliates the consulting services of Consultant and its executives and Consultant is willing to make the same available from time to time, all on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and the mutual covenants contained herein and for other good and valuable consideration heretofore or simultaneously with the execution hereof furnished by each party to the other, the sufficiency of which the parties hereby acknowledge, the parties hereto hereby agree as follows:

1. Consulting.

The Company hereby retains Consultant and Consultant hereby agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) for the period set forth in Section 2 hereof, subject to and upon the other terms and conditions herein provided.

2. Term of Consulting.

The period of Consultant's consulting under this Agreement shall commence as of the date hereof and shall continue thereafter until October 31, 2009 (the "Term"). In the event that the Consultant continues to consult with the Company after the end of the Term, such continued employment shall be subject to such terms and conditions as the Company and the Consultant may then agree.

3. Responsibilities and Duties.

(a)     During the period of his retention hereunder, Consultant agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) at their request given to it from time to time and upon reasonable notice (and, in this connection,

Z36093v2

MD 00380
MARCO/L&L WINGS

02/17/2000  17:57    13056727959           WINGS: 307                              PAGE  11
  02/17/00  16:50 FAX 212      7700    MOSES & SINGER LLP                           ☑011/033

NON-NEGOTIABLE NOTE

New York, New York
As of October 31, 1999

FOR VALUE RECEIVED, Panama Surf & Sport Inc. ("Maker"), having an address at
10400 N.W. 33rd St., Miami, Florida hereby promises to pay to L&L Wings, Inc. ("Payee"),
having an address at 18 E. 42nd St., New York, N.Y., or such other address as may be designated
by Payee by written notice to Maker, the sum of $24,000, with interest at the per annum rate of
6.31 per cent.

The Note shall be payable in ten equal annual installments of principal and interest in the
amount of $3,308.89, commencing October 31, 2000, and continuing on each anniversary of
such date thereafter until October 31, 2009, when the remaining unpaid amount of the Note and
accrued interest shall be due and payable.

This Note may be prepaid in whole or in part, at any time.

This Note shall be governed by and be enforceable in accordance with the laws of the
State of New York applicable to contracts made and to be performed wholly within such State.

This Note may not be modified, orally or otherwise, except by a writing duly executed by
the Payee and the Maker.

Panama Surf & Sport, Inc.

By

236037v3

MD 00381
MARCO/L&L WINGS

02/17/2000  17:57     13056727959              WINGS:307                        PAGE  12
   02/17/00  16:50 FAX 212      7700        MOSES & SINGER LLP                      Ø012/033

## NON-NEGOTIABLE NOTE

New York, New York
As of October 31, 1999

FOR VALUE RECEIVED, Eli Tabib ("Maker"), having an address c/o Marco-Destin Inc., at 10400 N.W. 33rd St., Miami, Florida hereby promises to pay to Shaul Levy and Meir Levy ("Payee"), having an address at c/o L&L Wings, Inc., 18 E. 42nd St., New York, N.Y., or such other address as may be designated by Payee by written notice to Maker, the sum of $859,565, with interest at the per annum rate of 6.31 percent.

The Note shall be payable in ten equal annual installments of principal and interest in the amount of $118,508.62, commencing October 31, 2000, and continuing on each anniversary of such date thereafter until October 31, 2009, when the remaining unpaid amount of the Note and accrued interest shall be due and payable.

This Note may be prepaid in whole or in part, at any time.

This Note shall be governed by and be enforceable in accordance with the laws of the State of New York applicable to contracts made and to be performed wholly within such State.

This Note may not be modified, orally or otherwise, except by a writing duly executed by the Payee and the Maker.

_____
Eli Tabib

234415v3

MD 00382
MARCO/L&L WINGS

02/17/2000  17:57    13056727959                    WINGS: 307                    PAGE  13
   02/17/00  16:50 FAX 212      7700          MOSES & SINGER LLP                      ☒013/033

NON-NEGOTIABLE NOTE

New York, New York
As of October 31, 1999

FOR VALUE RECEIVED, E&T Inc. ("Maker") having an address at 10400 N.W. 33rd St., Miami, Florida hereby promises to pay to L&L Wings, Inc. ("Payee"), having an address at 18 E. 42nd St., New York, N.Y., or such other address as may be designated by Payee by written notice to Maker, the sum of $341,702, with interest at the per annum rate of 6.31 per cent.

The Note shall be payable in ten equal annual installments of principal and interest in the amount of $47,110.61, commencing October 31, 2000, and continuing on each anniversary of such date thereafter until October 31, 2009, when the remaining unpaid amount of the Note and accrued interest shall be due and payable.

This Note may be prepaid in whole or in part, at any time.

This Note shall be governed by and be enforceable in accordance with the laws of the State of New York applicable to contracts made and to be performed wholly within such State.

This Note may not be modified, orally or otherwise, except by a writing duly executed by the Payee and the Maker.

E&T Inc.

By: _____

Z36036v3

MD 00383
MARCO/L&L WINGS

02/17/2000  17:57    13056727959                    WINGS: 307              PAGE  14
02/17/00  16:50 FAX 212       7700        MOSES & SINGER LLP              ☼014/033

## CONSULTING AGREEMENT
### (E&T, INC.)

This Consulting Agreement dated as of October 31, 1999 by and between L & L Wings, Inc., a South Carolina corporation (the "Company"), having its principal office at 18 E. 42nd Street, and E&T, Inc. (the "Consultant"), having an address c/o Marco Destin, Inc. at 10400 N.W. 33rd St., Miami, Florida.

### P R E A M B L E

The Company and its affiliates sell at retail clothing and related merchandise in various locations in, inter alia, the Southern United States. The Consultant and its executives have become expert in the management and operation of the industry in the Southern United States area. The Company desires to make available to its officers and those of its affiliates the consulting services of Consultant and its executives and Consultant is willing to make the same available from time to time, all on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and the mutual covenants contained herein and for other good and valuable consideration heretofore or simultaneously with the execution hereof furnished by each party to the other, the sufficiency of which the parties hereby acknowledge, the parties hereto hereby agree as follows:

1.      Consulting.

The Company hereby retains Consultant and Consultant hereby agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) for the period set forth in Section 2 hereof, subject to and upon the other terms and conditions herein provided.

2.      Term of Consulting.

The period of Consultant's consulting under this Agreement shall commence as of the date hereof and shall continue thereafter until October 31, 2009 (the "Term"). In the event that the Consultant continues to consult with the Company after the end of the Term, such continued employment shall be subject to such terms and conditions as the Company and the Consultant may then agree.

3.      Responsibilities and Duties.

(a)     During the period of his retention hereunder, Consultant agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) at their request given to it from time to time and upon reasonable notice (and, in this connection,

236091v3

MD 00384
MARCO/L&L WINGS

02/17/2000  17:57   13056727959        WINGS:307                    PAGE  15
02/17/00  16:51 FAX 212      7700    MOSES & SINGER LLP              Ø015/033

12.    Due Authorization.

    The Company hereby warrants and represents to the Consultant that the execution, delivery and performance hereof by the Company has been duly authorized by all requisite or appropriate corporate and shareholder action.

13.    Attorneys' Fees.

    In the event that it shall be necessary for either party to retain legal counsel and/or incur other costs and expenses in connection with the enforcement hereof whether by a judicial action or proceeding or by arbitration, such party shall to the extent it shall prevail (whether by settlement or by judicial or arbitral action or otherwise) be entitled to recover from the other party such first party's reasonable attorneys' fees and costs and expenses in connection with such enforcement.

    IN WITNESS WHEREOF, the Company and the Consultant have caused this Agreement to be executed by their officers thereunto duly authorized, in the City of New York as of the day and year first above written.

L & L Wings, Inc.

By: _____

E&T, Inc.

By: _____

236091v3                                    4

MD 00385
MARCO/L&L WINGS

02/17/2000  17:57     13056727959              WINGS:307                          PAGE  16
02/17/00  16:51 FAX 212      7700          MOSES & SINGER LLP                    ☑016/033

## NON-NEGOTIABLE NOTE

New York, New York
As of October 31, 1999

FOR VALUE RECEIVED, 1000 Highway 98 East Corp. ("Maker"), having an address at 10400 N.W. 33rd St., Miami, Florida hereby promises to pay to L&L Wings, Inc. ("Payee"), having an address at 18 E. 42nd St., New York, N.Y., or such other address as may be designated by Payee by written notice to Maker, the sum of $1,355,988, with interest at the per annum rate of 6.31 per cent.

The Note shall be payable in ten equal annual installments of principal and interest in the amount of $186,950.68, commencing October 31, 2000, and continuing on each anniversary of such date thereafter until October 31, 2009, when the remaining unpaid amount of the Note and accrued interest shall be due and payable.

This Note may be prepaid in whole or in part, at any time.

This Note shall be governed by and be enforceable in accordance with the laws of the State of New York applicable to contracts made and to be performed wholly within such State.

This Note may not be modified, orally or otherwise, except by a writing duly executed by the Payee and the Maker.

1000 Highway 98 East Corp.

By _____

236035v2

MD 00386
MARCO/L&L WINGS

### Stock Power

For Value Received, Eli Tabib, does hereby sell, assign and transfer unto Shaul and Meir Levy (SS#_____/_____) one-half of all the authorized and issued shares of the common no par value stock of 100 South Morehead Ave. Corp. (the "Corporation") standing in his name on the books of said Corporation, represented by Certificate Number (s)_____ and does hereby irrevocably constitute and appoint Shaul Levy and/or Meir Levy, attorney to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

Dated: _____

_____
Eli Tabib

In presence of:

_____
Witness

MD 00387
MARCO/L&L WINGS

02/17/2008  17:57   13056727959          WINGS:307                    PAGE  18
02/17/00  16:52 FAX 212      7700     MOSES & SINGER LLP                     @018/033

Purchase Agreement effective as of November 1, 1998 by and between, on the one hand, Shaul Levy (hereinafter, "Shaul"), Meir Levy (hereinafter, "Meir"), (both Shaul Levy and Meir Levy are hereinafter collectively referred to as "Levy"), L&L Wings, Inc. (hereinafter, "L&L"), Shaul and Meir Levy Partnership (hereinafter, "SMP"), (Shaul Levy, Meir Levy, L&L and SMP, are all from time to time, hereinafter collectively referred to as "Wings"), and, on the other hand, Eli Tabib (hereinafter, "Eli"), 1000 Highway 98 East Corp. (hereinafter, "1000 Highway"), Marco-Destin Inc. (hereinafter, "Marco-Destin"), 100 South Morehead Ave. Corp. (hereinafter, "Morehead"), and Panama City Surf & Sport Inc. (hereinafter, "Panama City").

WHEREAS, Shaul, Meir and Eli are the sole shareholders of Morehead; and

WHEREAS, Shaul, Meir and Eli are the sole shareholders of 1000 Highway; and

WHEREAS, Shaul, Meir and Eli are the sole shareholders of Marco-Destin; and

WHEREAS, Shaul, Meir and Eli are the sole shareholders of Panama City; and

WHEREAS, Shaul and Meir are the sole partners in SMP; and

WHEREAS, all of the parties, in one form or another, are engaged in the business of owning and operating retail stores; and

WHEREAS, certain of the stores affected by this agreement are operated under the name "Wings"; and

WHEREAS, Marco-Destin operated various stores leased to L&L without a lease and has since abandoned them; and

221319v6

MD 00388
MARCO/L&L WINGS

14.6.  If any provision of this agreement shall be unenforceable or invalid, such unenforceability or invalidity shall not affect the remaining provisions of this agreement.

14.7.  Upon such execution and delivery, this agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, successors and permitted assigns.

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals as of the date first above written.

_____        _____
Shaul Levy, individually          Meir Levy, individually

_____
Bill Tabib, individually

L&L Wings, Inc.                   1000 Highway 98 East Corp.

By: _____    By: _____  x

Marco-Destin Inc.                100 South Morehead Ave. Corp.

By: _____  x By: _____  x

Panama City Surf & Sport Inc.    Shaul & Meir Levy Partnership

By: _____  x By: _____

E&T, Inc.

By: _____  x

721819v6                          18

MD 00389
MARCO/L&L WINGS

02/17/2000  17:57    13056727959              WINGS: 307                    PAGE  20
   02/17/00  16:52 FAX 212      7700       MOSES & SINGER LLP                  ☒020/033

## LICENSING AGREEMENT

**THIS AGREEMENT** dated for purposes of reference as of the 1st day of November, 1998, is made by and between L & L WINGS, INC. d/b/a Wings, a South Carolina Corporation with an address at 18 East 42nd Street, New York, New York 10017, ("Licensor") and Marco-Destin Inc. (hereinafter, "Marco-Destin"), 1000 Highway 98 East Corp. ("Highway"), Panama Surf & Sport, Inc. ("Surf") and E&T Inc. (hereinafter, "ET"), being Florida and South Carolina corporations, and all having an address all c/o Marco Destin 10400 Northwest 33rd Street, Miami, Florida (collectively, hereinafter, "Licensee").

**WHEREAS**, Licensor is the owner of the unregistered servicemark, "Wings" and is the owner of trade dress rights to its distinctive design; and

**WHEREAS**, Licensee utilized the mark "Wings" on retail stores that it owns and has been for many years with the permission and an oral license from Licensor who was a one-half owner of the issued and outstanding shares of stock of Licensee (except shares in ET); and

**WHEREAS**, the ownership by Licensor of the shares of Licensee are being sold simultaneous with the execution of this Agreement; and

**WHEREAS**, Licensor and Licensee each adorn some of their retail locations with Licensor's unique wave sculpture design highlighted with a signature colored neon light combination, (hereinafter, Licensor's "Trade Dress"); and

**WHEREAS**, Licensee recognizes the goodwill, reputation and strong marketing value of using the "Wings" name as a trade/servicemark and trade name and its Trade Dress in the operation of its retail business establishments; and

**WHEREAS**, Licensee desires to continue do business using the name "Wings" in the "Territory" hereinafter defined after the separation of their respective ownership; and

**WHEREAS**, Licensee and/or entities and/or principals of Licensee are unwilling to enter into the simultaneous agreements purchasing the interest of Licensor and/or its principals interest in Licensee (except any interest in ET) without this Agreement; and

**WHEREAS**, Licensor is willing to grant a license to Licensee to use "Wings" and the Trade Dress in the Territory upon the terms and conditions set forth below and other than as set-forth hereinafter has the authority to do so;

**NOW, THEREFORE**, in consideration of the covenants and agreements hereinafter set forth, one dollar ($1.00) and other valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the parties hereto agree as follows:

1. Definitions. The following terms as used in this Agreement shall have the meanings set forth below:

221916v2

MD 00390
MARCO/L&L WINGS

02/17/2000  17:57    13056727959          WINGS: 307                    PAGE  21
  02/17/00  16:52 FAX 212 /   7700      MOSES & SINGER LLP              Ø021/033

IN WITNESS WHEREOF, the parties have set their hands hereto as of the day and date above first appearing.

L & L WINGS, INC.

By: Shaul Levy, President

MARCO-DESTIN, INC.
PANAMA SURF & SPORT, INC.
1000 HIGHWAY 98 EAST CORP.
B&T, INC.

By: Eli Tabib, President

Eli Tabib

221916v2                                  9

MD 00391
MARCO/L&L WINGS

02/17/2000  17:57   13056727959          WINGS: 387              PAGE  22
  02/17/00  18:53 FAX 212     7700      MOSES & SINGER LLP                    Ø022/033

## RESIGNATION

The undersigned hereby resigns any officership or directorship and/or any employment status which the undersigned may have in or with respect to the following corporations, effective as of November 1, 1998:

        L&L Wings, Inc.

        100 S. Morehead Ave. Corp.

                           Eli Tabib

Dated:       February \_\_\_\_, 2000

237136

MD 00392
MARCO/L&L WINGS

02/17/2000  17:57    13056727959                    WINGS: 307                          PAGE  23
  02/17/00  16:53 FAX 212  7    7700        MOSES & SINGER LLP                          @023/033

## RESIGNATION

Each of the undersigned hereby resigns any officership or directorship and/or any employment
status which the undersigned may have in or with respect to the following corporations, effective
as of November 1, 1998:

        1000 Highway 98 East Corp.

        Marco Destin, Inc.

        Panama Surf and Sport Shop Inc.

_____
Shaul Levy

_____
Meir Levy

Dated:      February _____, 2000

235375v2

MD 00393
MARCO/L&L WINGS

02/17/2000  17:57   13056727959                    WINGS:307                     PAGE  24
  02/17/00  16:53 FAX 212    7700        MOSES & SINGER LLP                    ☑024/033

## ASSIGNMENT / SURRENDER AND ASSUMPTION OF LEASES

**KNOW THAT,** one dollar ($1.00) and other valuable consideration, Shaul Levy, Meir Levy, L & L Wings, Inc., a South Carolina corporation and/or Shaul & Meir Levy Partnership, a South Carolina partnership, each having an address at 18 East 42nd Street, New York, NY 10017, (collectively hereinafter referred to as "Assignors"), Marco Destin, Inc., a Florida corporation, having an address at 10400 Northwest 33rd Street, Miami, Florida (hereinafter referred to as "Assignee"), all right, title and interest of the lessees and/or leasehold interests under those certain Leases more particularly described in Exhibit A hereto.

**TO HAVE AND TO HOLD** the same unto Assignee and the heirs, executors, administrators, legal representatives, successors and assigns of Assignee from the date hereof for the rest of the terms of said Leases, as said Leases may be modified or extended.

This Assignment/Surrender and Assumption of Leases is given without representation or warranty by Assignors, whether express or implied, and without recourse against Assignors in any possible event.

Assignee hereby assume and agree to pay and perform all of the obligations of the lessees under the Leases. Assignee hereby agree to indemnify and hold Assignors harmless from and against any and all liability, claim, loss, damage or expense, in-cluding reasonable attorneys' fees, incurred in connection with, or arising or asserted with respect to the Leases or this Assignment.

MD 00394
MARCO/L&L WINGS

02/17/2000  17:57   13056727959                    WINGS:307                    PAGE  25
    02/17/00  18:53 FAX 212 ᵛ  7700          MOSES & SINGER LLP                         ☒025/033

**IN WITNESS WHEREOF**, Assignors and Assignee have duly executed this
Assignment and Assumption of Leases as of November 1, 1998.

_____
Shaul Levy

_____
Meir Levy

L & L WINGS, INC.

By _____
Shaul Levy, President

SHAUL & MEIR LEVY PARTNERSHIP

By _____
Shaul Levy, General Partner

MARCO DESTIN, INC.

By _____
Eli Tabib, President

2

MD 00395
MARCO/L&L WINGS

02/17/2000  17:57    13056727959                WINGS:387                    PAGE  26
    02/17/00  16:53 FAX 212     7700        MOSES & SINGER LLP                026/033

## EXHIBIT A

The following leased property:

1.    581 South Collier Boulevard, Marco Island, Florida, commonly known as Store #317.

2.    2673 Parkway, Pigeon Forge, Tennessee, commonly known as Store #801.

3.    1251 A Miracle Strip Parkway, Ft. Walton Beach, Florida, commonly known as Store #748.

3

MD 00396
MARCO/L&L WINGS

02/17/2000  17:57    13056727959                WINGS:307                          PAGE  27
  02/17/00  16:54 FAX 212  t    7700        MOSES & SINGER LLP                      ☒027/033

## ASSIGNMENT / SURRENDER AND ASSUMPTION OF LEASES

**KNOW THAT,** one dollar ($1.00) and other valuable consideration, Eli Tabib, Marco Destin, Inc., a Florida corporation and 1000 Highway 98 East Corp., a Florida corporation, each having an address at 10400 Northwest 33rd Street, Miami, Florida, (collectively hereinafter referred to as "Assignors"), hereby assign and/or surrender unto L & L Wings, Inc., a South Carolina corporation and/or Shaul & Meir Levy Partnership, a South Carolina partnership, each having an address at 18 East 42nd Street, New York, NY 10017 (collectively hereinafter referred to as "Assignees"), all right, title and interest of the lessees and/or leasehold interests under those certain Leases more particularly described in Exhibit A hereto,

**TO HAVE AND TO HOLD** the same unto Assignees and the heirs, executors, administrators, legal representatives, successors and assigns of Assignees from the date hereof for the rest of the terms of said Leases, as said Leases may be modified or extended.

This Assignment/Surrender and Assumption of Leases is given without representation or warranty by Assignors, whether express or implied, and without recourse against Assignors in any possible event.

Assignees hereby assume and agree to pay and perform all of the obligations of the lessees under the Leases. Assignees hereby agree to indemnify and hold Assignors harmless from and against any and all liability, claim, loss, damage or expense, including reasonable attorneys' fees, incurred in connection with, or arising or asserted with respect to the Leases or this Assignment.

MD 00397
MARCO/L&L WINGS

02/17/2008  17:57   13056727959              WINGS:307                    PAGE  28
  02/17/00  18:54 FAX 212 ʼ  7700       MOSES & SINGER LLP               ☎028/033

**IN WITNESS WHEREOF,** Assignors and Assignees have duly executed this Assignment and Assumption of Leases as of November 1, 1998.

Eli Tabib

MARCO DESTIN, INC.

By
Eli Tabib, President

1000 HIGHWAY 98 EAST CORP.

By
Eli Tabib, President

L & L WINGS, INC.

By
Shaul Levy, President

SHAUL & MEIR LEVY PARTNERSHIP

By
Shaul Levy, General Partner

2

MD 00398
MARCO/L&L WINGS

02/17/2000  17:57   13056727959              WINGS:307                      PAGE  29
 02/17/00  16:64 FAX 212     7700       MOSES & SINGER LLP                      ⊠079/033

## EXHIBIT A

The following leased property:

1.  106A N. New River Drive, Surf City, North Carolina, commonly known as Store #766.

2.  15 East 1st Street, Ocean Isle, North Carolina, commonly known as Store #767.

3.  1014 N. Lake Park Road, Carolina, Beach, North Carolina, commonly known as Store #765.

4.  9952 Beach Road, Calabash, North Carolina, commonly known as Store #605.

3

MD 00399
MARCO/L&L WINGS

02/17/2000  17:57   13056727959                    WINGS: 387                      PAGE  30
   02/17/00  16:54 FAX 212  7  7700      MOSES & SINGER LLP                    ⊠030/033

# AFFIDAVIT OF LOST STOCK CERTIFICATE

STATE OF _____
COUNTY OF _____ ss:

Eli Tabib, being duly sworn, deposes and says:

I am the owner of one-half of all the authorized and issued shares of the common no par value stock of 100 South Morehead Ave. Corp. and make this affidavit in connection with the sale of my shares of stock to Shaul Levy and Meir Levy.

The stock certificate or certificates representing the one-half of all the authorized and issued shares have been lost. I hereby certify that I have neither otherwise sold, transferred, conveyed, pledged, hypothecated or otherwise encumbered my one-half of all the authorized and issued shares of stock.

I further represent that in the event the said certificate or certificates are located I will promptly endorse same to Shaul and Meir Levy in connection with the sale.

_____
Eli Tabib


Sworn to before me this _____ day of
_____, 2000.



_____
Notary Public
My commission expires on _____.

MD 00400
MARCO/L&L WINGS

02/17/2000  17:57    13056727959                    WINGS:307                    PAGE  31
   02/17/00  16:55 FAX 212  F   7700         MOSES & SINGER LLP

### NON-NEGOTIABLE NOTE

New York, New York
As of October 31, 1999

FOR VALUE RECEIVED, Marco Destin, Inc. ("Maker"), having an address at 10400 N.W. 33rd St., Miami, Florida hereby promises to pay to L&L Wings, Inc. ("Payee"), having an address at 18 E. 42nd St., New York, N.Y., or such other address as may be designated by Payee by written notice to Maker, the sum of $2,322,310, with interest at the per annum rate of 6.31 per cent.

The Note shall be payable in ten equal annual installments of principal and interest in the amount of $320,177.94, commencing October 31, 2000, and continuing on each anniversary of such date thereafter until October 31, 2009, when the remaining unpaid amount of the Note and accrued interest shall be due and payable.

This Note may be prepaid in whole or in part, at any time.

This Note shall be governed by and be enforceable in accordance with the laws of the State of New York applicable to contracts made and to be performed wholly within such State.

This Note may not be modified, orally or otherwise, except by a writing duly executed by the Payee and the Maker.

Marco Destin, Inc.

By: _____

226003v3

MD 00401
MARCO/L&L WINGS

02/17/2000  17:57    13056727959                    WINGS: 307                    PAGE  32
   02/17/00  18:58 FAX 212  f    7700      MOSES & SINGER LLP                     @032/033

CONSULTING AGREEMENT
(MARCO DESTIN, INC.)

This Consulting Agreement dated as of October 31, 1999 by and between L & L Wings, Inc., a South Carolina corporation (the "Company"), having its principal office at 18 E. 42nd Street, New York, N.Y., and Marco Destin, Inc. (the "Consultant"), having an address at 10400 N.W. 33rd St., Miami, Florida.

PREAMBLE

The Company and its affiliates sell at retail clothing and related merchandise in various locations in, inter alia, the Southern United States. The Consultant and its executives have become expert in the management and operation of the industry in the Southern United States area. The Company desires to make available to its officers and those of its affiliates the consulting services of Consultant and its executives and Consultant is willing to make the same available from time to time, all on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the premises and the mutual covenants contained herein and for other good and valuable consideration heretofore or simultaneously with the execution hereof furnished by each party to the other, the sufficiency of which the parties hereby acknowledge, the parties hereto hereby agree as follows:

1.    Consulting.

The Company hereby retains Consultant and Consultant hereby agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) for the period set forth in Section 2 hereof, subject to and upon the other terms and conditions herein provided.

2.    Term of Consulting.

The period of Consultant's consulting under this Agreement shall commence as of the date hereof and shall continue thereafter until October 31, 2009 (the "Term"). In the event that the Consultant continues to consult with the Company after the end of the Term, such continued employment shall be subject to such terms and conditions as the Company and the Consultant may then agree.

3.    Responsibilities and Duties.

(a)    During the period of his retention hereunder, Consultant agrees to provide its executives to consult with the Company and its executives (and those of its affiliates) at their request given to it from time to time and upon reasonable notice (and, in this connection,

235983v3

MD 00402
MARCO/L&L WINGS

02/17/2000  17:57  13056727959          WINGS:307                    PAGE  33
02/17/00  16:55 FAX 212  8   7700      MOSES & SINGER LLP

12.    Due Authorization.

The Company hereby warrants and represents to the Consultant that the execution, delivery and performance hereof by the Company has been duly authorized by all requisite or appropriate corporate and shareholder action.

13.    Attorneys' Fees.

In the event that it shall be necessary for either party hereto to retain legal counsel and/or incur other costs and expenses in connection with the enforcement hereof whether by a judicial action or proceeding or by arbitration, such party shall to the extent it shall prevail (whether by settlement or by judicial or arbitral action or otherwise) be entitled to recover from the other party such first party's reasonable attorneys' fees and costs and expenses in connection with such enforcement.

IN WITNESS WHEREOF, the Company and the Consultant have caused this Agreement to be executed by their officers thereunto duly authorized, in the City of New York as of the day and year first above written.

L & L Wings, Inc.

By: _____

Marco Destin, Inc.

By: _____

235983v3

4

MD 00403
MARCO/L&L WINGS

Tbb
06935/101

Cov

**Steven J. Glaser**

| | |
|---|---|
| From: | Bennett D. Krasner [bkrasner@optonline.net] |
| Sent: | Wednesday, February 16, 2000 5:08 PM |
| To: | Steve Glaser; Bennett Krasner |
| Subject: | description |

Dear Steve:

The description is as follows:

From the south side of 1639 Highway 17S North Myrtle Beach SC to the    intersection of Highway 9 and Highway 17S which is just north of North Myrtle Beach SC.

This letter I am faxing to Eli and Neir at your request.  Please review it with them and lets finalize this aspect.  While speaking with Eli and Neir, have them call Shaul and arrange a mutual meeting place around 1pm tomorrow so that we may execute everything by fax with them.

Regards,
Bennett

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.   If you received this in error, please immediately contact the sender and delete the material from any computer.

1

**MD 00404**
**MARCO/L&L WINGS**

# MOSES & SINGER LLP



Tabib
06935/101
Co

1301 Avenue of the Americas, New York, NY 10019-6076
Telephone: 212.554.7800          Facsimile: 212.554.7700

# Facsimile Transmission
# Cover Sheet

Date:          February 15, 2000

| To | Firm name | Fax number transmitted to |
|---|---|---|
| Bennett Krasner, Esq. | | 516 432-7016 |
| Eli Tabib and Nir | Marco Destin | 305 471-9398 |
| Tzanani | | |

From:        Steven Glaser, Esq.          Phone:   212 554 7820

Client/Matter:   06935/101

Number of Pages:
(Including cover page)

Comments: Here is a description of the exclusive territory of Eli in N. Myrtle Beach.  By
this fax I am asking Eli and Nir to confirm that I accurately transcribed the description
from our phone conversation today.

If you do not receive all pages, or have any other problems receiving this transmission, please call 212-
554-7800 and ask for the telecopy operator.

CONFIDENTIALITY NOTE
This facsimile transmission contains information intended for the exclusive use of the individual or entity to whom it is addressed and
may contain information that is proprietary, confidential, and/or exempt from disclosure under applicable law.

If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended
recipient), you are hereby notified that any copying, disclosure or distribution of this information may be subject to legal restriction or
sanction.  Please notify the sender by telephone to arrange for the return or destruction of the information and all copies.

MD 00405
MARCO/L&L WINGS

From the south side of 1639 Highway 17S N. Myrtle Beach S.C. 29582 to Winners World 2229 Highway 17N Little River S.C. (including the coast line and two miles inland between such points**)**

Document #: 236851

02/15/00  18:26 FAX  ? 554 7700    MOSES & SINGER LLP    ☒001

```
        *****************************
        ***   MULTI TX/RX REPORT   ***
        *****************************
TX/RX NO            3869
PGS.                2
TX/RX INCOMPLETE    -----
TRANSACTION OK      (1)   8806935101915164327016
                    (2)   8806935101913054719398

ERROR INFORMATION   -----
```

# MOSES & SINGER LLP

1301 Avenue of the Americas, New York, NY 10019-6076
Telephone: 212.554.7800        Facsimile: 212.554.7700

# Facsimile Transmission
# Cover Sheet

Date:        February 15, 2000

**To**            **Firm name**              <u>Fax number transmitted to</u>

Bennett Krasner, Esq.                         516 432-7016
Eli Tabib and Nir        Marco Destin         305 471-9398
Tzanani

From:        Steven Glaser, Esq.              Phone:   212 554 7820

Client/Matter:   06935/101

Number of Pages:
(Including cover page)

Comments:  Here is a description of the exclusive territory of Eli in N. Myrtle Beach. By this fax I am asking Eli and Nir to confirm that I accurately transcribed the description from our phone conversation today.

MD 00407
MARCO/L&L WINGS