```
02/14/00  17:03 FAX    2  554 7700        MOSES & SINGER LLP                                    ☒001

                                     *************************
                                     ***   RX REPORT     ***
                                     *************************

                         RECEPTION OK

                         TX/RX NO               7069
                         CONNECTION TEL                   305 666 1101
                         SUBADDRESS
                         CONNECTION ID
                         ST. TIME               02/14 17:02
                         USAGE T                01'02
                         PGS.                   1
                         RESULT                 OK
```

MD 00408
MARCO/L&L WINGS

Tabib
06985/601 L 554 7700
Ca

To MR GLASER From Morty Etgar

ELI TABIB
PURCHASE OF STOCK
CALCULATION AT 1/1/1998

National Brand 45-604 Eye-Ease
Made in USA

| | 1 100 South Morehead | 2 1001 Hwy (1) | 3 Marco Destin (2) | 4 Panama Surf (3) |
|---|---|---|---|---|
| ELI BUYS <SELLS> | 50% <65743> | 568107 | 207341 | 149860 |
| ET = 859,565 | | | | |
| (3) 12/31/97 | ⊘ | | | |
| Loan from Shaul & Meir | 150000 | INCLUDED | IN M/P - | WINGS |
| P/C | ⊘ | | | |
| C/S 50% | 500 | | | |
| Loss K-1 1998 Meir | <3207> | | | |
| Shaul | <320> | | | |
| | <149860> | | | |
| (2) MARCO DESTIN: 12/31/97 CS | 100 | | | |
| P/C | ⊘ | | | |
| RE | 150791 | | | |
| | 150291 | | | |
| 50% | 75945 | | | |
| 1998 - SHAUL K-1 | 65948 | | | |
| - MEIR K-1 | 65948 | | | |
| | 207341 | | | |
| (1) 1000 HWY: 12/31/97 C/S | 1000 | | | |
| P/C | 706904 | | | |
| RE | 186843 | | | |
| | 894747 | | | |
| 50% = | 447373 | | | |
| 1998 - SHAUL K-1 | 60367 | | | |
| MEIR K-1 | 60368 | | | |
| | 568107 | | | |

MD 00409
MARCO/L&L WINGS

MID 00412
MARCO/L&L WINGS

Feb-14-00 04:57  MORT ETGAR, CPA, PA    305 665 1    P.01

To MR GLASER FROM MORTY ETGAR    212 354 7703

ELI TABIB
PURCHASE OF L STOCK
CALCULATION AT 11/1/1998

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | 100% HWY | 100% HWY | MARCO DESTIN | PANAMA REF |
| | | INFL 40 F. | IN M/P — WINGS | |
| | | 368/07 | 207,314 | 149,86 |
| | 100 SOUTH MOREHEAD | (657,43) | | |
| | | /50,000 | | |
| | | 510° | | |
| | | (DR-) | | |
| | | (3R-) | | |
| | | (149,86) | | |
| | | 100 | | |
| | | 60,791 | | |
| | | 257,445 | | |
| | | 35,944 | | |
| | | 67,944 | | |
| | | 210,724 | | |
| | | 706,784 | | |
| | | 100P | | |
| | | 186,843 | | |
| | | 894,747 | | |
| | | 447,373 | | |
| | | 60,500 | | |
| | | 60,308 | | |
| | | 668/28 | | |

ELI BUYS (SELLS)
ETF 859,565

10/31/97
LOAN FROM SHAUL K-i
PIC
E/S 50%
Less K-i 1998 AMIT
SHAUL

③

MARCO DESTIN 11/1/98 CS
PIC
RF
100P — SHAPUL K-i
— AFIK K-i

②

100P 1000 HWY 11/1/97
PIC
RF

1998 — SHAUL K-i
AFIK K-i

①