**PREPARED BY AND RETURN TO:** W/C Box #70
BRENT G. WOLMER, ESQUIRE
Cohen Norris Scherer Weinberger & Wolmer
712 U.S. Highway One, Suite 400
North Palm Beach, Florida 33408
File No. 80007.018

**Property Appraisers Parcel I.D. No:**
57648560007

**THIS WARRANTY DEED** made and executed the ___ day of February, 2000, by **ELI TABIB a/k/a ELIEZER TABIB, a single man, SHAUL LEVY, a married man and MEIR LEVY, a married man**, whose post office address is: c/o Marco Destin, Inc., 10400 NW 33 Street, Ste. 110, Miami, FL 33172, hereinafter called the Grantor, to **1000 HIGHWAY 98 EAST CORP., a Florida corporation**, whose post office address is: 10400 N.W. 33 Street, Ste. 110, Miami, Florida 33172, hereinafter called the Grantee:

(Wherever used herein the terms "Grantor" and "Grantee" shall include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and the successors and assigns of corporations)

**WITNESSETH**, that the Grantor, for and in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in Collier County, State of Florida, viz:

Lot 1, Block 184, of MARCO BEACH UNIT SEVEN, a Subdivision, according to the Plat thereof, recorded in Plat Book 6, Page 55, of the Public Records of Collier County, Florida.

**THE SUBJECT PROPERTY IS NOT THE HOMESTEAD, NOR HAS IT EVER BEEN THE HOMESTEAD, OF THE FIRST PARTY. THE FIRST PARTY(IES) RESIDE AT THE ADDRESSES REFLECTED BELOW THEIR SIGNATURES OF THIS INSTRUMENT.**

SUBJECT TO applicable zoning laws, regulations and ordinances.
SUBJECT TO all restrictions, reservations, easements, agreements, matters, declarations, covenants and conditions of record affecting the Property.
SUBJECT TO taxes and assessments for the year 2000 and subsequent years which are not yet due and payable.

**TOGETHER**, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD**, the same in fee simple forever.

**AND** the Grantor hereby covenants with said Grantee that Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 1999.

**IN WITNESS WHEREOF**, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered
in the presence of:

| | |
|---|---|
| ______________________ | ______________________ |
| Witness signature | ELI TABIB a/k/a ELIEZER TABIB |
| ______________________ | Address: ______________ |
| Printed name | ______________________ |
| ______________________ | ______________________ |
| Witness signature | |
| ______________________ | |
| Printed name | |

Witness signature
NAGROWARANATHAN
Printed name

Witness signature
ALEX KOZLOWSKY
Printed name

SHAUL LEVY
Address:
5700 Highway 17 South
Myrtle Beach, SC 29577

Witness signature
NAGROWARANATHAN
Printed name

Witness signature
ALEX KOZLOWSKY
Printed name

MEIR LEVY
Address:
18 E. 42nd St.
New York, NY 10017

STATE OF ______
COUNTY OF ______

The foregoing instrument was acknowledged before me this _____ day of February, 2000, by ELI TABIB a/k/a ELIEZER TABIB, who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

Notary Public
Printed Name:
Commission Expires:

STATE OF New York
COUNTY OF New York

The foregoing instrument was acknowledged before me this 29th day of February, 2000, by MEIR LEVY, who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

Notary Public
Printed Name: Andrew D. Lichy
Commission Expires: May 26 2001

ANDREW D. LICHY
Notary Public, State of New York
No. 4898507
Qualified in Nassau County
Commission Expires May 26, 2001

STATE OF New York
COUNTY OF New York

The foregoing instrument was acknowledged before me this 29th day of February, 2000, by SHAUL LEVY, who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

Notary Public
Printed Name: Andrew D. Lichy
Commission Expires: May 26 2001

ANDREW D. LICHY
Notary Public, State of New York
No. 4898507
Qualified in Nassau County
Commission Expires May 26, 2001

F:\WPDOCS\IRENE\80007\018\WARRANTY.DED.wpd

# AFFIDAVIT

STATE OF ________________
COUNTY OF ________________

BEFORE ME, the undersigned Notary Public, personally appeared **ELIEZER TABIB, SHAUL LEVY AND MEIR LEVY,** (collectively referred to as "Affiant") who, having been first duly sworn according to law, depose and say:

1. Affiant has personal knowledge of all matters set forth in this Affidavit.

2. Affiant is the owner (hereafter referred to as the "Owner") of the fee simple title to certain real property (hereafter referred to as the "Property") situated in Collier County, Florida, more particularly described as follows:

> Lot 1, Block 184, of MARCO BEACH UNIT SEVEN, according to the plat thereof, recorded in Plat Book 6, Page 55, of the Public Records of Collier County, Florida.

3. Neither the Owner's title to nor Owner's possession of the Property has ever been disputed or questioned nor is the Affiant aware of any facts by reason of which the title to, or possession of, the Property or any part of it or any personal property located on it might be disputed or questioned or by reason of which any claim to the Property or any portion of it or any personal property located on it might be adversely asserted.

4. Owners are in exclusive possession of Property.

5. No improvements or repairs have been made by Owners to the Property during the ninety (90) day period immediately preceding the date of this Affidavit which remain unpaid and for which payment has not been made or will be made in full and there are no unpaid bills of any nature, either for labor or materials used in making improvements or repairs on the Property, or for services of architects, surveyors or engineers incurred in connection with the Property. There are no unrecorded mechanics' liens against the Property.

6. Subsequent to _________, 2000, at 6:00 a.m., Owners have not and Owners hereby agree and represent that it will not execute any instrument, do any act whatsoever or omit to take any action that in any way would or may affect the title to the Property, including but not limited to mortgaging or conveying the Property or any interest in it or causing any liens to be recorded against the Property or Owners.

7. This Affidavit is made and delivered for the purpose of inducing **COHEN NORRIS SCHERER WEINBERGER & WOLMER** to issue an Owner's Title Insurance Policy to 1000 Highway 98 East Corp., a Florida corporation ("Purchaser"), on American Pioneer Title Insurance Company ("Title Insurer") in connection herewith and this Affidavit is made and delivered well knowing that the title insurer do in fact materially rely thereon.

8. This Affidavit is made and given by the Affiants with full knowledge of applicable Florida laws regarding sworn affidavits and the penalties and liabilities resulting from false statements and misrepresentations therein.

9. To the best of Owner's knowledge, there are no violations of Federal, State, County or Municipal ordinances or of rules and regulations of any other governmental authority having or asserting jurisdiction with respect to the Property (or to the present or normal use or operation thereof).

10. There are no actions, proceedings, judgments, liens, bankruptcies or matters against Owner recorded among the Public Records of Collier County, Florida or pending against Owner in the courts of Collier County, Florida or any other court that could give rise to a lien against the property or otherwise affect title to the property.

11. Owner is not a "non-resident alien" or "foreign person" within the meaning of the U. S. tax laws as referred to in Internal Revenue Code Section 1445 (b) (2) and is exempt from withholding requirements of FIRPTA if made subject to the same. Owner's social security number identification numbers and home addresses are:

Eliezer Tabib: ____________________
Address: ____________________
____________________

Shaul Levy: 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
Address: 5700 HIGHWAY 17 SOUTH
MYRTLE BEACH, SC 29577

Meir Levy: 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
Address: 18 E. 42nd STREET
NEW YORK, NY 10017

____________________
Eliezer Tabib

____________________
Shaul Levy

____________________
Meir Levy

STATE OF ____________________
COUNTY OF ____________________

The foregoing instrument was acknowledged before me this _____ day of February, 2000, by **Eliezer Tabib,** who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

____________________
Notary Public
Commission Expires:

STATE OF New York
COUNTY OF New York

The foregoing instrument was acknowledged before me this 29th day of February, 2000, by **Shaul Levy**, who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

Andrew D. Lichy
Notary Public
Commission Expires: May 26, 2001

ANDREW D. LICHY
Notary Public, State of New York
No. 4898507
Qualified in Nassau County
Commission Expires May 26, 20 01

STATE OF New York
COUNTY OF New York

The foregoing instrument was acknowledged before me this 29th day of February, 2000, by **Meir Levy**, who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

Andrew D. Lichy
Notary Public
Commission Expires: May 26, 2001

ANDREW D. LICHY
Notary Public, State of New York
No. 4898507
Qualified in Nassau County
Commission Expires May 26, 20 01

# EXHIBIT A

BEGINNING AT A POINT IN THE EASTERN RIGHT OF WAY LINE OF U.S. HIGHWAY #421 (50 FEET FROM THE CENTER LINE), SAID POINT BEING THE NORTHWEST CORNER OF LOT 13, BATTLE GROUND PARK, AND RECORDED IN MAP BOOK 4, AT PAGE 52 OF THE NEW HANOVER COUNTY REGISTRY. SAID BEGINNING POINT ALSO BEING LOCATED 1225.95 FEET AS MEASURED NORTHWESTWARDLY ALONG THE EASTERN RIGHT OF WAY LINE OF U.S. HIGHWAY #421 FROM ITS POINT OF INTERSECTION WITH THE NORTHERN LINE OF WINNER AVENUE. RUNNING THENCE FROM SAID BEGINNING POINT WITH THE EASTERN LINE OF U.S. HIGHWAY #421, NORTH 23 DEGREES 54 MINUTES WEST 150.0 FEET TO A POINT. THENCE NORTH 66 DEGREES 06 MINUTES EAST 200.0 FEET TO A POINT. THENCE SOUTH 23 DEGREES 48 MINUTES WEST 122.79 FEET TO A POINT. THENCE SOUTH 73 DEGREES 11 MINUTES EAST 33.27 FEET TO A POINT. THENCE SOUTH 23 DEGREES 54 MINUTES EAST 5.51 FEET TO A POINT. THENCE SOUTH 66 DEGREES 06 MINUTES WEST 225.0 FEET TO THE POINT OF BEGINNING, CONTAINING 0.70 ACRES, MORE OR LESS.

THIS IS A NEW DESCRIPTION PREPARED BY JACK STOCKS, RLS ON AUGUST 14, 1995. THIS PROPERTY IS THE SAME CONVEYED L & L WINGS, INC. TO 1000 HIGHWAY 98 EAST CORPORATION, A FLORIDAA CORPORATION, RECORDED MARCH 8, 1996 IN DEED BOOK 1998, PAGE 0414, NEW HANOVER COUNTY REGISTRY.

| Excise Tax | Recording Time, Book and Page |
| --- | --- |

Tax Lot No. ............ Parcel Identifier No. ............

Verified by ............ County on the ...... day of ............, ......

by ............

Mail after recording to ............

This instrument was prepared by Harry Pavilack, Attorney at Law

Brief description for the Index: 0.70 acres, more or less

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 21st day of February, 2000, by and between

| GRANTOR | GRANTEE |
| --- | --- |
| 1000 Highway 98 East Corporation, a Florida Corporation | Shaul and Meir Levy Partnership<br>18 East 42nd Street<br>New York, NY 10011 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of Carolina Beach, Federal Point Township, New Hanover County, North Carolina and more particularly described as follows:

See attached Exhibit A for legal description incorporated by this reference.

N. C. Bar Assoc. Form No. 3 © 1976, Revised © 1977 — James Williams & Co., Inc., Box 127, Yadkinville, N. C. 27055
Printed by Agreement with the N. C. Bar Assoc. – 1981

The property hereinabove described was acquired by Grantor by instrument recorded in ..........

Book 1998 Page 0414 New Hanover County Registry

A map showing the above described property is recorded in Plat Book .......... page..........

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.
Title to the property hereinabove described is subject to the following exceptions:

Applicable restrictions and easements of record.
All local, county, state and federal laws and regulations relative to the zoning, occupancy subdivision, usuage, construction and development of the described property.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

1000 Highway 98 East Corporation, a Florida Corporation (Corporate Name)

By: ..........

Eliezer Tabib ..........President

ATTEST:

..........

..........Secretary (Corporate Seal)

USE BLACK INK ONLY

..........(SEAL)

..........(SEAL)

..........(SEAL)

..........(SEAL)

SEAL-STAMP

NORTH CAROLINA, .......... County.

Use Black Ink

I, a Notary Public of the County and State aforesaid, certify that .......... Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this ...... day of .........., ......

My commission expires: .......... .......... Notary Public

SEAL-STAMP

~~NORTH CAROLINA~~, New York New York County.

Use Black Ink

I, a Notary Public of the County and State aforesaid, certify that .........., personally came before me this day and acknowledged that .... he is .......... Secretary of 1000 Highway 98 East Corporation ...... a ~~North Carolina~~ Florida corporation, and that by authority duly given and as the act of the corporation, the foregoing instrument was signed in its name by its .......... President, sealed with its corporate seal and attested by .......... as its .......... Secretary.

Witness my hand and official stamp or seal, this 21st day of February, 2000, ..........

My commission expires: .......... .......... Notary Public

The foregoing Certificate(s) of ..........

..........

..........

is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

..........REGISTER OF DEEDS FOR..........COUNTY

By ..........Deputy/Assistant - Register of Deeds

N. C. Bar Assoc. Form No. 3 © 1976, Revised © 1977 — James Williams & Co., Inc., Box 127, Yadkinville, N. C. 27055
Printed by Agreement with the N. C. Bar Assoc. — 1981

MD 00503
MARCO/L&L WINGS

# L & L WINGS, INC.

066 06935/101
Corr

Office of the
General Counsel

ANDREW D. LICHY, ESQ.

March 6, 2000

BY HAND

Steve Glaser, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, New York 10019

RE: Levy with Tabib

Dear Steve:

Enclosed are the following with respect to the above referenced matter:

1) Florida Warranty Deed for 581 South Collier Boulevard, Marco Island, Florida, ("Collier Deed");
2) Owner's Affidavit;
3) Florida Department of Revenue form DR-219; and,
4) North Carolina Warranty Deed for 1014 North Lake Park Boulevard, Carolina Beach, North Carolina, ("Lake Park Deed").

Please note that the Collier Deed and Owner's Affidavit are partially executed originals. In addition, the Collier Deed, Owner's Affidavit and DR-219 are sent to you in escrow pending delivery to me of the Lake Park Deed.

Thank you for your cooperation in this matter.

Very truly yours,

ANDREW LICHY

Enc.

18 East 42nd Street, New York, New York 10017
Phone (212) 922-9087 - Facsimile (212) 922-9306

**PREPARED BY AND RETURN TO: W/C Box #70**
BRENT G. WOLMER, ESQUIRE
Cohen Norris Scherer Weinberger & Wolmer
712 U.S. Highway One, Suite 400
North Palm Beach, Florida 33408
File No. 80007.018

**Property Appraisers Parcel I.D. No:**
57648560007

**THIS WARRANTY DEED** made and executed the ___ day of February, 2000, by **ELI TABIB a/k/a ELIEZER TABIB, a single man, SHAUL LEVY, a married man and MEIR LEVY, a married man**, whose post office address is: c/o Marco Destin, Inc., 10400 NW 33 Street, Ste. 110, Miami, FL 33172, hereinafter called the Grantor, to **1000 HIGHWAY 98 EAST CORP., a Florida corporation**, whose post office address is: 10400 N.W. 33 Street, Ste. 110, Miami, Florida 33172, hereinafter called the Grantee:

(Wherever used herein the terms "Grantor" and "Grantee" shall include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and the successors and assigns of corporations)

**WITNESSETH**, that the Grantor, for and in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in Collier County, State of Florida, viz:

Lot 1, Block 184, of MARCO BEACH UNIT SEVEN, a Subdivision, according to the Plat thereof, recorded in Plat Book 6, Page 55, of the Public Records of Collier County, Florida.

**THE SUBJECT PROPERTY IS NOT THE HOMESTEAD, NOR HAS IT EVER BEEN THE HOMESTEAD, OF THE FIRST PARTY. THE FIRST PARTY(IES) RESIDE AT THE ADDRESSES REFLECTED BELOW THEIR SIGNATURES OF THIS INSTRUMENT.**

SUBJECT TO applicable zoning laws, regulations and ordinances.
SUBJECT TO all restrictions, reservations, easements, agreements, matters, declarations, covenants and conditions of record affecting the Property.
SUBJECT TO taxes and assessments for the year 2000 and subsequent years which are not yet due and payable.

**TOGETHER**, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD**, the same in fee simple forever.

**AND** the Grantor hereby covenants with said Grantee that Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 1999.

**IN WITNESS WHEREOF**, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered
in the presence of:

| | |
|---|---|
| Witness signature | ELI TABIB a/k/a ELIEZER TABIB<br>Address: |
| Printed name | |
| Witness signature | |
| Printed name | |

MD 00505
MARCO/L&L WINGS

Witness signature

Printed name

Witness signature

ALEX KOZLOWSKY

Printed name

SHAUL LEVY
Address:
5700 Highway 17 South
Myrtle Beach, SC 29577

Witness signature

Printed name

Witness signature

ALEX KOZLOWSKY

Printed name

MEIR LEVY
Address:
18 E. 42nd St.
New York, NY 10017

STATE OF ______
COUNTY OF ______

The foregoing instrument was acknowledged before me this ____ day of February, 2000, by ELI TABIB a/k/a ELIEZER TABIB, who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

Notary Public
Printed Name:
Commission Expires:

STATE OF New York
COUNTY OF New York

The foregoing instrument was acknowledged before me this 29th day of February, 2000, by MEIR LEVY, who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

Notary Public
Printed Name: Andrew D. Lichy
Commission Expires: May 26, 2001

ANDREW D. LICHY
Notary Public, State of New York
No. 4898507
Qualified in Nassau County
Commission Expires May 26, 2001

STATE OF New York
COUNTY OF New York

The foregoing instrument was acknowledged before me this 29th day of February, 2000, by SHAUL LEVY, who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

Notary Public
Printed Name: Andrew D. Lichy
Commission Expires: May 26, 2001

ANDREW D. LICHY
Notary Public, State of New York
No. 4898507
Qualified in Nassau County
Commission Expires May 26, 2001

F:\WPDOCS\IRENE\80007\018\WARRANTY.DED.wpd

# AFFIDAVIT

STATE OF ______________
COUNTY OF ______________

BEFORE ME, the undersigned Notary Public, personally appeared **ELIEZER TABIB, SHAUL LEVY AND MEIR LEVY,** (collectively referred to as "Affiant") who, having been first duly sworn according to law, depose and say:

1. Affiant has personal knowledge of all matters set forth in this Affidavit.

2. Affiant is the owner (hereafter referred to as the "Owner") of the fee simple title to certain real property (hereafter referred to as the "Property") situated in Collier County, Florida, more particularly described as follows:

> Lot 1, Block 184, of MARCO BEACH UNIT SEVEN, according to the plat thereof, recorded in Plat Book 6, Page 55, of the Public Records of Collier County, Florida.

3. Neither the Owner's title to nor Owner's possession of the Property has ever been disputed or questioned nor is the Affiant aware of any facts by reason of which the title to, or possession of, the Property or any part of it or any personal property located on it might be disputed or questioned or by reason of which any claim to the Property or any portion of it or any personal property located on it might be adversely asserted.

4. Owners are in exclusive possession of Property.

5. No improvements or repairs have been made by Owners to the Property during the ninety (90) day period immediately preceding the date of this Affidavit which remain unpaid and for which payment has not been made or will be made in full and there are no unpaid bills of any nature, either for labor or materials used in making improvements or repairs on the Property, or for services of architects, surveyors or engineers incurred in connection with the Property. There are no unrecorded mechanics' liens against the Property.

6. Subsequent to __________, 2000, at 6:00 a.m., Owners have not and Owners hereby agree and represent that it will not execute any instrument, do any act whatsoever or omit to take any action that in any way would or may affect the title to the Property, including but not limited to mortgaging or conveying the Property or any interest in it or causing any liens to be recorded against the Property or Owners.

7. This Affidavit is made and delivered for the purpose of inducing **COHEN NORRIS SCHERER WEINBERGER & WOLMER** to issue an Owner's Title Insurance Policy to 1000 Highway 98 East Corp., a Florida corporation ("Purchaser"), on American Pioneer Title Insurance Company ("Title Insurer") in connection herewith and this Affidavit is made and delivered well knowing that the title insurer do in fact materially rely thereon.

8. This Affidavit is made and given by the Affiants with full knowledge of applicable Florida laws regarding sworn affidavits and the penalties and liabilities resulting from false statements and misrepresentations therein.

9. To the best of Owner's knowledge, there are no violations of Federal, State, County or Municipal ordinances or of rules and regulations of any other governmental authority having or asserting jurisdiction with respect to the Property (or to the present or normal use or operation thereof).

10. There are no actions, proceedings, judgments, liens, bankruptcies or matters against Owner recorded among the Public Records of Collier County, Florida or pending against Owner in the courts of Collier County, Florida or any other court that could give rise to a lien against the property or otherwise affect title to the property.

11. Owner is not a "non-resident alien" or "foreign person" within the meaning of the U. S. tax laws as referred to in Internal Revenue Code Section 1445 (b) (2) and is exempt from withholding requirements of FIRPTA if made subject to the same. Owner's social security number identification numbers and home addresses are:

Eliezer Tabib: ____________________
Address: ____________________
____________________

Shaul Levy: 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
Address: 5700 HIGHWAY 17 SOUTH
MYRTLE BEACH, SC 29577

Meir Levy: 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
Address: 18 E. 42nd STREET
NEW YORK, NY 10017

____________________
Eliezer Tabib

____________________
Shaul Levy

____________________
Meir Levy

STATE OF ____________________
COUNTY OF ____________________

The foregoing instrument was acknowledged before me this _____ day of February, 2000, by **Eliezer Tabib**, who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

____________________
Notary Public
Commission Expires:

STATE OF New York
COUNTY OF New York

The foregoing instrument was acknowledged before me this 29th day of February, 2000, by **Shaul Levy,** who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

Andrew D. Lichy
Notary Public
Commission Expires: May 26, 2001

ANDREW D. LICHY
Notary Public, State of New York
No. 4898507
Qualified in Nassau County
Commission Expires May 26, 2001

STATE OF New York
COUNTY OF New York

The foregoing instrument was acknowledged before me this 29th day of February, 2000, by **Meir Levy,** who is personally known to me (or who has produced a driver's license as identification) and who did/did not take an oath.

Andrew D. Lichy
Notary Public
Commission Expires: May 26, 2001

ANDREW D. LICHY
Notary Public, State of New York
No. 4898507
Qualified in Nassau County
Commission Expires May 26, 2001

DR-219
R. 07/98

PHOTOCOPIES OF THIS FORM NOT ACCEPTABLE

# FLORIDA DEPARTMENT OF REVENUE

## RETURN FOR TRANSFERS OF INTEREST IN REAL PROPERTY

(PLEASE READ INSTRUCTIONS ON THE BACK OF THIS FORM BEFORE COMPLETING)

Use black ink. Enter numbers as shown below. 0 1 2 3 4 5 6 7 8 9 If typing, enter numbers as shown below. 0123456789

1. Parcel Identification Number (If Parcel ID not available please call County Property Appraiser's Office) → 5 7 6 4 8 5 6 0 0 0 7

2. Mark (x) all that apply — Multi-parcel transaction? → [ ] Transaction is a split or cutout from another parcel? → [ ] Property was improved with building(s) at time of sale/transfer? → [X]

3. Grantor (Seller): TABIB (Last) ELI (First) MI — Corporate Name (if applicable)
10400 NW 33 St #110 (Mailing Address) Miami (City) FL (State) 33172 (Zip Code) ( ) (Phone No.)

4. Grantee (Buyer): Last First MI — 1000 Highway 98 East Corp. (Corporate Name (if applicable))
10400 NW 33 St. #110 (Mailing Address) Miami (City) FL (State) 33172 (Zip Code) ( ) (Phone No.)

5. Date of Sale/Transfer: __ / __ / ____ (Month Day Year) — Sale/Transfer Price $ 385,000 . 00 (Round to the nearest dollar.) — Property Located In 21 County Code (County Codes on Reverse)

6. Type of Document: [X] Warranty Deed [ ] Contract/Agreement for Deed [ ] Quit Claim Deed [ ] Other

7. Are any mortgages on the property? If "Yes", outstanding mortgage balance: YES [X] / [ ] NO
(Round to the nearest dollar.) $ 385,000 . 00

8. **To the best of your knowledge,** were there unusual circumstances or conditions to the sale/transfer such as: Forced sale by court order? Foreclosure pending? Distress Sale? Title defects? Corrective Deed? Mineral rights? Sale of a partial or undivided interest? Related to seller by blood or marriage. YES [ ] / [X] NO

9. Was the sale/transfer financed? YES [ ] / [X] NO If "Yes", please indicate type or types of financing:
Conventional [ ] Seller Provided [ ] Agreement or Contract for Deed [ ] Other [ ]

10. Property Type: Mark (x) all that apply — Residential [ ] Commercial [X] Industrial [ ] Agricultural [ ] Institutional/Miscellaneous [ ] Government [ ] Vacant [ ] Acreage [ ] Timeshare [ ]

11. **To the best of your knowledge,** was personal property included in the sale/transfer? If "Yes", please state the amount attributable to the personal property. (Round to nearest dollar.) YES [ ] / [X] NO $ ________ . 00 (Cents)

12. Amount of Documentary Stamp Tax → $ 2,695 . 00

13. If no tax is due in number 12, is deed exempt from Documentary Stamp Tax under s. 201.02(6), Florida Statutes? YES [ ] / [ ] NO

Under penalties of perjury, I declare that I have read the foregoing return and that the facts stated in it are true. If prepared by someone other than the taxpayer, his/her declaration is based on all information of which he/her has any knowledge.

Signature of Grantor or Grantee or Agent ______________________ Date ________

WARNING: FAILURE TO FILE THIS RETURN OR ALTERNATIVE FORM APPROVED BY THE DEPARTMENT OF REVENUE SHALL RESULT IN A PENALTY OF $25.00 IN ADDITION TO ANY OTHER PENALTY IMPOSED BY THE REVENUE LAW OF FLORIDA.

| (To be completed by the Clerk of the Circuit Court's Office) | Clerks Date Stamp |
|---|---|
| O. R. Book and Page Number and File Number | |
| Date Recorded __ / __ / ____ (Month Day Year) | |

WHITE COPY TO DEPARTMENT OF REVENUE OFFICE

CANARY COPY TO PROPERTY APPRAISER

MD 00510
MARCO/L&L WINGS

## EXHIBIT A

BEGINNING AT A POINT IN THE EASTERN RIGHT OF WAY LINE OF U.S. HIGHWAY #421 (50 FEET FROM THE CENTER LINE), SAID POINT BEING THE NORTHWEST CORNER OF LOT 13, BATTLE GROUND PARK, AND RECORDED IN MAP BOOK 4, AT PAGE 52 OF THE NEW HANOVER COUNTY REGISTRY. SAID BEGINNING POINT ALSO BEING LOCATED 1225.95 FEET AS MEASURED NORTHWESTWARDLY ALONG THE EASTERN RIGHT OF WAY LINE OF U.S. HIGHWAY #421 FROM ITS POINT OF INTERSECTION WITH THE NORTHERN LINE OF WINNER AVENUE. RUNNING THENCE FROM SAID BEGINNING POINT WITH THE EASTERN LINE OF U.S. HIGHWAY #421, NORTH 23 DEGREES 54 MINUTES WEST 150.0 FEET TO A POINT. THENCE NORTH 66 DEGREES 06 MINUTES EAST 200.0 FEET TO A POINT. THENCE SOUTH 23 DEGREES 48 MINUTES WEST 122.79 FEET TO A POINT. THENCE SOUTH 73 DEGREES 11 MINUTES EAST 33.27 FEET TO A POINT. THENCE SOUTH 23 DEGREES 54 MINUTES EAST 5.51 FEET TO A POINT. THENCE SOUTH 66 DEGREES 06 MINUTES WEST 225.0 FEET TO THE POINT OF BEGINNING, CONTAINING 0.70 ACRES, MORE OR LESS.

THIS IS A NEW DESCRIPTION PREPARED BY JACK STOCKS, RLS ON AUGUST 14, 1995. THIS PROPERTY IS THE SAME CONVEYED L & L WINGS, INC. TO 1000 HIGHWAY 98 EAST CORPORATION, A FLORIDAA CORPORATION, RECORDED MARCH 8, 1996 IN DEED BOOK 1998, PAGE 0414, NEW HANOVER COUNTY REGISTRY.

| Excise Tax | Recording Time, Book and Page |
|---|---|

Tax Lot No. .................... Parcel Identifier No. ....................
Verified by .................... County on the .......... day of ....................,
by ....................

Mail after recording to ....................

This instrument was prepared by Harry Pavilack, Attorney at Law

Brief description for the Index: 0.70 acres, more or less

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 21st day of February, 2000, by and between

| GRANTOR | GRANTEE |
|---|---|
| 1000 Highway 98 East Corporation, a Florida Corporation | Shaul and Meir Levy Partnership<br>18 East 42nd Street<br>New York, NY 10011 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of Carolina Beach, Federal Point Township, New Hanover County, North Carolina and more particularly described as follows:

See attached Exhibit A for legal description incorporated by this reference.

N. C. Bar Assoc. Form No. 3 © 1976, Revised © 1977 — James Williams & Co., Inc., Box 127, Yadkinville, N. C. 27055
Printed by Agreement with the N. C. Bar Assoc. — 1981

The property hereinabove described was acquired by Grantor by instrument recorded in ..........

Book 1998 Page 0414 New Hanover County Registry ..........

A map showing the above described property is recorded in Plat Book .......... page ..........

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.
Title to the property hereinabove described is subject to the following exceptions:

Applicable restrictions and easements of record.
All local, county, state and federal laws and regulations relative to the zoning, occupancy subdivision, usuage, construction and development of the described property.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

1000 Highway 98 East Corporation, a Florida Corporation
(Corporate Name)

By: ..........

Eliezer Tabib ..........President

ATTEST:

..........

..........Secretary (Corporate Seal)

USE BLACK INK ONLY

..........(SEAL)

..........(SEAL)

..........(SEAL)

..........(SEAL)

SEAL-STAMP

NORTH CAROLINA, ..........County.

Use Black Ink

I, a Notary Public of the County and State aforesaid, certify that ..........
.......... Grantor,
personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this .......... day of .........., ..........

My commission expires: .......... .......... Notary Public

SEAL-STAMP

~~NORTH CAROLINA~~, New York New York County.

Use Black Ink

I, a Notary Public of the County and State aforesaid, certify that ..........,
personally came before me this day and acknowledged that .... he is .......... Secretary of 1000 Highway 98 East Corporation .......... a ~~North Carolina~~ Florida corporation, and that by authority duly given and as the act of the corporation, the foregoing instrument was signed in its name by its ..........
President, sealed with its corporate seal and attested by .......... as its .......... Secretary.
Witness my hand and official stamp or seal, this 21st day of February, 2000, ..........

My commission expires: .......... .......... Notary Public

The foregoing Certificate(s) of ..........
..........
..........
is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

..........REGISTER OF DEEDS FOR..........COUNTY

By ..........Deputy/Assistant-Register of Deeds

N. C. Bar Assoc. Form No. 3 © 1976, Revised © 1977 — James Williams & Co., Inc., Box 127, Yadkinville, N. C. 27055
Printed by Agreement with the N. C. Bar Assoc. — 1981

MD 00513
MARCO/L&L WINGS