UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| L & L WINGS, INC., | : | ECF CASE |
| Plaintiff, | : | 07 Civ. 4137 (BSJ) (GWG) |
| - against - | : | |
| MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. and E & T INC., | : : | NOTICE OF MOTION OF DEFENDANTS 1000 HIGHWAY 98 EAST CORP. AND PANAMA SURF & SPORT, INC. FOR SUMMARY JUDGMENT |
| Defendants. | : | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Lansing R. Palmer, dated December 14, 2007, and the exhibits annexed thereto, including the Affidavit of Dror Levy, sworn to December 14, 2007, the accompanying Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, together with the accompanying Memorandum of Law, and upon all prior proceedings heretofore had herein, Defendants 1000 Highway 98 East Corp. and Panama Surf and Sport, Inc., will move this Court at 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 56 granting summary judgment dismissing Plaintiff's Complaint as to Defendants 1000 Highway 98 East Corp. and Panama Surf and Sport, Inc., with prejudice.

Dated:  New York, New York
        December 14, 2007

Respectfully submitted,

/s/ Lansing R. Palmer
Lansing R. Palmer (LP 4719)
Akerman Senterfitt LLP
335 Madison Avenue, 26th Floor
New York, New York 10017-4636
Telephone: (212) 880-3800
Facsimile: (212) 880-8965

{NY022966;2}

- and -

Jerold I. Schneider, *pro hac vice*
Akerman Senterfitt
222 Lakeview Avenue
West Palm Beach, FL 33401
Telephone: 561-671-3661
Facsimile: 561-659-6313

*Attorneys for Defendants*

TO: **THE LAW OFFICES OF BENNETT D. KRASNER**
*Attorneys for Plaintiff*
1233 Beech Street, #49
Atlantic Beach, New York 11509
(516) 889-9353
Attn: Bennett D. Krasner, Esq.