EXHIBIT A

# R.E.I. Investigations

412 Travis Street Ste. 203
Lafayette, Louisiana 70503
(337) 258-3392
(225) 614-4494
(866) 623-0608

Sunday, March 18, 2007
RE: Wings Beach & Sportswear
Destin & Ft. Walton Beach, Florida

**Summary of Investigation:**

**Sunday, March 18, 2007**

**Start Time:** 8:40 am

**Stop Time:** 9:53 am

This investigative agency was instructed on Tuesday, March 13, 2007, via email to arrive at the following locations of Wings Beach & Sportswear located in Destin & Ft. Walton Beach, Florida, and obtain digital photos of the business, signage and street signs.  Enter the establishment and note any signage inside the store and on the employee's clothing.  Also purchase a small item under $ 2.00 and obtain a bag & reciept.

This assigment was completed on Sunday, March 18, 2007.  The following is a summary of each location:

1. 632 Scenic Gulf Drive, Mirarmar Beach, Florida:  Photos were obtained of the signage outside the store.  None of the employee's on duty were observed to have any name tags or store uniforms.  Signage inside the store consist of Cashier, Wings T-shirts, Ladies, Custom T-Shirts, Souverniers & Shells.

2. 34888 Emerald Coast Parkway, Destin, Florida:  Photos were obtained of the signage outside the store.  None of the employee's on duty were observed to have any name tags or store uniforms.  Signage inside the store consist of Cashier, Wings T-shirts, Ladies, Custom T-Shirts, Souverniers & Shells along with sale signs.

3. 1115 Highway 98 East, Destin, Florida: Photos were obtained of the signage outside the store. Only one of the employee's on duty were observed to have a Wings T-shirt but no name tags. Signage inside the store consist of Cashier, Wings T-shirts, Ladies, Custom T-Shirts, Souverniers & Shells along with sale signs.

4. 1000 Highway 98 East, Destin, Florida: Photos were obtained of the signage outside the store. None of the employee's on duty were observed to have any name tags or store uniforms. Signage inside the store consist of Cashier, Wings T-shirts, Ladies, Custom T-Shirts, Souverniers & Shells along with sale signs.

5. 1251 Mircale Strip Parkway, Ft. Walton Beach, Florida: Photos were obtained of the signage

outside the store.  All but one of the employee's on duty were observed to have any name tags or store uniforms.  Signage inside the store consist of Cashier, Wings T-shirts, Ladies, Custom T-Shirts, Souverniers & Shells along with sale signs.

