EXHIBIT B



D&B Business Background Report™

Print this report

```
                       BUSINESS BACKGROUND REPORT

PANAMA SURF & SPORT INC

DUNS: 10-182-4357                        DATE PRINTED: December 28, 2007

===============================================================================
+TRADER RICKS SURF SHOP
TRADER RICKS SURF SHOP
WINGS

12208 FRONT BEACH RD                     Year Started: Feb 1982
PANAMA CITY, FL 32407                    Control Year: 1998
Telephone: 850 235-3243                  This is a Single location.

Sales     $756,301 (Fiscal)              Employees Total: 8

Top Executive: JAY R ARDAN, PRESIDENT

===============================================================================

INDUSTRY

Line of Business:  RET MISC APPAREL/ACCESSORIES, RET SPORTING GOODS/BICYCLES

Primary SIC:

     5699   (RET MISC APPAREL/ACCESSORIES)

Secondary SIC:

     5941

===============================================================================

BUSINESS HISTORY

         ----------------------------------------------------------------------
         CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY
         OF STATE OR OTHER OFFICIAL SOURCE AS OF 12/14/2007:

         BUSINESS TYPE: DOMESTIC          DATE INCORPORATED: 01/30/1998
                        CORPORATION -     STATE OF INCORP:   FLORIDA
                        PROFIT
         ----------------------------------------------------------------------
12/13/07
         JAY R ARDAN, PRESIDENT
         DIRECTOR(S):  THE OFFICER(S)

              Business registration number is P98000010452.
              Business started Feb 1982 by L O G Whaley and William J Whaley.
         Present control succeeded 1998.  100% of capital stock is owned by Jay
         R. Ardan.
              JAY R ARDAN born 1968.  Feb 1998 - present active here. Prior to
         purchasing this business, He was the supervisor for a group of retail
         apparel stores in North Carolina, South Carolina, Tennessee, and
         Florida for the past 8 years.

===============================================================================

OPERATIONS

12/13/07     Retails surf apparel (90%) and surf equipment (10%).
         All sales cash.  Honors major credit cards.  Sells to the general
         public.  Territory : Local.
```

```
           Season peaks Mar-Sep.
                EMPLOYEES:  8 which includes officer(s).  Number of employees and
           hours worked by the employees vary with the season.
                FACILITIES:  Owns 6,800 sq. ft. in two story concrete block
           building.
                LOCATION:  Beach resort section on well traveled highway.  The
           company also has a business office located at 10400 NW 33rd St. #110
           in Miami FL 33172 (305-471-5914).
```

================================================================================

CUSTOMER SERVICE

If you need any additional information or have any questions regarding this
report, please call our Customer Service Center at 1-800-234-DUNS(3867).

================================================================================
                 END OF DUN & BRADSTREET BUSINESS BACKGROUND REPORT

================================================================================