IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTER DISTRICT OF NEW YORK

BENNETT D. KRASNER, ESQ.  (bk 8375)
1233 Beech Street #49
Atlantic Beach, NY 11509
(516) 889-9353
*Attorney for Plaintiff, L & L Wings, Inc.*           ECF Case

| | |
|---|---|
| L & L WINGS, INC. | Civil Action No. CV-07-4137 (BSJ) (GWG) |
| Plaintiff, | |
| -against- | **PLAINTIFF'S LOCAL RULE 56.1 OPPOSITION RESPONSE TO MOVING DEFENDANTS'STATEMENT OF UNDISPUTED MATERIAL FACTS** |
| MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC., and E & T INC., | |
| Defendants. | |

      Plaintiff, L & L Wings, Inc., by and through its undersigned counsel and pursuant to Local Rule 56.1 submits the following Response to Defendants', 1000 Highway 98 East Corp. and Panama Surf & Sport, Inc., (hereinafter "Moving Defendants") Local Rule 56.1 Statement of Undisputed Material Facts as follows:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Deny. (See affidavit of Ariel Levy, sworn to December 31, 2007at ¶¶6 ,7& 10).

8. Deny. (See affidavit of Ariel Levy, sworn to December 31, 2007at ¶¶6, 7 & 10).

    9.    Deny. (See affidavit of Ariel Levy, sworn to December 31, 2007at ¶¶8, 9 & 10).

    10.    Deny. (See affidavit of Ariel Levy, sworn to December 31, 2007at ¶¶8, 9 & 10).

    11.    Admits that 1000 Highway 98 East Corp. signed the Licensing Agreement but denies that it did not do any of the other acts alleged in the Complaint and denies it did not do any act in violation of the Licencing Agreement. (See affidavit of Ariel Levy, sworn to December 31, 2007at ¶¶6, 7 & 10).

    12.    Admits that Panama Surf & Sport, Inc. signed the Licensing Agreement but denies that it did not do any of the other acts alleged in the Complaint and denies it did not do any act in violation of the Licencing Agreement. (See affidavit of Ariel Levy, sworn to December 31, 2007at ¶¶8, 9 & 10).

    13.    Deny. (See affidavit of Ariel Levy, sworn to December 31, 2007).

    14.    Deny. (See affidavit of Ariel Levy, sworn to December 31, 2007).

    15.    Admit.

    16.    Deny. (See affidavit of Ariel Levy, sworn to December 31, 2007).

    17.    Deny. (See affidavit of Ariel Levy, sworn to December 31, 2007).

Dated: Atlantic Beach, New York
December 31, 2007

                      Respectfully submitted,

                      /s/Bennett D. Krasner

                      _____
                      Bennett D. Krasner, Esq. (bk 8375)
                      Attorney for Plaintiff, L & L Wings, Inc.
                      1233 Beech Street #49
                      Atlantic Beach, New York 11509
                      Tel. 516-889-9353