Richard S. Taffet
richard.taffet@bingham.com
Diane C. Hertz
diane.hertz@bingham.com
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY  10022-4689
Telephone: (212) 705-7000

*Attorneys for Plaintiff*
*L&L Wings, Inc*.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L&L WINGS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> MARCO-DESTIN, INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. and E&T INC., <br><br> Defendants. | Case Number:  07 Civ. 4137 (BSJ) (GWG) <br><br> **NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that Richard S. Taffet of Bingham McCutchen LLP hereby appears as counsel for plaintiff, L&L Wings, Inc., in the above-captioned action.

       PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> BINGHAM McCUTCHEN LLP
> Richard S. Taffet
> 399 Park Avenue
> New York, New York  10022

Dated:  New York, New York
       January 28, 2008

       **BINGHAM McCUTCHEN LLP**

       s/ Richard S. Taffet
       Richard S. Taffet
       399 Park Avenue
       New York, New York 10022
       (212) 705-7000
       Richard.taffet@bingham.com