Richard S. Taffet
Richard.Taffet@Bingham.com
Diane C. Hertz
Diane.Hertz@Bingham.com
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 705-7000

and

Bennett D. Krasner, Esq.  (bk 8375)
1233 Beech Street #49
Atlantic Beach, NY 11509
Tel: (516) 889-9353

*Attorneys for Plaintiff*
*L & L Wings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L & L WINGS, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>-against-<br><br>MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. AND E & T INC.,<br><br>Defendants and Counterclaim Plaintiffs. | Civil Action No. CV-07-4137 (BSJ) (GWG) |

**SUPPLEMENTAL DECLARATION OF MICHAEL HEBERT IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Michael Hebert, pursuant to 28 U.S.C. § 1746, hereby declares:

1.  I am the sole proprietor of R.E.I. Investigations ("REI"), which is located in Lafayette, Louisiana. REI is a private investigative agency.

2. On or about March 13, 2007, I was contacted via e-mail by Michael Martinez of Advantage PI, Inc., which is located in Tampa, FL. Mr. Martinez instructed me to visit and photograph certain Wings Beach & Sportswear establishments in Destin and Ft. Walton Beach, Florida, to note any "Wings" signage inside the store and on employees' clothing, and to purchase a small item under $2.00 and obtain the bag and receipt.

3. Attached hereto as Exhibit A is a true and correct copy of my report prepared at the request of Mr. Martinez regarding the aforementioned assignment.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at Lafayette, Louisiana on February 01, 2008.

_____
Michael Hebert