USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
L&L WINGS,

          Plaintiff,

   -v.-

MARCO-DESTIN, INC. et al.,

          Defendants.
------------------------------------------------------------x

ORDER

07 Civ. 4137 (BSJ) (GWG)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    Plaintiff's failure to serve timely interrogatories and discovery requests is barely excusable. Nonetheless, the Court will permit these discovery requests on the condition that they are served on or before February 20, 2008. However, the Court cannot imagine circumstances under which it would extend any other deadline that may be attributable to the late service of these requests.

    With respect to the request to make a motion to amend, the Court makes no ruling on this request except to waive its pre-motion conference requirement and direct that the proposed motion be filed on or before February 27, 2008. Even if filed by such date, the Court makes no ruling on whether it is otherwise timely or meritorious.

    SO ORDERED.

    Dated: New York, New York
            February 11, 2008

GABRIEL W. GORENSTEIN
United States Magistrate Judge