Richard S. Taffet
Diane C. Hertz
John P. Son
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 705-7000

and

Bennett D. Krasner
1233 Beech Street #49
Atlantic Beach, NY 11509
Tel: (516) 889-9353

*Attorneys for Plaintiff*
*L & L Wings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L & L WINGS, INC.,<br><br>          Plaintiff and Counterclaim Defendant,<br><br>          -against-<br><br>MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. AND E & T INC.,<br><br>          Defendants and Counterclaim Plaintiffs. | ECF Case<br><br>Civil Action No. CV-07-4137<br>(BSJ) (GWG) |

### PLAINTIFF'S NOTICE OF MOTION FOR LEAVE
### TO AMEND ITS REPLY TO COUNTERCLAIMS

PLEASE TAKE NOTICE that upon the annexed Declaration of Diane C. Hertz dated February 26, 2008 and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Gabriel W. Gorenstein at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time

A/72401669.1

2

to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 15(a) granting Plaintiff Leave to Amend its Reply to Counterclaims.

PLEASE TAKE FURTHER NOTICE that any papers in opposition to this motion shall be served pursuant to Local Rule 6.1(b), as agreed by the parties.

Dated: New York, New York.
February 26, 2008

BINGHAM McCUTCHEN LLP

By: /s/ John P. Son
Richard S. Taffet
(richard.taffet@bingham.com)
Diane C. Hertz
(diane.hertz@bingham.com)
John P. Son
(john.son@bingham.com)
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000

-and-

Bennett D. Krasner
(bkrasner@bdklaw.net)
1233 Beech Street #49
Atlantic Beach, NY 11509
Telephone: (516) 889-9353

*Attorneys for Plaintiff*

To:   Lansing R. Palmer, Esq.
Akerman Senterfitt LLP
335 Madison Avenue, 26th Floor
New York, NY 10017-4636

-and-

Jerold I. Schneider, Esq.
Akerman Senterfitt LLP
222 Lakeview Avenue
West Palm Beach, FL 33401

*Attorneys for Defendants*

2