**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| L & L WINGS, INC., | : | Case Number: 07-Civ-4137 (BSJ) (GWG) |
| Plaintiff, | : | |
| - against - | : | **NOTICE OF APPEARANCE** |
| MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. and E & T INC., | : | |
| Defendants. | : | |

-----------------------------------------------------------x

PLEASE TAKE NOTICE that John C. Vetter of Akerman Senterfitt hereby appears as counsel for Defendants, MARCO-DESTIN, INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC., and E & T, INC. (collectively, "Defendants"), in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby request that copies of all notices and other papers in this case be sent to:

> John C. Vetter (JV8584)
> **AKERMAN SENTERFITT**
> 222 Lakeview Avenue, 4th Floor
> West Palm Beach, FL 33401
> john.vetter@akerman.com

Dated: February 26, 2008      Respectfully submitted,
       West Palm Beach, FL

     */s/ John C. Vetter*
John C. Vetter (JV8584)
**AKERMAN SENTERFITT**
222 Lakeview Avenue, 4th Floor
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
john.vetter@akerman.com
*Attorneys for Defendants*

{WP476216;1}

- 2 -

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on February 26, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                     By: /s/ John C. Vetter
                                                 John C. Vetter

**SERVICE LIST**
<u>L&L Wings, Inc. v. Marco-Destin Inc., et al.</u>
Case no. 07-Civ-4137(BSJ) (GWG)
United States District Court, Southern District of New York

| | |
|---|---|
| **Bennett David Krasner**<br>The Law Offices of Bennett D. Krasner<br>1233 Beech Street<br>No. 49<br>Atlantic Beach, NY 11509<br>(516) 889-9353<br>Fax: (516) 432-7016<br>Email: bkrasner@optonline.net<br><br>*Attorneys for Plaintiff,*<br>Service by Notice of Electronic Filing | **Diane C Hertz**<br>diane.hertz@bingham.com<br>**Richard S. Taffet**<br>richard.taffet@bingham.com<br>**John Paul Son**<br>john.son@bingham.com<br>Bingham McCutchen LLP (NY)<br>399 Park Avenue<br>New York, NY 10022<br>212-705-7000<br>Fax: 212-752-5378<br><br>*Attorneys for Plaintiff,*<br>Service by Notice of Electronic Filing |
| **Lansing Reed Palmer**<br>Akerman Senterfitt, LLP<br>335 Madison Avenue<br>Suite 2600<br>New York, NY 10017<br>(212)826-1800<br>Fax: (212)-880-8965<br>Email: lansing.palmer@akerman.com<br><br>*Attorneys for Defendants,*<br>Service by Notice of Electronic Filing | **Jerold Ira Schneider**<br>jerold.schneider@akerman.com<br>**John C. Vetter**<br>john.vetter@akerman.com<br>Akerman Senterfitt<br>222 Lakeview Avenue<br>West Palm Beach, FL 33401<br>(561) 653-5000<br>Fax: (561) 659-6313<br><br>*Attorneys for Defendants,*<br>Service by Notice of Electronic Filing |