UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

L&L WINGS,                                      :

                                                :

          Plaintiff,                            :

                                                :        ORDER
          -v.-
                                                :        07 Civ. 4137 (BSJ) (GWG)

                                                :

MARCO-DESTIN, INC. et al.,                      :

                                                :

          Defendants.                           :

-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

   The Court is in receipt of letters dated February 28 and March 3 from defendants, and a letter dated February 29, 2008 from plaintiff. While normally the Court prefers to deal with discovery disputes based on letters and a court conference, the Court is unable to discern from the letters in this case precisely what documents defendants are seeking, what is the starting point of the time period at issue, which of the document requests are at issue, and in what way any claims and defenses may be implicated by the documents sought.

   The parties are directed to confer one final time. If the conference is unsuccessful at resolving the dispute, the pre-motion conference requirement is waived and defendants may file their motion to compel in accordance with paragraph 2.B of this Court's Individual Practices and any all other applicable rules. The motion shall be filed on or before March 12, 2008.

   SO ORDERED.

   Dated: New York, New York
      March 4, 2008

            GABRIEL W. GORENSTEIN
            United States Magistrate Judge