John C. Vetter
Jerold I. Schneider *pro hac vice*
AKERMAN SENTERFITT LLP
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| L & L WINGS, INC., | : | **ECF CASE** |
| Plaintiff, | : | 07 Civ. 4137 (BSJ) (GWG) |
| - against - | : | **NOTICE OF MOTION OF DEFENDANTS FOR** |
| MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & | : | **ATTORNEY FEES AND COSTS IN CONNECTION WITH** |
| SPORT, INC. and E & T INC., | : | **SETTLEMENT CONFERENCE** |
| Defendants. | : | |

-----------------------------------------------------------------x

    PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jerold I. Schneider, dated March 5, 2008, the Declaration of Dror Levy, dated March 4, 2008, together with the accompanying Memorandum of Law, and upon all prior proceedings heretofore had herein, Defendants, by and through their undersigned counsel will move this Court at 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an Order entitling Defendants to their attorney fees and costs in connection with the conduct of Plaintiff and their initial counsel relative to a Settlement Conference.

{WP476336;1}

- 2 -

Dated:  March  6, 2008.
      West Palm Beach, FL

Respectfully submitted,

    */s/ John C. Vetter*
John C. Vetter (JV8584)
Jerold I. Schneider *pro hac vice*
**AKERMAN SENTERFITT LLP**
222 Lakeview Avenue
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile:  (561) 659-6313

*Attorneys for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ John C. Vetter
John C. Vetter

**SERVICE LIST**
L&L Wings, Inc. v. Marco-Destin Inc., et al.
Case no. 07-Civ-4137(BSJ) (GWG)
United States District Court, Southern District of New York

| | |
|---|---|
| **Bennett David Krasner**<br>The Law Offices of Bennett D. Krasner<br>1233 Beech Street<br>No. 49<br>Atlantic Beach, NY 11509<br>(516) 889-9353<br>Fax: (516) 432-7016<br>Email: bkrasner@optonline.net<br><br>*Attorneys for Plaintiff,*<br>Service by Notice of Electronic Filing | **Diane C Hertz**<br>diane.hertz@bingham.com<br>**Richard S. Taffet**<br>richard.taffet@bingham.com<br>**John Paul Son**<br>john.son@bingham.com<br>Bingham McCutchen LLP (NY)<br>399 Park Avenue<br>New York, NY 10022<br>212-705-7000<br>Fax: 212-752-5378<br><br>*Attorneys for Plaintiff,*<br>Service by Notice of Electronic Filing |
| **John C. Vetter**<br>john.vetter@akerman.com<br>**Jerold Ira Schneider** *pro hac vice*<br>jerold.schneider@akerman.com<br> Akerman Senterfitt<br>222 Lakeview Avenue<br>West Palm Beach, FL 33401<br>(561) 653-5000<br>Fax: (561) 659-6313<br><br>*Attorneys for Defendants,*<br>Service by Notice of Electronic Filing | |