# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____/

L&L WINGS, INC.,                                                07 cv 4137 (BSJ)

        Plaintiff,                                       **DECLARATION OF
                                                                JEROLD SCHNEIDER
- against -                                                     IN SUPPORT OF MOTION FOR
                                                                ATTORNEY FEES**

MARCO-DESTIN INC., 1000 HIGHWAY 98
EAST CORP, PANAMA SURF & SPORT, INC.
and E&T INC.,

        Defendants.
_____/

JEROLD SCHNEIDER, hereby declares as follows:

1. I am lead counsel for all four defendants and admitted *pro hac vice* in this matter.

2. I am a shareholder in the law firm Akerman Senterfitt.

3. In connection with a settlement conference in this matter on Thursday, January 17, 2008, I traveled on January 17, 2008 from West Palm Beach, Florida to New York in the morning, attended the settlement conference, and returned the same evening. On that same day, Mr. E. Tabib, and Mr. Dror Levy, who are the senior officers of the four Defendants, attended the same settlement conference.

4. My firm charged the defendants for my time at my standard rate of $525.00 per hour for 13 hours for a total of $6825.00 in connection with the settlement conference. Attached is a true copy of a redacted version of an invoice to defendants which includes the total time (over 15 hours) and the notation that the client was only to be charged for 13 hours.

5. My firm also charged the defendants for disbursements incurred on their behalf, including $ 407.50 for air fare, $ 18.68 for meals, and $165.90 for roundtrip car transportation which includes transportation (a) between my home in Florida and the airport in Florida and (b) between the airport in New York and my firm's New York Office, and (c) between my firm's

{WP476327;1}

New York office and the Federal Courthouse in New York. My firm does not mark up these disbursements.

6. All of the fees and disbursements referred to in this Declaration were reasonable and necessary in connection with attending the Settlement Conference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at West Palm Beach, Florida on March 5, 2008.

JEROLD SCHNEIDER

{WP476327;1}

```
0203703

                              PROFORMA NUMBER  1834299         02/05/08
                                                               MATTER NO.

SERVICES DETAIL
  ATTY        DATE      HOURS     RATE    VALUE    DESCRIPTION OF SERVICES RENDERED    TASK  ACT  INDEX

2999  JIS   01/17/08    13.00    525.00  6,825.00  TRAVEL TO NEW YORK, ATTEND SETTLEMENT            9278334
                                                   CONFERENCE AND RETURN (7:40 A.M. TO
                                                   10:50 P.M.) 15.16 HOURS - HARGE ONLY 13
                                                   HOURS.
```

| Date | | | Description | Amount |
|---|---|---|---|---|
| 01/24/08 | 260 | | TRANSPORTATION - JEROLD I. SCHNEIDER: AIRFARE - TRAVEL TO NEW YORK TO ATTEND HEARING ON 1/17/08 JS-2999 | 407.50 |
| | | | **TOTAL FOR TRANSPORTATION** | **407.50** |
| 01/24/08 | 262 | | MEALS - JEROLD I. SCHNEIDER: TRAVEL TO NEW YORK TO ATTEND HEARING ON 1/17/08 JS-2999 | 18.68 |
| | | | **TOTAL FOR MEALS** | **18.68** |
| 01/24/08 | 265 | | OTHER TRAVEL EXPENSES - JEROLD I. SCHNEIDER: TAXI - TRAVEL TO NEW YORK TO ATTEND HEARING ON 1/17/08 JS-2999 | 165.90 |
| | | | **TOTAL FOR OTHER TRAVEL EXPENSES** | **165.90** |