UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

L & L WINGS, INC.,                          :         Case Number: 07-Civ-4137 (BSJ) (GWG)

                          Plaintiff,        :

          - against -                       :         **NOTICE OF WITHDRAWAL**

MARCO-DESTIN INC., 1000 HIGHWAY             :
98 EAST CORP., PANAMA SURF &
SPORT, INC. and E & T INC.,                 :

                          Defendants.       :

------------------------------------------------------------X

      PLEASE TAKE NOTICE that Lansing R. Palmer of Akerman Senterfitt LLP hereby

withdraws as counsel for Defendants, MARCO-DESTIN, INC., 1000 HIGHWAY 98 EAST

CORP., PANAMA SURF & SPORT, INC., and E & T, INC. (collectively, "Defendants"), in the

above-captioned action.

Dated: New York, New York
      March 3, 2008                              Respectfully submitted,


                                                    Lansing R. Palmer (LP 4719)
                                                    **AKERMAN SENTERFITT**
                                                    335 Madison Avenue, 26t<sup>h</sup> Floor
                                                    New York, New York 10017-4636
                                                    Telephone: (212) 880-3800
                                                    Facsimile: (212)-880-8965
                                                    lansing.palmer@akerman.com
                                                    *Attorneys for Defendants*



                                                    SO ORDERED:


                                                    U.S.D.J.

                                                    3/6/2008

{WP476612;1}