UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
L&L WINGS,                                          :

                      Plaintiff,     :    ORDER

     -v.-                                           :    07 Civ. 4137 (BSJ) (GWG)

MARCO-DESTIN, INC. et al.,                          :

                      Defendants.    :
------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     The Court is in receipt of letters dated March 18 and 20, 2008 from the parties. The Court is concerned that the parties have not been able to resolve matters – such as the scheduling of depositions– that are normally resolved by rational discussion among counsel. It is particularly ironic that it is plaintiff who is seeking to hasten these depositions when it was plaintiff who was dilatory in serving discovery requests to begin with. Perhaps part of the problem is that not all attorneys authorized to make decisions have been present at the conferences.

     Be that as it may, the Court denies the application to require the defendants to appear for depositions before April 15. The Court is confident that the parties can work out the scheduling of these depositions at a time convenient for all parties. Obviously, if any disputes cannot be resolved by agreement, the parties are free to make a renewed application as to this or any other discovery matter following compliance with paragraph 2.A of this Court's Individual Practices.

     The deadlines in the October 30, 2007 Order are each extended by 60 days.

     SO ORDERED.

Dated: New York, New York
         March 20, 2008

                                                  GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge