John C. Vetter
Jerold I. Schneider *pro hac vice*
AKERMAN SENTERFITT LLP
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

L & L WINGS, INC.,                    :           ECF CASE

                Plaintiff,     :           07 Civ. 4137 (BSJ) (GWG)

      - against -                    :           **NOTICE OF DEFENDANTS'**
                                                             **MOTION TO**
MARCO-DESTIN INC., 1000 HIGHWAY        :           **COMPEL DISCOVERY**
98 EAST CORP., PANAMA SURF &
SPORT, INC. and E & T INC.,            :

                Defendants.    :

-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that, together with the accompanying Memorandum of Law, and upon all prior proceedings heretofore had herein, Defendants, by and through their undersigned counsel will move, pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure, and the Local Civil Rules, for an Order compelling plaintiff L & L Wings, Inc. to produce documents responsive to Request Nos. 41, 50, and 51 of Defendants' Second Request for Production of Documents, served April 28, 2008, and to make available its witnesses knowledgeable about such documents.

      Pursuant to Local Rule 6.1(a), Plaintiff's opposition is due July 1 and Defendants' Reply is due July 7, both of those dates taking into account service by mail plus the July 4th Holiday weekend.

      A proposed Order is attached hereto.

{WP476336;1}

- 2 -

Pursuant to Local Rule 6.1, plaintiff's response to this motion is due within 4 business days of receipt.

Dated:  June 24 2008.  
       West Palm Beach, FL

Respectfully submitted,

    */s/ John C. Vetter*  
John C. Vetter (JV8584)  
Jerold I. Schneider *pro hac vice*  
**AKERMAN SENTERFITT LLP**  
222 Lakeview Avenue  
West Palm Beach, FL 33401  
Telephone: (561) 653-5000  
Facsimile:  (561) 659-6313

*Attorneys for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ John C. Vetter
John C. Vetter

## SERVICE LIST
L&L Wings, Inc. v. Marco-Destin Inc., et al.
Case no. 07-Civ-4137(BSJ) (GWG)
United States District Court, Southern District of New York

| | |
|---|---|
| **Bennett David Krasner**<br>The Law Offices of Bennett D. Krasner<br>1233 Beech Street<br>No. 49<br>Atlantic Beach, NY 11509<br>(516) 889-9353<br>Fax: (516) 432-7016<br>Email: bkrasner@optonline.net<br><br>*Attorneys for Plaintiff,*<br>Service by Notice of Electronic Filing | **Diane C Hertz**<br>diane.hertz@bingham.com<br>**Richard S. Taffet**<br>richard.taffet@bingham.com<br>**John Paul Son**<br>john.son@bingham.com<br>Bingham McCutchen LLP (NY)<br>399 Park Avenue<br>New York, NY 10022<br>212-705-7000<br>Fax: 212-752-5378<br><br>*Attorneys for Plaintiff,*<br>Service by Notice of Electronic Filing |
| **John C. Vetter**<br>john.vetter@akerman.com<br>**Jerold Ira Schneider** *pro hac vice*<br>jerold.schneider@akerman.com<br>Akerman Senterfitt<br>222 Lakeview Avenue<br>West Palm Beach, FL 33401<br>(561) 653-5000<br>Fax: (561) 659-6313<br><br>*Attorneys for Defendants,*<br>Service by Notice of Electronic Filing | |

- 4 -