John C. Vetter
Jerold I. Schneider *pro hac vice*
AKERMAN SENTERFITT LLP
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | | |
|---|---|---|
| L & L WINGS, INC., | : | **ECF CASE** |
| Plaintiff, | : | 07 Civ. 4137 (BSJ) (GWG) |
| - against - | : | *[PROPOSED]* **ORDER REGARDING MOTION TO COMPEL** |
| MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. and E & T INC., | : | |
| Defendants. | : | |

------------------------------------------------------------------x

**THIS CAUSE** came before the Court on Defendants' Motion to Compel Discovery to produce documents responsive to Defendants' Requests for the Production of Documents, and the Court having considered the submissions of the parties and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED**

1. Defendants' Motion to Compel is **GRANTED**. Plaintiff is hereby ordered to produce documents responsive to Request Nos. 41, 50, and 51 within 5 days. Defendants may take such depositions as it deems necessary within 15 days after documents are produced and Plaintiff shall make its witnesses knowledgeable about such documents available during said 15 day period.

{WP476336;1}

- 2 -

Dated: _____

Copies furnished:

Counsel of Record

_____
HONORABLE GABRIEL W. GORESTEIN
UNITED STATES MAGISTRATE JUDGE

{WP476336;1}