UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
L&L WINGS,                                          :

                            Plaintiff,              :
                                                    :   ORDER
            -v.-                                    :
                                                    :   07 Civ. 4137 (BSJ) (GWG)
MARCO-DESTIN, INC. et al.,                          :
                                                    :
                            Defendants.             :
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     The defendants' motion to compel (Docket # 54) is granted in part and denied in part for the reasons stated today during a telephone conference. The materials shall be produced for calendar years 1998-2000 and 2006 to the present to the extent they exist.

     SO ORDERED.

Dated: New York, New York
         July 10, 2008

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge