Richard S. Taffet
Diane C. Hertz
John P. Son
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 705-7000

and

Bennett D. Krasner
1233 Beech Street #49
Atlantic Beach, NY 11509
Tel: (516) 889-9353

*Attorneys for Plaintiff*
*L & L Wings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L & L WINGS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>      -against-<br><br>MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. AND E & T INC.,<br><br>    Defendants and Counterclaim Plaintiffs. | ECF Case<br><br>Civil Action No. CV-07-4137 (BSJ) (GWG)<br><br>**NOTICE OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR COSTS** |

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the

exhibits annexed thereto, Plaintiff L & L Wings, Inc., by its attorneys, Bingham McCutchen

LLP, will move for an Order pursuant to Federal Rules of Civil Procedure 26, 34 and 37

compelling non-party Morty Etgar to produce those documents, responsive to Plaintiff's

Subpoena Duces Tecum served on March 25, 2008, that are being withheld on the basis of

A/72598408.1

"accountant-client" privilege, and (2) compelling Defendants and/or Morty Etgar to bear the costs of a continued deposition of Mr. Etgar.

PLEASE TAKE FURTHER NOTICE that any opposition papers shall be served pursuant to Rule 6.1(a) of the Local Rules of this Court and accordingly will be due on June 28, 2008, with reply papers being due one business day after service thereof.

Dated: New York, New York.                    BINGHAM McCUTCHEN LLP
       July 17, 2008

                                                By:  /s/ John P. Son
                                                   Richard S. Taffet
                                                     (richard.taffet@bingham.com)
       Diane C. Hertz
       (diane.hertz@bingham.com)
       John P. Son
       (john.son@bingham.com)
       399 Park Avenue
       New York, NY 10022-4689
       Telephone:  (212) 705-7000

       -and-

       Bennett D. Krasner
       (bkrasner@bdklaw.net)
       1233 Beech Street #49
       Atlantic Beach, NY 11509
       Telephone: (516) 889-9353

       *Attorneys for Plaintiff*

A/72598408.1