**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

L & L WINGS, INC.,

Plaintiff,

- against -

MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP, PANAMA SURF & SPORT, INC. and E & T INC.,

Defendants.

**ECF CASE**
07 Civ 4137 (BSJ)(GWG)

**AMENDED DOCUMENT PRIVILEGE LOG OF MORTY ETGAR**

| BATES NUMBER | DATE | FROM | TO | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| ETGAR 000000002 | 02/18/2000 | Morty Etgar | Steven Glaser, Esq. | Facsimile regarding Agreements between the Marco Destin group and the Wings group | Attorney/Client Accountant/Client |
| ETGAR 000000017 | | Morty Etgar | | Handwritten notes regarding financials | Accountant/Client |
| ETGAR 000000085 | 03/23/2000 | Steven Glaser, Esq. | Nir Tzanani | Facsimile regarding Revised Consulting Agreement | Attorney/Client Accountant/Client |
| ETGAR 000000086 – 000000087 | 03/22/2000 | Morty Etgar | Steven Glaser, Esq. | Facsimile regarding Note and Consulting Agreement | Attorney/Client Accountant/Client |
| ETGAR 000000096 | 02/18/2000 | Morty Etgar | Steven Glaser, Esq. | Facsimile regarding Agreements between the Marco Destin group and the Wings group (with handwritten notes) | Attorney/Client Accountant/Client |

{WP510697;1}

| BATES NUMBER | DATE | FROM | TO | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| ETGAR 000000097 | 02/18/2000 | Morty Etgar | Steven Glaser, Esq. | Facsimile regarding Agreements between the Marco Destin group and the Wings group | Attorney/Client Accountant/Client |
| ETGAR 000000104 | | Morty Etgar | Steven Glaser, Esq. | Handwritten financials | Attorney/Client Accountant/Client |
| ETGAR 000000132 | 02/18/2000 | Steven Glasser, Esq. | Morty Etgar | Facsimile regarding Agreements | Attorney/Client Accountant/Client |
| ETGAR 000001632 | 11/17/2005 | Morty Etgar | Dror Levy | September 30, 2005 Financials for Marco Destin with handwritten notes | Accountant/Client |
| ETGAR 000001654 - 000001655 | | Morty Etgar | | Handwritten notes regarding conversation with Dror Levy | Accountant/Client |
| ETGAR 000001656 | 05/24/2002 | Morty Etgar | Brent Wolmer, Esq. | Letter regarding acquisition of property by Marco Destin | Attorney/Client Accountant/Client |
| ETGAR 000001659 – 000001660 | 05/23/2002 | Morty Etgar | Brent Wolmer, Esq. | Facsimile and notes regarding acquisition of property by Marco Destin | Attorney/Client Accountant/Client |
| ETGAR 000001661 – 000001664 | 03/01/2005 | Morty Etgar | Brent Wolmer, Esq. | Facsimile regarding Alabama information and client communication | Attorney/Client Accountant/Client |
| ETGAR 000001665 | 05/21/2004 | Morty Etgar | | Handwritten notes regarding telephone conference with Bank of America | Accountant/Client |
| ETGAR 000001671 – 000001676 | 05/13/2003 | Morty Etgar | Brent Wolmer, Esq. | Facsimile regarding Alabama corporate status | Attorney/Client Accountant/Client |
| ETGAR 000001677 – 000001681 | 11/03/2005 | Morty Etgar | Brent Wolmer, Esq. | Facsimile regarding Marco Destin store 760 | Attorney/Client Accountant/Client |