John C. Vetter
Jerold I. Schneider *pro hac vice*
AKERMAN SENTERFITT LLP
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

L & L WINGS, INC.,                                :        ECF CASE

              Plaintiff,                      :        07 Civ. 4137 (BSJ) (GWG)

           - against -                          :        **NOTICE OF MOTION**
                                                                         **TO ADMIT COUNSEL**
MARCO-DESTIN INC., 1000 HIGHWAY            :        **PRO HAC VICE**
98 EAST CORP., PANAMA SURF &
SPORT, INC. and E & T INC.,                    :

             Defendants.                  :

-----------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the annexed Affidavit of Brent G. Wolmer in Support of

Motion to Admit Counsel Pro Hac Vice, sworn to July 14, 2008, with Exhibit annexed, the

Declaration of John C. Vetter, sponsoring attorney, dated July 16, 2008, the undersigned, a

member in good standing of the Bar of this Court, hereby moves this Court, pursuant to Rule

1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern

Districts of New York, for an Order allowing the admission pro hac vice of:

                           BRENT G. WOLMER
                           COHEN, NORRIS, SCHERER, WEINBERGER & WOLMER
                           712 U.S. Highway One, Suite 400
                           North Palm Beach, Florida 33408
                           Telephone: (561) 844-3600
                           Fax: (561) 842-4104
                           bgw@fcohenlaw.com

{WP512050;1}
                                           1

Said Brent G. Wolmer is a member in good standing of the Bar of the State of Florida. There is no pending disciplinary proceeding against Brent G. Wolmer in any State or Federal court.

Dated: July 16, 2008.
West Palm Beach, FL

Respectfully submitted,

*/s/ John Vetter*

John C. Vetter (JV8584)
Jerold I. Schneider *pro hac vice*
**AKERMAN SENTERFITT LLP**
222 Lakeview Avenue
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

*Attorneys for Defendants*

John C. Vetter
Jerold I. Schneider *pro hac vice*
AKERMAN SENTERFITT LLP
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| L & L WINGS, INC., | : | ECF CASE |
| Plaintiff, | : | 07 Civ. 4137 (BSJ) (GWG) |
| - against - | : | **AFFIDAVIT OF BRENT G. WOLMER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. and E & T INC., | : : | |
| Defendants. | : | |

-----------------------------------------------------------------x

STATE OF FLORIDA      )
                     ) ss.:
COUNTY OF PALM BEACH  )

BRENT G. WOLMER, being duly sworn, deposes and says:

1. I am a shareholder of Cohen Norris, Scherer, Weinberger & Wolmer, 712 U.S. Highway One, Suite 400, North Palm Beach, Florida 33408, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' Motion for my admission as counsel *pro hac vice* to represent Defendants in this matter.

{WP512070;1}

2. I have been practicing law since 1973. I am admitted to practice and am an attorney in good standing as a member of the bar of the following courts and jurisdiction:

Florida

A Certificate of Good Standing issued within the past thirty (30) days from the Florida Bar is submitted herewith.

3. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Southern District of New York, the Federal Rules of Evidence, and the New York State Lawyers' Code of Professional Responsibility, and understand that I will be subject to the disciplinary jurisdiction of this Court.

4. I have not been admitted *pro hac vice* to this Court during the twelve months immediately preceding the filing of this motion.

5. No previous application for the relief sought herein has been made to this or any other court.

{WP512070;1}

WHEREFORE, it is respectfully requested that my motion to be admitted *pro hac vice*, to represent Defendants in the above captioned matter, be granted.

Dated: July 14, 2008
North Palm Beach, Florida

Respectfully submitted,

BRENT G. WOLMER
FLORIDA BAR NO. 0449873
COHEN NORRIS, SCHERER,
WEINBERGER & WOLMER
712 U.S. Highway One
Suite 400
North Palm Beach, Florida 33408
561-844-3600 (phone)
561-842-4104 (fax)

Sworn to before me this 14 day of July, 2008.

_____
Notary Public



IRENE M. HUMPHREYS
MY COMMISSION # DD 663748
EXPIRES: August 15, 2011
Bonded Thru Notary Public Underwriters

{WP512070;1}



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon         )

                    In Re:    449873
                              Brent Geoffrey Wolmer
                              Cohen Norris Scherer, et al
                              712 U.S. Highway 1 Ste 400
                              North Palm Beach, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 30, 1984.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 10th day of July, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smrww2:R10

John C. Vetter
Jerold I. Schneider *pro hac vice*
AKERMAN SENTERFITT LLP
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | | |
|---|---|---|
| L & L WINGS, INC., | : | **ECF CASE** |
| Plaintiff, | : | 07 Civ. 4137 (BSJ) (GWG) |
| - against - | : | **DECLARATION OF JOHN C. VETTER** |
| MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. and E & T INC., | : | **IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| Defendants. | : | |

------------------------------------------------------------------x

JOHN C. VETTER, declares as follows:

1. I am Of Counsel in the law firm Akerman Senterfitt LLP, 222 Lakeview Avenue, 4th Floor, West Palm Beach, Florida 33401, attorneys for defendants in this action.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law on February 9, 1994. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am a member in good standing with this Court.

3. I am co-counsel for the Defendants' in this action with Jerold I. Schneider, a shareholder of Akerman Senterfitt, whom I have found to be a skilled attorney and a person of integrity.

{WP512082;1}

4.    Jerold I. Schneider has known Brent G. Wolmer since June, 2007.

5.    Brent G. Wolmer is a shareholder in Cohen Norris, Scherer, Weinberger & Wolmer, 712 U.S. Highway One, Suite 400, North Palm Beach, Florida 33408, and is a member in good standing of the Bar of the State of Florida. Annexed to the accompanying Affidavit of Brent G. Wolmer is a Certificate of Good Standing issued by that jurisdiction within the past thirty (30) days.

6.    Jerold I. Schneider has found Mr. Wolmer to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

7.    It is the desire of the defendants to have Mr. Wolmer represent them for all purposes in this action.

8.    Accordingly, I am pleased to move the admission of Brent G. Wolmer, pro hac vice.

9.    I respectfully submit herewith a proposed Order granting the admission of Brent G. Wolmer, pro hac vice.

WHEREFORE, it is respectfully requested that Brent G. Wolmer be admitted to practice before this Court as counsel for the defendants in all purposes of this action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008

_____
John C. Vetter

{WP512082;1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

L & L WINGS, INC.,                          :        ECF CASE

                    Plaintiff,       :        07 Civ. 4137 (BSJ) (GWG)

           - against -                      :        **ORDER FOR ADMISSION
                                                     PRO HAC VICE**
MARCO-DESTIN INC., 1000 HIGHWAY              :        <u>**ON WRITTEN MOTION**</u>
98 EAST CORP., PANAMA SURF &
SPORT, INC. and E & T INC.,                  :

                  Defendants.      :

------------------------------------------------------------x

      Upon the Motion of JOHN C. VETTER, attorney for the Defendants in the above captioned case, and said sponsor attorney's declaration in support;

      IT IS HEREBY ORDERED that

> BRENT G. WOLMER
> COHEN, NORRIS, SCHERER, WEINBERGER & WOLMER
> 712 U.S. Highway One, Suite 400
> North Palm Beach, Florida 33408
> Telephone: (561) 844-3600
> Fax: (561) 842-4104
> bgw@fcohenlaw.com

is hereby admitted to practice pro hac vice as counsel for defendants in the above-captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

{WP514032;1}
1

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
      July _____, 2008

                          SO ORDERED:

                          _____
                          Gabriel W. Gorenstein
                          United States Magistrate Judge

John C. Vetter
Jerold I. Schneider *pro hac vice*
AKERMAN SENTERFITT LLP
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel: (561) 653-5000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | | |
|---|---|---|
| L & L WINGS, INC., | : | **ECF CASE** |
| Plaintiff, | : | 07 Civ. 4137 (BSJ) (GWG) |
| - against - | : | **CERTIFICATE OF SERVICE** |
| MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. and E & T INC., | : | |
| Defendants. | : | |

------------------------------------------------------------------x

      I HEREBY CERTIFY that on July 18, 2008, I filed the below listed documents with the Clerk of Court. I also certify that true copies of the below listed documents are being served this day on all counsel of record or pro se parties identified on the attached Service List via U.S. Mail.

1. Notice of Motion to Admit Counsel Pro Hac Vice;
2. Affidavit of Brent G. Wolmer in Support of Motion to Admit Counsel Pro Hac Vice;
3. Declaration of John C. Vetter, dated July 16, 2008;
4. Proposed Order for Admission Pro Hac Vice on Written Motion.

*[signature]*

## SERVICE LIST
L&L Wings, Inc. v. Marco-Destin Inc., et al.
Case no. 07-Civ-4137(BSJ) (GWG)
United States District Court, Southern District of New York

| | |
|---|---|
| **Bennett David Krasner**<br>The Law Offices of Bennett D. Krasner<br>1233 Beech Street<br>No. 49<br>Atlantic Beach, NY 11509<br>(516) 889-9353<br>Fax: (516) 432-7016<br>Email: bkrasner@optonline.net<br><br>*Attorneys for Plaintiff,*<br>Service by U.S. Mail | **Diane C Hertz**<br>diane.hertz@bingham.com<br>**Richard S. Taffet**<br>richard.taffet@bingham.com<br>**John Paul Son**<br>john.son@bingham.com<br>Bingham McCutchen LLP (NY)<br>399 Park Avenue<br>New York, NY 10022<br>212-705-7000<br>Fax: 212-752-5378<br><br>*Attorneys for Plaintiff,*<br>Service by U.S. Mail |
| **John C. Vetter**<br>john.vetter@akerman.com<br>**Jerold Ira Schneider** *pro hac vice*<br>jerold.schneider@akerman.com<br>Akerman Senterfitt<br>222 Lakeview Avenue<br>West Palm Beach, FL 33401<br>(561) 653-5000<br>Fax: (561) 659-6313<br><br>*Attorneys for Defendants,*<br>Service by U.S. Mail | |

{WP514057;1}

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )

The foregoing instrument was sworn to and subscribed before me this ___ day of _____, 2008, by _____, who is:

☒ personally known to me; or

☐ produced a driver's license issued by the _____ Department of Highway Safety and Motor Vehicles as identification; or

☐ produced the following identification: _____

_____
NOTARY PUBLIC, STATE OF NEW YORK

RONALD C. FERGUSON JR.
Notary Public-State of New York
No. 01FE6146007
Qualified in Queens County
My Commission Expires May 15, 2010

(Print, Type or Stamp Commissioned Name of Notary Public)