UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| L & L WINGS, INC., | : | **ECF CASE** |
| Plaintiff, | : | 07 Civ. 4137 (BSJ) (GWG) |
| - against - | : | **ORDER FOR ADMISSION PRO HAC VICE** |
| MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. and E & T INC., | : | **ON WRITTEN MOTION** |
| Defendants. | : | |

-----------------------------------------------------------------x

Upon the Motion of JOHN C. VETTER, attorney for the Defendants in the above captioned case, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

> BRENT G. WOLMER
> COHEN, NORRIS, SCHERER, WEINBERGER & WOLMER
> 712 U.S. Highway One, Suite 400
> North Palm Beach, Florida 33408
> Telephone: (561) 844-3600
> Fax: (561) 842-4104
> bgw@fcohenlaw.com

is hereby admitted to practice pro hac vice as counsel for defendants in the above-captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

{WP514032;1}

1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
July 22, 2008

SO ORDERED:

_____
Gabriel W. Gorenstein
United States ~~Magistrate~~ District Judge

{WP514032;1}

2