UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

L&L WINGS,    :

        Plaintiff,    :

                                ORDER

    -v.-

                                07 Civ. 4137 (BSJ) (GWG)

MARCO-DESTIN, INC. et al.,    :

        Defendants.    :
----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The Court is in receipt of a letter dated July 21, 2008 withdrawing the pending motion to compel. Accordingly, that motion (Docket # 61) is deemed withdrawn.

    Plaintiff asks that its motion papers be considered instead as a motion to compel the defendants to withdraw their assertion of the Florida accountant-client privilege. The request to so revise the original motion is granted. Defendants shall respond to this revised version of plaintiff's motion on or before August 1, 2008. Any reply shall be submitted by August 8, 2008. The parties may change the dates of this schedule without Court order as long as the change is disclosed to the Court by means of a letter.

    SO ORDERED.

Dated: New York, New York
       July 25, 2008

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge