> Application denied without prejudice for failure to comply with paragraph 2.A of this Court's Individual Practices.
>
> (Separately, the Court notes that some or all of these disputes may be resolvable through a written statement from plaintiff that it has no factual information with respect to the topics at issue.)
>
> SO ORDERED. DATE: 8/13/2008
> GABRIEL W. GORENSTEIN
> UNITED STATES MAGISTRATE JUDGE

**MEMORANDUM**

**Akerman Senterfitt LLP**
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

Esperante Building
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida 33401-6183

Post Office Box 3188 *mail*
West Palm Beach, Florida 33402-3188

www.akerman.com

561 653 5000 *tel*    561 659 6313 *fax*

Jerold Schneider
561 671 3661
jerold.schneider@akerman.com

August 12, 2008

**MEMORANDUM ENDORSED**
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

**BY HAND DELIVERY**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court House
500 Pearl Street
New York, NY 10007

  Re: L & L Wings, Inc. v. Marco-Destin Inc., et al.;
    Civil Action No.: 1:07-cv-04137-BSJ-GWG

Dear Magistrate Gorenstein:

  We represent all Defendants in this matter and write seeking a pre-motion conference on the issue of Plaintiff's refusal to produce any Fed. R. Civ. P. 30(b)(6) witness relative to the issue of what damage (and the amount thereof) has been caused by any action of each Defendant.

  As the Court is aware, this suit involves Plaintiff's claim against four Defendant corporations for alleged violation of a settlement agreement and alleged trademark infringement. Two of the Defendants operate certain retail stores under the "WINGS" name – this has never been in dispute. A third Defendant, however, is a mere landlord and a fourth Defendant provides senior level functions (buying, financial, management, etc.) to certain of the other corporate Defendants.

  Defendants served an Amended Notice of Deposition on July 11, 2008, listing various topics under Fed. R. Civ. P. 30(b)(6) and confirming the mutually agreed-upon date for the deposition, as well as confirming that Mr. Shaul Levy has been designated as the Fed. R. Civ. P. 30(b)(6) witness for the corporate Plaintiff. A copy of the notice is attached to this Letter as Exhibit 1. Topics 12-15, on page 4 of the notice, are the subject of this request for a pre-motion conference.

{NY036769;1}