**Ariel Levy**

**From:** info@wingsbeachwear.com
**Sent:** Thursday, August 09, 2007 2:53 AM
**To:** wings.customerservice@wingsbeachwear.com
**Subject:** Contact Us Form Request  08/09/2007

Contact Us Form Details:

First Name: Kolodyazhnaya
Last Name: Liza
Address1:
Address2:
City: Voronezh
State:
Country: RU
Zip: 39400
Phone: --
Email: liza_angel@inbox.ru
Question Type: Other
Comments: Hi,Wings! You are the best company in the world! A year ago I was lucky to work in your store in Miami (Lincoln road, the manager of this store is Nissim). Now when I meet people here in Russia wearing your clothes I understand what a BIG company you are. I was loocing for Nissim store\'s e-mail,but all in vain. Could you please help me. Thank you! Best wishes!


_____ NOD32 2446 (20070809) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

1

CONFIDENTIAL

LL 001202

**Ariel Levy**

From: info@wingsbeachwear.com
Sent: Tuesday, May 08, 2007 10:38 PM
To: wings.customerservice@wingsbeachwear.com
Subject: Contact Us Form Request  05/08/2007


Contact Us Form Details:

First Name: Mollie
Last Name: Smith
Address1: 120 S. Meeting St. Apt. 315
Address2:
City: Statesville
State: NC
Country: US
Zip: 28677
Phone: --
Email: mollierebecca20@hotmail.com
Question Type: General_Concerns
Comments: Love the store...Its a must whenever I hit Myrtle Beach!

YOU ROCK!


_____ NOD32 2254 (20070509) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

CONFIDENTIAL

LL 001203

**Ariel Levy**

| | |
|---|---|
| **From:** | Cindy Osika [snowdrop1960@gmail.com] |
| **Sent:** | Monday, February 19, 2007 10:59 PM |
| **To:** | Wings Customer Service |
| **Subject:** | Re: Contact Us Form Request 02/09/2007 |

Ok thanks for the answers. However, the lady at the
Collins Ave location in ;Miami that was so helpful was Betty. My name is Cindy.


On 2/12/07, **Wings Customer Service** <wings.customerservice@wingsbeachwear.com> wrote:
Hello Cindy,

Thank you for contacting Wings Beachwear Online.

Unfortunately, Wings does not yet sell its products online or via catalog.
We are, however, in the planning and development phase of creating an online
store. In order to provide customers with the best possible online
experience, we have decided to dedicate a lot of time and resources into
making wingsbeachwear.com the premier location for beach apparel and
accessories and souvenirs. I will let you know once online shopping does
become available.

On behalf of the organization, I would like to thank you for your continued
interest and support. We look forward to serving you in the future. If you
have any other questions, please let me know.

I will also be sure to pass on your comments about Cindy. It is always nice
to hear positive feedback from our customers.

Regards,


Henry

----- ----- ----- ----- -----
Customer Service
L & L Wings, Inc

Visit Us Online at Wingsbeachwear.com
"All You Need To Reach The Beach"TM


-----Original Message-----
From: info@wingsbeachwear.com [mailto:info@wingsbeachwear.com]
Sent: Friday, February 09, 2007 11:50 PM
To: wings.customerservice@wingsbeachwear.com
Subject: Contact Us Form Request 02/09/2007

1

CONFIDENTIAL                                                                                                LL 001204

Contact Us Form Details:

First Name: cindy
Last Name: osika
Address1: 1641 S US Highway 421
Address2:
City: Westville
State: IN
Country: US
Zip: 46391
Phone: 219-785-1739
Email: snowdrop1960@gmail.com
Question Type: Other
Comments: I loved your store on Collins Ave in Miami. I didn\'t shop nearly enough and was disappointed not to see a website I could still shop and ship purchases home??? Can you send me a catalog if you have one??? I am not done shopping yet!!! By the way, Betty at your Collins ave. location is a great salesperson.

CONFIDENTIAL

LL 001205

**Ariel Levy**

From: info@wingsbeachwear.com
Sent: Monday, September 25, 2006 12:07 PM
To: wings.customerservice@wingsbeachwear.com
Subject: Contact Us Form Request 09/25/2006

Contact Us Form Details:

First Name: Debbie
Last Name: Drury
Address1: 2951 S Fairway Dr
Address2:
City: Tempe
State: AZ
Country:
Zip: 85282
Phone: 480-839-2951
Email: debbiej109@aol.com
Question Type: Other
Comments: Just wanted you to know we discovered you in 1991 while on our honeymoon in San Diego. The shop at Belmont Park has always been clean and friendly. We have purchased tons of t shirts and items over the year and I have never been disappoint in the quality or selection. I look forward every year to my visits to you store Thanks for giving us excellent value and quality items!!!

CONFIDENTIAL                                                                 LL 001206

**Ariel Levy**

**From:** Lee Reynolds [leereynolds@tinyonline.co.uk]
**Sent:** Wednesday, June 28, 2006 2:00 PM
**To:** Wings Customer Service
**Subject:** Re: Contact Us Form Request 04/16/2006

Hi Henry,

I would just like to pass on my sincere thanks to your store at Collins Avenue, Sunny Isles, Miami.

I took the chance and sent a pleading letter with $20 to cover the cost of the lighter and return postage. I am please to say that they came up good and I have recently received the lighter. My wife was well impressed and grateful.

It is service like this that will definitely make me return to your stores when we return to Florida and I will even make it known to Virgin Holidays in Miami what great service I received, so hopefully they may recommend your stores to other holidaymakers.

A great big thank you again.

Lee

----- Original Message -----
From: "Wings Customer Service" <wings.customerservice@wingsbeachwear.com>
To: <leereynolds@tinyonline.co.uk>
Sent: Monday, April 17, 2006 3:54 PM
Subject: RE: Contact Us Form Request 04/16/2006


> Hello Lee,
>
> Thank you for contacting Wings Beachwear Online.
>
> Unfortunately, Wings does not yet sell its products online or via catalog.
> We are, however, in the planning and development phase of creating an
> online
> store.  In order to provide customers with the best possible online
> experience, we have decided to dedicate a lot of time and resources into
> making wingsbeachwear.com the premier location for beach apparel and
> accessories and souvenirs.
>
> On behalf of the organization, I would like to thank you for your
> continued
> interest and support.  We look forward to serving you in the future.  If
> you
> have any other questions, please let me know.
>
> U.S. Airport security is a bit over the top.  Sorry again for the trouble.
>
> Regards,
>
> Henry
>
> ----- ----- ----- ----- ----- -----

1

CONFIDENTIAL

LL 001207

```
> Henry James
> L & L Wings, Inc
> Customer Service
>
> Visit Us Online at Wingsbeachwear.com
> "All You Need To Reach The Beach"TM
>
> -----Original Message-----
> From: info@wingsbeachwear.com [mailto:info@wingsbeachwear.com]
> Sent: Sunday, April 16, 2006 11:36 AM
> To: wings.customerservice@wingsbeachwear.com
> Subject: Contact Us Form Request 04/16/2006
>
> Contact Us Form Details:
>
> First Name: Lee
> Last Name: Reynolds
> Address1: 29 Station Road
> Address2: New Romney
> City: Kent TN28 8LQ
> State:
> Country: GB
> Zip:
> Phone: --
> Email: leereynolds@tinyonline.co.uk
> Question Type: Other
> Comments: Dear Sirs,
>
> My family and I have just returned from a vacation to Miami, where we
> regularly visited your store in Collins Avenue. One purchase was a novelty
> lighter, shaped like a flip-flop. Unfortunately this was confiscated at
> airport security as we did not know it could not be carried onto the
> plane,
> and we had already checked our luggage in. My wife was extremely upset
> about
> losing the lighter and was hoping to replace it by purchasing it online.
> Is
> there any way we could arrange purchase and shipping of the item to us in
> the UK? We look forward to hearing from you.
>
>
>
```

CONFIDENTIAL

LL 001208

**Ariel Levy**

From: info@wingsbeachwear.com
Sent: Wednesday, May 31, 2006 3:48 PM
To: wings.customerservice@wingsbeachwear.com
Subject: Contact Us Form Request 05/31/2006

Contact Us Form Details:

First Name: Kaitlyn
Last Name: Hackett
Address1: 21 Elizabeth drive
Address2:
City: lUDLOW
State: MA
Country: US
Zip: 01056
Phone: 413-547-2533
Email: Kmhangelface101@hotmail.com
Question Type: Other
Comments: I just wanted to say that your store is the best.  I went to the Cape for a soccer tournament, and when i went into Wings, it was like i was in heaven.  Your store has everything in it that i was looking for and the prices were awsome. I got my dad a me tee shirt for only $18. i thought that was a great price.Whenver i see anyone who goes to the Cape i going to suggest to go to Wings. And whenever i go to the Cape i\'m going to stop in Wings, It\'s just the best store!

1

CONFIDENTIAL

LL 001209

## Ariel Levy

**From:** info@wingsbeachwear.com
**Sent:** Friday, April 14, 2006 5:47 PM
**To:** wings.customerservice@wingsbeachwear.com
**Subject:** Contact Us Form Request 04/14/2006

Contact Us Form Details:

First Name: Terry
Last Name: Langlois
Address1:
Address2:
City:
State:
Country:
Zip:
Phone: --
Email: terad@kos.net
Question Type: Other
Comments: I am writing to express my appreciation AND my admiration for your impressively high quality of Customer Service!! --I had reported a missing strap from a bathing suit had purchased at Store #302 in Clearwater Beach, and I received prompt and considerate service, both by e-mail and by phone calls.---I would PARTICULARLY like to thank KOSTA, the store manager for his kind service and attention to my problem!! ---I would also like to thank Vanessa for actually finding my strap.--And as well, I would like to thank Ariel Levy for forwarding my e-mail to Kosta, who then proceeded to take action on my behalf. --Again, I would like to reiterate how IMPRESSED I was with each aspect of your Customer Service.----I, myself, would be PROUD to work in a Customer Service department such as yours!! -And I will certainly spread the word about Wings Beachwear to all of my friends and acquaintances !! ----Thank you ever so much. I would appreciate it you would forward my positive feedback to the people involved.--Thanks again!! ---Sincerely, Terry Langlois

CONFIDENTIAL                                                                                          LL 001210

**Ariel Levy**

From: info@wingsbeachwear.com
Sent: Thursday, August 18, 2005 4:31 PM
To: wings.customerservice@wingsbeachwear.com
Subject: Contact Us Form Request  08/18/2005

Contact Us Form Details:

First Name: Andrew
Last Name: Talenda
Address1: 182 Line St
Address2:
City: Easthampton
State: MA
Country: US
Zip: 01027
Phone: --
Email: andyt1057@aol.com
Question Type: Other
Comments: I visited your W. Yarmouth store, I was amazed!! The selection was great! The amount of beach towels was exceptional!! I would recomend your stores to anyone !! Good luck and see you next season!!!

1

CONFIDENTIAL                                                                 LL 001211

**Ariel Levy**

| | |
|---|---|
| From: | info@wingsbeachwear.com |
| Sent: | Thursday, July 13, 2006 4:17 PM |
| To: | wings.customerservice@wingsbeachwear.com |
| Subject: | Contact Us Form Request 07/13/2006 |

Contact Us Form Details:

First Name: Jeff
Last Name: Jensen
Address1:
Address2:
City:
State:
Country:
Zip:
Phone: --
Email: jeffjensen@bellsouth.net
Question Type: Other
Comments: If I wanted to open a franchise of WINGS how would I go about it? I believe I have a great beach location with virtually no competition. Please direct me how to find out more. Thanks

CONFIDENTIAL                                                                                               LL 001212