**Ariel Levy**

**From:**      info@wingsbeachwear.com
**Sent:**      Tuesday, July 17, 2007 12:36 PM
**To:**        wings.customerservice@wingsbeachwear.com
**Subject:**   Contact Us Form Request  07/17/2007


Contact Us Form Details:

First Name: Tara
Last Name:
Address1:
Address2:
City:
State:
Country:
Zip:
Phone: --
Email: greeneyes0322@yahoo.com
Question Type: Other
Comments: I have a concern, I purchased a bathing suit about a month ago and the inside of the top is completly coming apart. I called your store on Pensacola beach where it was purchased to see if I could do an even exchange on the same swimsuit due to the fact that it was coming apart. I feel that because this is a defective bathing suit I should be able to exchange it for the same thing just one that is not falling apart. I was told no exchanges or refunds were allowed. I can understand your policy to an extent, but do to the fact this is a defect I am really upset that there is nothing you can do. I do not plan on spending anymore money in your store and I will pass this on to many friends and family that either live in the area or come to visit. I spent a lot of money on this bathing suit and it has not even lasted 6 months. This is poor customer service.


_____ NOD32 2402 (20070717) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

1

CONFIDENTIAL                                                           LL 001214

**Ariel Levy**

| | |
|---|---|
| **From:** | info@wingsbeachwear.com |
| **Sent:** | Friday, July 27, 2007 11:20 AM |
| **To:** | advertising@wingsbeachwear.com |
| **Subject:** | Contact Us Form Request 07/27/2007 |

Contact Us Form Details:

First Name: Linda
Last Name: Dobson
Address1: 5175 Shotwell Street
Address2:
City: Woodstock
State: GA
Country: US
Zip: 30188
Phone: 404-925-1798
Email: ldjeepgirl2@bellsouth.net
Question Type: Advertising
Comments: I visited one of your Destin, FL beach stores last week,while on vacation, and I thought I should share my experience with you.  Your advertisements, in the local magazines list coupons, along with \"We accept all competitors coupons\" and \"We will beat any competitor\'s prices\".  I arrived with your ad, as well as a competitor\'s ad for the same item (a boogie board).  Once again (the same thing happened to me last year, at your store), you employees claimed no knowledge of the coupons, and each acted as if they did not even know what they mean (I think all were from the Ukraine).  Anyway, after about 3 girls did not understand what I was trying to explain to them about \"competitor\'s coupons\" and what a competitor WAS, they got their manager, who also refused to acknowledge the coupons.  I am so frustrated with this happeneing again and again in your stores!  Maybe you train your employees to do this on purpose?  maybe you do not train them at all?  My real question is...Why do you bother to list things in your ads, if you are only going to furstrate your customers by refusing to acknowlege them? How can people work in your stores, and have no idea what advertisements you have in circulation?  Seems like very bad business to me!  What should have been a 5 minute visit to your store, resulted in a 15 minute argument with your employees, and a frustrated customer, who will never return!  All I wanted was a boogie board for my daughter. Now you\'ve lost my business for all my beach needs (and I spend about 3 separate weeks a year in Destin, as well as other FL locations).  Maybe your chain has just become too big to care about the average person?

_____ NOD32 2425 (20070727) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

1

**CONFIDENTIAL**

LL 001215

**Ariel Levy**

From:        info@wingsbeachwear.com
Sent:        Friday, August 10, 2007 1:18 PM
To:          wings.customerservice@wingsbeachwear.com
Subject:     Contact Us Form Request 08/10/2007


Contact Us Form Details:

First Name: Lora
Last Name: Lacy
Address1:
Address2:
City:
State: TN
Country: US
Zip:
Phone: --
Email: poomoobear@yahoo.com
Question Type: General_Concerns
Comments: I was at your store 08/09/07 the 98/Matthew location in Destin/Ft Walton area, I
was very concerned that quite a few of your hermit crabs were dead and no water at all in the
area they were kept, it smelled very bad. I told the cashier they needed to put water in for
the crabs and the dead ones removed. This is very inhumane, i suggest you check into this.


_____ NOD32 2454 (20070812) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

1

**CONFIDENTIAL**

**LL 001216**

**Ariel Levy**

| | |
|---|---|
| **From:** | info@wingsbeachwear.com |
| **Sent:** | Monday, November 06, 2006 10:54 AM |
| **To:** | wings.customerservice@wingsbeachwear.com |
| **Subject:** | Contact Us Form Request 11/06/2006 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form Details:

First Name: Scottie
Last Name: Wilson
Address1: 7713 River Bend Way
Address2:
City: Nashville
State: TN
Country: US
Zip: 37221
Phone: 615-673-2293
Email: scottiewilson@yahoo.com
Question Type: Other
Comments: Hi,
I stopped at one of your Wings locations in Destin, FL, yesterday (#749), and bought a couple
of t-shirts and gifts for my sons as souvenirs.
My receipt number is: 154567, the time was 9:20 am on 11/5/06, the cashier was Suzi.
When I got home to Nashville, we opened the packages, and neither toy worked.
The toy is: Multi-Glow Mouth & Teeth.  I bought two of them.
This is the information from the sticker on the back:
WINGS
35598
VEN14002
Size
$1.99
the barcode is 060169.
The information is the same on both of them.
Please either send me a couple of these that work or refund my money.
Thanks for your help, we always shop at one of your stores.
Scottie Wilson
scottiewilson@yahoo.com

1

**CONFIDENTIAL**

**Ariel Levy**

| | |
|---|---|
| **From:** | info@wingsbeachwear.com |
| **Sent:** | Wednesday, May 30, 2007 11:29 AM |
| **To:** | wings.customerservice@wingsbeachwear.com |
| **Subject:** | Contact Us Form Request  05/30/2007 |

Contact Us Form Details:

First Name: Mark
Last Name: Gornstein
Address1: 604 Old Bridge Lane
Address2:
City: Bellingham
State: MA
Country: US
Zip: 02019
Phone: 617-824-6595
Email: mark_gornstein@striderite.com
Question Type: General_Concerns
Comments: I purchased a T-shirt from your Marco Island, Florida store (#317) on 5/18, while on vacation. Upon examining the shirt, I bought it as a gift),the front is printed \"Marco Island\" and the back is incorrectly typoed \"Maco Island\". The style # off the receipt is 78717 (Heather grey with \"Same Ship, Different Day\" pirate logo)- Size XL adult. The receipt # was 175568. Please advise how I can get a corrected replacement.
Thank You


_____ NOD32 2296 (20070529) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

1

**CONFIDENTIAL**                                                                                                  **LL 001222**

**Ariel Levy**

| | |
|---|---|
| **From:** | info@wingsbeachwear.com |
| **Sent:** | Wednesday, June 27, 2007 3:41 AM |
| **To:** | wings.customerservice@wingsbeachwear.com |
| **Subject:** | Contact Us Form Request  06/27/2007 |

Contact Us Form Details:

First Name: Jennifer
Last Name: Richards
Address1: 3623 Family Circus Way
Address2:
City: Kodak
State: TN
Country: US
Zip: 37764
Phone: --
Email: jennifer130@bellsouth.net
Question Type: Other
Comments: I recently visited the wings store in pigeon forge, tn. I was looking for swim
suits for me and my daughter. My son was with us and asked one of your clerks if they had
life jackets there. The clerk was Mexican and told him that she did not speak English. If
your gonna have people work in your store, you should really make sure they can speak
English, so they can help customers, since yes we live in the US and a majority of the
country speaks English. Then when I went to check out, there was no one around to ring up my
items. I stood at the register for 10 minutes before slamming my items down and walking out
of your store. The one person that I did see that worked there was too busy folding T-shirts
and wasn\'t paying much attention to me or any other customers that were there. I will not be
returning to your store. Especially since my first visit turned out like this, and I will
definitely not recommend your store to anyone I know.


_____ NOD32 2358 (20070627) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

1

**CONFIDENTIAL**

**LL 001223**

**Ariel Levy**

| | |
|---|---|
| **From:** | info@wingsbeachwear.com |
| **Sent:** | Friday, July 13, 2007 9:16 AM |
| **To:** | wings.customerservice@wingsbeachwear.com |
| **Subject:** | Contact Us Form Request  07/13/2007 |

Contact Us Form Details:

First Name: RHONDA
Last Name: LOWTHER
Address1: PO BOX 1292
Address2:
City: RIDGELAND
State: SC
Country: US
Zip: 29936
Phone: 843-726-6280
Email: alowther@hargray.com
Question Type: General_Concerns
Comments: Yesterday I shopped at your store in St. Augustine Fla.The employees were beyond rude. One young girl on the sales floor was stocking t-shirts while talking on her cell phone. I wanted to ask about a size 4x sweat shirt but she wouldn\'t get off the phone. I ask the omen behind the cashier. She said \" I no know\". I suppose she didn\'t speak English. Then i asked another girl where the Koozies were for keeping cans cold. She said \"We don\'t have those.\" Another customer heard me and pointed me to a bin outside the store. I an the CEO for a huge customer oriented business. If I ran my business like this, I would certainly close in one day. Needless to say that I left the store without purchasing the sweat or anything else that I wanted to take home as a memory from my trip to St. Augustine.


_____ NOD32 2396 (20070712) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

1

**CONFIDENTIAL**                                                                       LL 001224

**Scott Sasser**

| | |
|---|---|
| **From:** | info@wingsbeachwear.com |
| **Sent:** | Monday, June 09, 2008 11:44 AM |
| **To:** | wings.customerservice@wingsbeachwear.com |
| **Subject:** | Contact Us Form Request 06/09/2008 |

Contact Us Form Details:

First Name: Shirley
Last Name: Hatcher
Address1: 4254 Banks Road
Address2:
City: Middleburg
State: FL
Country: US
Zip: 32068
Phone: 904-282-2211
Email: hatchercpa@comcast.net
Question Type: General_Concerns
Comments: In St. Augustine, Florida, on 6/7/08, I purchased a $55 boogie board for my son.
He used it about 1 1/2 hours on Sat., and then one time on Sunday 6/8/08 at which time the
rope portion broke from the board. I left the beach, went to Wings on A1A to exchange and
was told that I could not exchange or get a refund. So I paid $55, plus tax, for a boogie
board that is defective and I\'m stuck with it. I spoke with the cashier Jennifer and she
would not give me any names or phone numbers to contact to pursue this matter. The manager
was supposedly at lunch. I called numerous times throughout the day and was constantly told
he was \"unavailable.\"

This is a very unfair policy and misleading to customers. I would think that a defective
product would be replaced by the retailer, and the retailer can then return to the
manufacturer. I find it amazing that boogie boards I purchased at Walmart 4 years ago are
still holding up good. But I also know if there were defects on the second day of use ... I
would have been able to return it.

I have a beach home in St. Augustine and am there 3-4 times a month throughout the summer. I
have already told as many people as I\'ve seen about this poor service and will continue to
do so until I receive a complete refund for this defective product.

Since I cannot get a response at the retail store level, I would appreciate a response from
corporate. If I am denied this refund for this defective product, I will immediately contact
the local BBB, Chamber of Commerce, all websites with a \"review or comment\" section on this
company.

_____ NOD32 3168 (20080609) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

Confidential
LL00002049

1

**Scott Sasser**

| | |
|---|---|
| **From:** | info@wingsbeachwear.com |
| **Sent:** | Friday, June 13, 2008 3:32 PM |
| **To:** | wings.customerservice@wingsbeachwear.com |
| **Subject:** | Contact Us Form Request  06/13/2008 |

Contact Us Form Details:

First Name: Betty
Last Name: Lairsey
Address1: 2710 E Ramblewood St
Address2:
City: San Antonio
State: TX
Country: US
Zip: 78261
Phone: 830-438-3089
Email: lairsey@gvtc.com
Question Type: General_Concerns
Comments: Your manager at the Wings store on Highway A1A in St Augustine Beach, FL is one of
the most arrogant, rude, discourteous people I have ever run into (literally). He sould never
be placed in a management position ANYWHERE.
And yes, there were witnesses to his behavior.


_____ NOD32 3186 (20080613) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

Confidential
LL00002050

**Scott Sasser**

| | |
|---|---|
| **From:** | info@wingsbeachwear.com |
| **Sent:** | Monday, August 11, 2008 2:30 PM |
| **To:** | wings.customerservice@wingsbeachwear.com |
| **Subject:** | Contact Us Form Request 08/11/2008 |

Contact Us Form Details:

First Name: cindy
Last Name: quarry
Address1: 1923 rainwood cove dr.
Address2:
City: little rock
State: AR
Country: US
Zip: 72212
Phone: 501-993-2010
Email: quarryc@nlrsd.k12.ar.us
Question Type: General_Concerns
Comments: hello
i have been so disappointed in the wings store in pensocola beach florida. i was there july
2nd and paid for an air brush shirt. when i went to pick it up todd, the airbrush guy said he
had really been busy and had to mail it to me. needless to say i have never received it and
cannot get todd to return calls. when i contacted the store manager i was told they could not
do anything about it. i am requesting a refund. i paid 9.99 for a gray long sleeve shirt and
15.00 for todds work. i also tipped him really well but i know i cannot get that back. i
thought you would want to know you are employing a liar and a theft.  thank you for your
help!
cindy quarry


_____ NOD32 3346 (20080811) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

Confidential
LL00002051