Richard S. Taffet
Diane C. Hertz
John P. Son
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 705-7000

and

Bennett D. Krasner
1233 Beech Street #49
Atlantic Beach, NY 11509
Tel: (516) 889-9353

*Attorneys for Plaintiff*
*L & L Wings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L & L WINGS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> -against- <br><br> MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. AND E & T INC., <br><br> Defendants and Counterclaim Plaintiffs. | Civil Action No. CV-07-4137 (BSJ) (GWG) <br><br> **DECLARATION OF GREGORY CHOATE RE: STORE #751** |

Gregory Choate declares as follows under 28 U.S.C. § 1746:

1.      I am an agent of Buccaneer Investigations ("BI") which is located in Orange Park,

Florida. BI is a private investigative agency.

2.      In or around April 2008, I was contacted by Michael Martinez of Advantage PI,

Inc. ("Advantage") of Tampa, FL. Advantage retained me to visit the establishment located at

A/72570259.1

LL 001999

3848 State Rd. A1A S., St. Augustine Beach, FL 32080 ("Store 751"). I was instructed to note

the usage of any "Wings" signage inside and outside the store, and to purchase a small item and

obtain the bag and receipt.

3.    On April 18, 2008 at 3:13 pm, I arrived at Store 751 and observed that the main

outdoor signs displayed the name "Wings."

4.    During my visit to Store 751, I purchased two postcards for $3.16. The receipt

displayed the "Wings" name. A true and correct copy of that receipt is attached as Exhibit A.

5.    The shopping bag that I received with my purchase also displayed the "Wings"

name. A true and correct photograph of that shopping bag is attached as Exhibit B.

6.    Attached hereto as Exhibit C is a true and correct copy of my contemporaneous

report prepared at Advantage's request and upon which this Declaration is based.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on the _30_ day of June, 2008.


                                             GREGORY CHOATE

A/72570259.1

LL 002000



**Wings 751**

3348 State Road A1A S

St. Augustine Beach, FL 32080

Phone: (904)461-4445 Fax:(904)461-0210

Date: 4/18/2008                    Receipt #: 252228

Time: 3:13:18 PM          NAME: ST. AGUSTINE, FL

Cashier: JILL                              WS#: 2

|  | QTY | PRICE | EXT PRICE |
|---|---|---|---|
|  | 1 | 1.99 | 1.99 |
| CARDS |  |  |  |
| 45611 | 1 | 0.99 | 0.99 |
| SHAPE POSTCARD |  |  |  |
| 2 Unit(s) | Subtotal: |  |  |
| 6.000 % Tax: |  |  | 0. |
| RECEIPT TOTAL: |  |  | 3.16 |
|  | Tend: |  | 20.00 |
|  | Change: |  | 16.84 |

ash: 20.00

Returns within 7 days

with receipts only

Refunds within 7 days of purchase with original receipt and
merchandise in original conditions.
Exchanges within 30 days of purchase with original receipt
and merchandise in original conditions.
Clearance and bathing suits sales are final.
**NO RETURNS OR EXCHANGES ON BEACH
ACCESORIES**

252228

**EXHIBIT A**

LL 002001



SOUTH CAROLINA  •  ALABAMA  •  FLORIDA  •  TENNESSEE

www.marcodestin.com

**EXHIBIT B**

LL 002002

## On-Site Store Checklist

Location Address : _Wings 751, 3848 State RD A1A S, St Augustine, FL_
Date and Time of Visit : _3:13:18 PM 4/18/2008_
Agent Name : _Gregory Choate_
Agent Company Name : _Buccaneer Investigations_
Agent Company Address & _1311 Flicker Dr. Orange Park FL 32065_
Telephone number : _904-213-4286_

*Please complete the below pertaining to use, display and visible association with the "Wings" Trade dress*

**1. Do The Main Outdoor Signs display the name "Wings"?**

X̶ Yes    ___ No

1a. If answered Yes, please take a picture of the sign and attach to the back of this document.

1b. If answered No, describe what the signs read?

**2. Do any Parking Lot Signs or Parking Notice Directions display the name "Wings"?**

___ Yes    X̶ No

**3. Upon entering and walking around the store, did you notice any small signs that display the name "Wings"?** Please be sure to include signs on top of clothing racks, the Store Policy Notice, Store Hours Posting, signage near the dressing room and any other forms of display in your response.

___ Yes    X̶ No

**4. While walking around the store, did you notice any hang tags or product promotion stickers attached to merchandise that display the name "Wings"?**

___ Yes    X̶ No

4a. If answered Yes to the above, please describe:

*For the questions below, base your responses on observations gathered after purchasing an item less than $2.00 in the store. Be sure to request an itemized receipt and shopping bag.*

**5. What item did you purchase and how much did it cost?**
_2 Post cards, $1.99 and .99 for 2.98 + .18 Tax Total $3.16_

**6. Does the receipt display the name "Wings"?**

X̶ Yes    ___ No

**7. Does the shopping bag you received or do any shopping bags located behind the register display the name "Wings"?**

X̶ Yes    ___ No

**EXHIBIT C**

LL 002003