John P. Son
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 705-7000

*Attorneys for Plaintiff*
*L & L Wings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L & L WINGS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> -against- <br><br> MARCO-DESTIN INC., 1000 HIGHWAY 98 EAST CORP., PANAMA SURF & SPORT, INC. AND E & T INC., <br><br> Defendants and Counterclaim Plaintiffs. | Civil Action No. CV-07-4137 (BSJ) (GWG) <br><br> CERTIFICATE OF SERVICE |

    I, John P. Son, hereby certify that on September 4, 2008, I served true copies of Plaintiff L & L Wings, Inc.'s

    (1) Notice of Motion;
    (2) Memorandum of Law;
    (3) Compendium of Unreported Cases;
    (4) Statement of Undisputed Material Facts;
    (5) Declaration of Diane Hertz with exhibits thereto;
    (6) Declaration of Shaul Levy with exhibits thereto;
    (7) Declaration of Albert Levy with exhibits thereto;
    (8) eleven Declarations of private investigators as follows:
        (a) Michael Hodge (one Declaration with exhibits thereto),
        (b) Harold Thompson (one Declaration with exhibits thereto),
        (c) Gregory Choate (one Declaration with exhibits thereto),
        (d) Curtis Burkett (one Declaration with exhibits thereto), and
        (e) Dave Graziadei (seven Declarations with exhibits thereto);

all in support of Plaintiff's Motion for Partial Summary Judgment, via Federal Express upon:

A/72642169.1

Jerold I. Schneider, Esq.
John C. Vetter, Esq.
Akerman Senterfitt LLP
222 Lakeview Avenue
West Palm Beach, FL 33401

and via e-mail upon

Bennett D. Krasner, Esq.
The Law Offices of Bennett D. Krasner
1233 Beech Street No. 49
Atlantic Beach, NY 11509

Dated: New York, New York.
September 4, 2008

Bingham McCutchen LLP

By: _____
John P. Son
399 Park Avenue
New York, NY 10022-4689
(212) 705-7841

*One of the Attorneys for Plaintiff*

A/72642169.1