# CERTIFIED TRANSCRIPT

1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO. CV-07-4137

L & L WINGS, INC.,

       Plaintiff and
       Counterclaim Defendants,

vs.

MARCO-DESTIN, INC.; 1000 HIGHWAY
98 EAST CORP.; PANAMA SURF & SPORT, INC.;
and E & T, INC.

       Defendants and
       Counterclaim Plaintiffs.

- - - - - - - - - - - - - - - - - - - - - x

                222 Lakeview Avenue
                Suite 400
                West Palm Beach, Florida
                Friday, July 11, 2008
                9:35 a.m. - 11:54 a.m.
                1:07 p.m. - 2:05 p.m.

DEPOSITION OF MORTY ETGAR

       Taken before Donald W. McKay, RMR, CRR, a
Notary Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above-styled cause.

9

1       A.  It was Etgar & Gearhart.  But then Gearhart

2  became an employee after a while.  Now he's only --

3  I'm the only principal now.

4       Q.  So it's just called -- what's the name of

5  your --

6       A.  Morty Etgar, P.A.

7       Q.  How many people do you employ?

8       A.  It changes during the year.  Between six and

9  twelve.

10       Q.  How many of those are CPA's?

11       A.  Four.

12       Q.  And the others, what do they do?  Are they

13  staff?

14       A.  Staff and secretarial.

15       Q.  Where is your business located?

16       A.  Downtown Miami.

17       Q.  Are you familiar with a company called L & L

18  Wings?

19       A.  To some extent.

20       Q.  Have you ever done any work for them?

21       A.  No.

22       Q.  Are you familiar with Eli Tabib?

23       A.  Yes.

24       Q.  Have you done work -- have you performed CPA

25  work for him?

10

1      A.   Yes.

2      Q.   And other accounting work?

3      A.   Yes.

4      Q.   Are you familiar with Marco-Destin, Inc.?

5      A.   Yes.

6      Q.   Have you performed accounting and financial

7  work for them?

8      A.   Yes.

9      Q.   The same question for E & T.

10     A.   Yes.

11     Q.   1000 Highway 98 East?

12     A.   Yes.

13     Q.   And Panama Surf & Sport?

14     A.   Yes.

15     Q.   TLE Management, Inc.?

16     A.   Yes.

17     Q.   How about Elite Real Estate?

18     A.   Yes.

19     Q.   How about Alvin's, Inc.?  A new company he

20  purchased last year.

21     A.   Yes.

22     Q.   When did you first become acquainted with Eli

23  and his companies?

24     A.   Approximately ten years ago.

25     Q.   Can you tell me the circumstances of that.

13

1    A.  Yes.

2    Q.  What does that mean?

3    A.  It mean the company wants to -- different

4  status -- economic status of companies, they want to

5  have different types of financial statements, for a

6  variety of reasons.  It may not be for one specific

7  reason.

8    Q.  So they hired you to come in and prepare

9  financial statements.  Is that what you're saying?

10    A.  Yes.

11    Q.  Were you also retained to prepare tax

12  returns?

13    A.  Yes.

14    Q.  And what company retained you, to the best of

15  your knowledge?

16    A.  Marco-Destin, principally.

17    Q.  Who was your contact at Marco-Destin at this

18  time?  You said ten years ago.  I'm assuming you mean

19  around '98.

20    A.  Nir.  '98, 2000.  Nir and Zabari.

21    Q.  Do you recall what information Nir provided

22  to you in connection with your preparation of

23  financial statements and tax returns?

24    A.  I don't recall specifically.

25    Q.  Can you tell me generally.

14

1          A.   Yes.   There is a general requirement.   The

2     first thing is to have a trial balance prepared by the

3     company, prior year tax returns or financial

4     statements if existing.

5          Q.   Now, in preparing these financial statements

6     in 1998 -- I can show you the first one, I believe was

7     '98 or '99 -- was this a review, a compilation or an

8     audit?

9          A.   I believe it was a review.

10          Q.   Can you tell me what a review is.

11          A.   I'll explain you what is a review by telling

12     you what are the differences between review and other

13     type of financial statements.

14          Q.   Let me just make sure I understand.   There is

15     a review, a compilation and an audit?

16          A.   Yes.

17          Q.   So let's talk about those.

18          A.   A review must have notes to financial

19     statements whereas compilation doesn't have to have.

20     A review must have cash flow statements when a

21     compilation doesn't.

22          Q.   Go a little slower for me.   Hold on.   Cash

23     flow statements.   Okay.

24          A.   These are the differences between a review

25     and a compilation.   The differences between a review

104

1

2          EXCEPT FOR ANY CORRECTIONS MADE ON THE

           ERRATA SHEET BY ME, I CERTIFY THIS IS A

           TRUE AND ACCURATE TRANSCRIPT.  FURTHER

3          DEPONENT SAYETH NOT.

4

5          _____

           MORTY ETGAR

6

7          Sworn to and subscribed before me this ____

8          day of _____, 2008.

9   Personally known      or I.D.

10

11

           _____

12         Notary Public in and for the

           State of Florida at Large.

13

14

15  My commission expires:

16

17

18

19

20

21

22

23

24

25