UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

L&L WINGS,

           Plaintiff,

     -v.-

MARCO-DESTIN, INC. et al.,

           Defendants.
-----------------------------------------------------------------x

ORDER

07 Civ. 4137 (BSJ) (GWG)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    To determine whether the defendants have the practical ability to obtain the accounting documents at issue, they are directed to immediately request in writing that Mr. Etgar provide them with a copy of these documents. The defendants should provide a copy of this writing to plaintiff's counsel. In addition, the defendants shall provide to plaintiff's counsel a copy of any written response by Mr. Etgar. If Mr. Etgar responds orally, defendants should provide an affidavit recounting this conversation.

    SO ORDERED.

Dated: New York, New York
        September 15, 2008

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge