UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

L&L WINGS,                                      :

                                                :

                Plaintiff,

                                                :       ORDER
        -v.-
                                                :       07 Civ. 4137 (BSJ) (GWG)


MARCO-DESTIN, INC. et al.,                      :

                                                :
                Defendants.
------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The plaintiff previously withdrew its motion to compel (Docket # 61) and substituted a new motion to compel defendants to produce the documents at issue. See Order, dated July 25, 2008 (Docket # 66). For the reasons stated today on the record, that motion is denied.

    At the same conference, the Court also denied defendants' letter application to compel plaintiffs to provide additional testimony in response to the Rule 30(b)(6) deposition.

    Finally, the Court has set the following due dates on the summary judgment motions before Judge Jones:

    October 15, 2008: defendants' opposition to the plaintiff's pending motion for summary judgment (Docket # 72), and the papers in support of defendants' planned cross-motion for summary judgment;

    November 5, 2008: plaintiff's opposition to the defendants' planned cross-motion for summary judgment, and any reply with respect to plaintiff's motion;

    November 19, 2008: defendants' reply with respect to their cross-motion for summary judgment

SO ORDERED.

Dated: New York, New York
       September 18, 2008

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge